United States District Court
Western District of New York

United States of America,
        *Plaintiff*

        Notice of Appearance

    *vs*

        Indictment № 1:10-cr-00307-RJA-HBS

Anthony Galea,
        *Defendant*

    **PLEASE TAKE NOTICE** that the undersigned attorney, Mark J. Mahoney, is hereby appears as counsel for the accused, Anthony Galea, in the above-captioned matter.

Date: July 6, 2011

        Respectfully submitted,
        /s/ Mark J. Mahoney

        Mark J. Mahoney, Esq.
        HARRINGTON & MAHONEY
        70 Niagara Street, 3rd Floor
        Buffalo, NY   14202-3407
        Ph: 716-853-3700
        Facs: 716-853-3710
        mmahoney@harringtonmahoney.com
        *(Attorneys for Anthony Galea)*

United States District Court
Western District of New York

| | |
|---|---|
| United States of America,<br>       *Plaintiff*<br>    *v.*<br>Anthony Galea,<br>       *Defendant* | **Certificate of Service**<br>Docket № 1:10-cr-00307-RJA-HBS |

  Ivonne DeLuca, a Legal Assistant with the office of Harrington & Mahoney, located at 1620 Statler Towers, Buffalo, New York 14202-3093 affirm to be true and state under penalty of perjury that on July 6, 2011 the **Notice of Appearance** was electronically filed with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:
    1. Paul Campana, AUSA

                /s/ Ivonne DeLuca
                Ivonne DeLuca

Sworn before me this
6th day of July, 2011
/s/ Ian M. Harrington

Ian M. Harrington, Notary Public
Qualified in Erie County
My Commission Expires 4/19/2014