# United States District Court
## for the
### Western District of New York

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No. 10 - CR -    **10 CR.307** |
| ANTHONY GALEA | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* __ANTHONY GALEA__, who is accused of an offense or violation based on the following document filed with the Court:

**X** Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offenses are briefly described as follows:
**a)** Importing and bring into the United States merchandise contrary to law, in violation of Title 18, United States Code, Section 545 and Section 2; **b)** making materially false statements in a matter within the jurisdiction of the United States Department of Homeland Security, in violation of Title 18, United States Code, Section 1001(a)(2) and Section 2;
**c)** knowingly and with intent to defraud introducing and delivering into interstate commerce a new drug, in violation of Title 21, United States Code, Sections 331(d) and 333(a)(2) and Title 18, United States Code, Section 2; **d)** knowingly possessing with intent to distribute human growth hormone in violation of Title 21, United States Code, Section 331(e) and Title 18, United States Code, Section 2; **e)** conspiracy to commit the above described offenses, in violation of Title 18, United States Code, Section 371; **f)** conspiracy to defraud the United States, in violation of Title 18, United States Code, Section 371.

Date: __OCT 1 4 2010__             _____Michael J. Roemer_____
                                              *Issuing officer's signature*

City and state: __Buffalo, New York__     MICHAEL J. ROEMER, Clerk of the Court
                                          *Printed name and title*

---

**Return**

This warrant was received on *(date)* __10/14/10__, and the person was arrested on *(date)* __07/06/2011__
at *(city and state)* __Buffalo, NY__.

Date: __07/06/2011__             _____David Ruff_____
                                       *Arresting officer's signature*

                                 David Budz   FBI Special Agent
                                       *Printed name and title*