```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

    -v-

                       10-CR-307-A

ANTHONY GALEA,

        Defendant.

## STATEMENT OF THE GOVERNMENT WITH RESPECT TO SENTENCING FACTORS

**PLEASE TAKE NOTICE** that the government hereby adopts the findings set forth in the Pre-sentence Report with respect to sentencing factors.

In accordance with the Plea Agreement, the government expects to file, separately and under seal, a motion for a downward departure of two offense levels pursuant to Section 5K1.1 of the Sentencing Guidelines.

DATED:   Buffalo, New York, November 23, 2011.

                          Respectfully submitted,

                          WILLIAM J. HOCHUL, JR.
                          United States Attorney

        BY:   *s/Paul J. Campana*
              PAUL J. CAMPANA
              Assistant U.S. Attorney
              WESTERN DISTRICT OF NEW YORK
              138 Delaware Avenue
              Buffalo, New York  14202
              (716)843-5700, ext. 819
              Paul.J.Campana@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

       -v-

                               10-CR-307-A

ANTHONY GALEA,

         Defendant.

---

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2011, I electronically filed the **STATEMENT OF THE GOVERNMENT WITH RESPECT TO SENTENCING FACTORS**, with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

1) Mark J. Mahoney, Esq.

2) United States Probation Department
   Attn:  David W. Ball, USPO

                               *s/Laura Rogers*
                               Laura Rogers
                               Legal Assistant