IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

       -v-

                                       10-CR-307-A

ANTHONY GALEA,

        Defendant.

---

## NOTICE OF MOTION AND MOTION

**PLEASE TAKE NOTICE**, that for the reasons stated herein, and upon the affidavit of Assistant United States Attorney Paul J. Campana filed under seal, the United States of America, by William J. Hochul, Jr., United States Attorney for the Western District of New York (Paul J. Campana, Assistant United States Attorney, of counsel), hereby moves this Court at Buffalo, New York, on December 16, 2011, at 1:00, for a downward departure of two offense levels pursuant to Sections 5K1.1 and 5K2.0 of the Sentencing Guidelines.

    DATED: Buffalo, New York, November 28, 2011.

                           WILLIAM J. HOCHUL, JR.
                           United States Attorney

       BY: *s/Paul J. Campana*
               PAUL J. CAMPANA
               Assistant United States Attorney
               United States Attorney's Office
               Western District of New York
               138 Delaware Avenue
               Buffalo, New York 14202
               716/843-5700, ext. 819
               Paul.J.Campana@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

        -v-

                                              10-CR-307-A

ANTHONY GALEA,

        Defendant.

### CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2011, I electronically filed the **NOTICE OF MOTION AND MOTION** with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

    1)    Mark J. Mahoney, Esq.
    2)    United States Probation Department
            Attn: David W. Ball, USPO

                                *s/Laura Rogers*
                                LAURA ROGERS
                                Legal Assistant