**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**
_____

**UNITED STATES OF AMERICA**

        **-v-**                **10-CR-307-A**

**ANTHONY GALEA,**

        **Defendant**

<div style="background:blue;color:white;text-align:center">

# LETTERS IN SUPPORT OF
# DR. ANTHONY GALEA
# VOLUME 1

</div>

**I N D E X**

**Tab**

**Family**

1.     Nela Galea.................................................................................1

2.     Rachel Galea ...........................................................................2

3.     Janet Curmi .............................................................................3

4.     Maureen Galea ........................................................................4

5.     Donna Maltby ..........................................................................5

**Letters in Support of Dr. Galea's Application for Work Status in the United States**

6.     Dr. Theodore F. Schlegel ........................................................6

7.     Dr. Marc J. Philippon..............................................................7

8.     Dr. Lisa Regan ........................................................................8

9.     Prof. Shlomo Noy, Director, Chaim Sheba Medical Center
       Rehabilitation Hospital ...........................................................9

10. David M. Weinberg, Executive Co-ordinator, The Chaim Sheba Medical Center ........................................................................................10

11. Dr. Naama Constantini, The Hadassah-Hebrew University Medical Center ...............................................................................................11

12. Ambassador Andrew Young ...............................................................12

**Physicians and Health Care Providers**

13. Dr. Naama Constantini ...................................................................13

14. Dr. Murray Berall ...........................................................................14

15. Dr. David Ablack ............................................................................15

16. Dr. Michael McKee .........................................................................16

17. Dr. Vineet Nikore ...........................................................................17

18. Dr. Karen O'Neill ............................................................................18

19. Dr. Stephen Glazer ..........................................................................19

20. Dr. Ian MacIntyre ...........................................................................20

21. Dr. George Jackowski .....................................................................21

22. Sean Kings .......................................................................................22

23. Tara Norton .....................................................................................23

24. Kate Fletcher ...................................................................................24

25. Dr. Mark Scappaticci ......................................................................25

26. Paul Tolomiczenko .........................................................................26

**Sports Team Owners/Coaches**

27. David Cynamon ...............................................................................27

28. Pierre Lamarche ..............................................................................28

29. Lawson Hamer ................................................................................29

# NELA GALEA
# TAB 1

I would like to start by first expressing my appreciation to the court for providing me with an oppOliunity to share my thoughts about my husband and the impact that the past several years has had on our family.

I'm grateful for the fact that I see closure to this period of our lives in the near future. Having lived with constant public scrutiny and with negative media coverage has been very hard on all of us. While Tony and I always try and see the positive in every situation, this has been a constant test of our faith, our relationship and above all else our family. In the most trying of situations it is said, that you really learn who you are as a person and who your true family and friends are. This situation has undoubtably demonstrated that to us. Though we have dealt with the challenges the past several years have presented personally, we are extremely grateful that this has only impacted upon our children slightly. While each article, repoli or broadcast has brought its fair share of questions, tears and struggles, all of our children have admirably sought opportunites to learn from it. We have done our best to help the older children understand what is really happening rather then what has been written and our younger ones to understand that even good people can make mistakes and that it is important to learn from them, grow from them and continue to work to make the world a better place.

In the past decade I have spent a great amount of time with my husband watching him interact with patients. Whether it be at his office during his regular business hours, a weekend emergency or even a casual drop by when we are out for dinner for a quick examination, he always takes the time to listen and use his knowledge to help heal others. Much has been made about his "I can fix that" attitude. To those of us who know him well and especially the people who come to see him, that does not always mean that he will be able to fix the problem. What that truly means is that he will make sure to go above and beyond to find who and what can help each and every individual if he cannot do it himself. While much is made about the athletes he has treated, very little is mentioned about the average patients who walk into the clinic and his care. There is no mention of the time, effort and determination he puts into helping people return to a sense of normalcy after they have been hurt, told that they may never be pain free again. I believe this is one of the character traits that sets him apart as a physician and as a human being. My husband is a man with a tremendous heart, who not only takes the time to heal physical injuries but also to understand the underlying emotional impact that those injuries have on people. While it may be hard to imagine, he literally makes himself available 7 days a week, 24 hours a day, talking to his patients wherever they may be at whatever time might be convenient for them, because they need to talk to someone. He is happy in the trust and faith they have in him as their friend, and not just their physician, that they would turn to him for his help and for his advice.

During this time I've see great strength in my husband as the media undermined his career and character. While you tell yourself to ignore what is being written, today that is seemingly impossible. The constant battering has simply strengthened Tony's resolve to be better at what he does, to provide even better care for all of his patients and to continue to demonstrate his commitment to what he has always been most concerned about; helping people. The door to his clinic remains open to all of those who wish to see

him. Friend or foe, once you step through his doors you can rest assured that you won't be leaving his care until he is satisfied that you are completely whole again, no matter how long that *might* take.

My husband is a very religious individual who is a wonderful father and husband. And while in some of our family and friends eyes that differentiates him from others, he does have one trait that makes him exactly the same as everyone else and that is that he is human. As such, he is prone to make mistakes as everyone of us is. While the past 2 years have certainly been an incredible test, my husband continues to be strong and confident because of his faith in God, people and all that is good and right in the world. He is driven each day to help people be better, live better and provide them with an example of reaching their full potential. Regardless of the circumstance or the individual, my husband sees the good in all. And his unequivocal hope is that each of realizes how good we can be.

While this has been a difficult time, we look forward to moving on as a family. Thank you once again for your time.

Nela Galea

# RACHEL GALEA
# TAB 2

When I think about my father one word comes to mind: dedication. Dedication to his patients, his friends, but most of all, his family. I could try to quantify the love he has for his children with the use of eloquent adjectives or an extensive list of examples but it would be a poor attempt to measure something that truly is immeasurable. Raising seven children between the ages of 3 and 22 is no easy task but my father makes it look effortless. He has managed to master the balance between spending time with and providing for his family. No matter what choices my siblings and I make, we know that he will be there to cheer us on or catch us if we fall. My father has supported me in everything I do; from the little things like wanting a terrible looking haircut to the big things like starting my own business. I have the confidence to be ambitious and pursue my goals because, no matter the outcome, I know I am loved just the same. I wish it was possible for me to describe just how much I love my dad but words alone cannot express just how profound that love is. It is a love that is shared between all the members of my family and has created a closeness that in today's world is rare. There is no doubt in my mind that the bond I share with my siblings is a product of the loving environment we grew up in. "Your Dad saved my life" is a statement most people will go a lifetime without hearing; for me, it has almost become a daily occurrence. My father has touched so many lives and helped so many people, but nothing compares to what he has done for his family. It is because of him that my siblings and I have grown into the people we are today; and we continue to grow. I am so proud to have him as a father. Not because of what he does, but because of who he is.

Sincerely,

Rachel Galea

# JANET CURMI
# TAB 3

September 4th, 2011

To Whom It May Concern;

When this unfortunate situation occurred with my brother, Dr. Anthony Galea I was eager to write a letter to show his true character.

Ever since childhood, we have shared an exceptional bond. Dr. Galea, or Tony, as I know him, often found himself as a caregiver for me when we were children. Some of my earliest recollections of Tony were in this capacity. Being raised in a traditional Catholic household, my parents - whom were strict, would only allow me to go out of the house with my brother in tow. Most brothers would have been irritated by this, but not Tony. He was always there for me and let me hang out with him and his friends joining them in baseball games and following them around in the neighborhood and in doing so his friends treated me with the same respect he was shown. I have so many fond memories of my childhood with Tony; going door to door singing Christmas carols in the neighborhood, staying up until the wee hours of the morning on Christmas *Eve,* and spending summers in Malta with my grandparents where he watched over me at the beach to make sure I was always safe.

As we entered high school, he was well known due to his extraordinary skill in sports and outgoing personality. Tony was certainly a *very* hardworking student with a sharp mind and a big heart. He is an outgoing and extroverted person who is always willing to help people when they are in need of aid. That's the reason why he was so popular among his fellow students and has kept the same principles today. I married at the age of 18 and moved to New York City. I chose Tony to be my best man instead of having a maid of honor. There was no one in my life that I wanted to be next to me more than I wanted my brother, whom I admired and loved dearly. While I was living in New York, Tony embarked on studies that laid the foundation for his future career. During his studies and his working life he was fully committed to his responsibilities. Tony is hard-working and highly committed to his family and loves being a doctor. He loves people. He loves helping people.

Tony is someone who our family always counts on. He is always ready to help and turns around the worst situation. I am indebted to him for many things. Foremost among them, his serving as a role model and mentor to me by way of his work ethic, intelligence and amazing heart. Due to his guidance and encouragement I advanced in my own career becoming Vice President of Global Education and Development for Elizabeth Arden.

I am grateful to him for being a means of strengthening my own faith. Approximately 4 years ago, Tony, his son Brendan, my son Christopher and I went on a spiritual journey to Israel. My brother made sure we had discussions on a regular basis on my beliefs that were always constructive and never acrimonioUs. This is why I find it disheartening and hard to read the articles that portray my brother in such a bad light. I wish the readers of these articles had the opportu nity to know my brother for the man, loving husband, great dad to his seven children, wonderful son and supportive brother Dr. Galea is. I am deeply grateful to have such a person in my life. I want to thank the court for the time you've taken to read my letter and hope that it has given you some insights to the caring, loving man my brother is. I want to conclude by saying this has devastated my family, including my elderly mother and father. I hope this sheds a little insight to the really person Tony Galea is. Thank you again for listening to me.

Sincerely,

Janet Curmi

# MAUREEN GALEA
# TAB 4

**MAUREEN GALEA**, B.A., LL.B.
Barrister and Solicitor



September 12, 2011

The Honorable Judge Arcara
Buffalo Federal Court

Dear Judge Arcara:

I have been asked to provide a character reference for Tony Galea in connection with his sentencing hearing, and willingly do so from a place of concern and caring.

I was married to Tony in 1985 and separated from him in 2000. We have four children and from the moment we separated he has assumed full financial responsibility for their education and maintained a strong parental presence in their lives. All four children have attended private schools since Junior Kindergarten. Ryan and Brendan are currently away from home at McGill University and Madeline is in grade 11 at a private high school in Oakville, Ontario. Rachel, at 22, has a few credits remaining to complete her degree and is currently running her own tutoring business and living independently.

Tony has taken his parenting role very seriously and made the education of our children a major priority. He has always had their best interests at heart. Tony has never asked me to contribute to the financial burden of private school and university tuition fees or expenses. Our children love their father. I firmly believe that our children have flourished despite our separation because Tony realized the importance of maintaining a consistent, familiar, stable environment for them. All four children are happy, well adjusted, positive contributors to their family, schools and community. My children would be financially, psychologically and emotionally affected if their father was unable to continue to practice medicine, even for a short period of time. They depend on his continuous presence in their lives as well as his uninterrupted income to maintain the positive life paths they have each found for themselves.

From a personal perspective, I can't believe it has been almost twelve years since we separated. We were married for fifteen years and together for seven before that. I have known Tony since I was fourteen years old and shared many life experiences with him. I have always known Tony to be very passionate about his interests. From an extremely young age he would throw his whole heart, soul and energy into any endeavor, whether it was soccer, tennis, windsurfing or skiing, to name a few. Then, in his adult life when he went into medicine, I watched him do the same thing. He has strong determination combined with a curiosity for learning, and high level of intelligence that makes him a unique human being.

Tony has done so much good for so many people.  Tony sees beyond existing conventions and looks outside the box for answers.  Seeing beyond the current boundaries in medicine makes Tony a true medical visionary, however, his ability to not feel constrained by limits may impinge on his better judgment in other aspects of life.  The truth is everything Tony does comes from an honest desire to help and heal.  I hope that Tony will be able to continue to share his passion for healing so that we all will benefit from what he has to offer.

This has been a difficult time for all of us and I am truly thankful for the opportunity to share my thoughts with you.

Yours very truly,


Maureen Galea

# DONNA MALTBY
# TAB 5

July 22,2011

To Whom It May Concern,

I have known Dr. Galea for 35 years and worked for him for over 20 years.

I am writing this letter in support of him and his practices. He has always been extremely dedicated to his family, friends and patients. He always makes time for others at his own expense but does so without making you aware of that fact. He wholeheartedly cares for the well-being of the individual and always listens and addresses the concerns put forth.

Even though he has an extremely busy practice, he always accommodates patients that need to be seen on a more immediate basis. His practice is very different than most) from pro to elite to national to recreational athletes yet even to elderly people still trying to keep active, he still treats them all the same. He spends the time they need with them and the patients are content to wait hours to see him because of the outcome and sincerity they feel in his treatment of them. No matter how busy he is on any given day, which are most days, he spends time truly listening to their problems and they always leave feeling uplifted by his positive outlook and reassurance that they will get better. He never gives up on a patient and continually looks and researches different ways to diagnose and ultimately heal the individual.

He has spent years bringing his clinic up to the caliber it is and has been instrumental in advancing the knowledge and expertise behind his staff. They all look up to Dr. Galea with respect and admiration. He is highly regarded by all and considered to be a pioneer, visionary and a healer.

As an employer, he helps us all in our times of need and direction. His personality and demeanor can be reflected through all that work with him. Patients always note that the clinic is so uplifting and has so much positive interaction and feelings, this has developed over years and mostly due to Dr. Galea and his treatment of everyone. He does not like confrontation, so finds ways to deal with problems in a more positive manor. which usually brings a positive outcome.

As a friend he has stood by me in times of difficulty and worries and has always given me the strength to get through it. He genuinely cares and is always ready to help in any way he can and does. There is not enough that I can say on his behalf, he is one of the most outstanding people I have had the good furtune to know and work with. I am very proud to have been able to be part of his team for all these years and look forward to many more.

On another note I am totally appalled at the media and how they have created such sensationalism at his expense as well as his family's. So much of the information out there is inaccurate and blown out of proportion to sen papers and increase ratings. For those of us who truly know Dr. Galea, know that this is an injustice to him and family

and we will not be tainted by the media. He will always remain special to us and we are all very proud to say we stand behind him wholeheartedly.                    .

Sincerely,

Donna Maltby, R.N.
Office Manager

# DR. THEODORE F. SCHLEGEL
# TAB 6



STEADMAN HAWKINS
CLINIC DENVER

M. Boublik, M.D.

J. Kummer, M.

M. Madsen, M.D.

T. Noonan, M.D.

T.F. Schlegel, M.D.

J. Shank, M.D.

September 25, 2009

Department of Homeland Security
United States and Citizenship and Immigration Services
California Service Center

**RE: Petition** for Dr. Antbony **Galea** to obtain **O-1** Nonimmi rant Status **based** on **international** expertise in t e area of **Plasma-Rich Pl**       (P P):

To Whom It May Concern:

This is a letter in support of the instant petitIOn to qualify Dr. Anthony Galea as an international expert in the field of science, specifically in the field of platelet-rich plasma injections. As medical director for the Denver Broncos Football Club and a consultant for the Colorado Rockies, I have a good understanding of those individuals who are experts in the field of sports medicine. In addition. my extensive research in the area of tendon healing would qualify me to comment in this area. In my opinion, Dr. Galea is cUITently in the top 1 to 2% of individuals in the world focusing on this new emerging technology for the treatment of musculoskeletal disorders particularly in athletes.

There are very few individuals in the world that have had the clinical expertise that Dr. Galea possesses. Many of my patients do not have access to this foml of treatment since there are very few experts in this emerging field of medicine. On several occasions. I have attempted to send individidlmls to see Dr. Galea in Toronto, but Wlfortunately due to the financial constraints of these individuals it has not been possible for them to receive this care. Many of these individuals continue to struggle with their chronic tendon disorders. of which many are unable to perform their livelihood due to their chronic condition. These individuals, as well as many others throughout the Un-ited States wouJd benefit from Dr. Galea's treatment jfhe were allowed to practice in the United States.

Presently, the Steadman Hawkins Clinic – Denver has extended an offer to allow Dr. Galea to pcrfonn this treatment in our clinic. I would personally serve as his sponsor if he is given pennission to practice within the United States, With my position as the Fellowship Director in sports medicine for the Steadman Hawkins Clinic -- Denver, I am knowledgeable about policies and procedures related to overseeing the physicians.

Dr. Galea's inspired approach drives his established excellence in this field. 1 can't stress enough the importance of Dr. Galea's work in helping to develop this very promising form of treatment.

If you require any further information or details regarding this individual please do not hesitate to contact me.

Respectfully,

Theodore F. Schlegel, M.D.

8200 E. Belleview Ave.
Suite Number: 615
Greenwood Village
Colorado 80111
(303) 694-3333
FAX (303) 694-9666
www.sncdenver.com

# DR. MARC J. PHILIPPON
# TAB 7



# Marc]. Philippon, M!D.

SPORTS MEDICINE/HIP DISORDERS
FELLOW, AMERICAN ACADEMY OF ORTHOPAEDIC SURGEONS
FELLOW, INTERNATIONAL COLLEGE OF SURGEONS
MEMBER, AMERICAN ORTHOPAEDIC SOCIETY FOR SPORTS MEDICINE
MEMBER, ARTHROSCOPY ASSOCIATION OF NORTH AMERICA

STEADMAN HAWKINS CLINIC

OCtober 2, 2009

Department of Homeland Security
United States and CIIIzenship and Immigration Services
California Service Center

RE: Petition for 0-1 NonImmigrant Statull based all Extraordinary Ability In SciIince for
Dr. Anthony GALEA

Dear Sir or Madam:

Please accept the following in support or the instanl patition to qualify Dr. Anthony Galea as an Individual of extraordinary ability within the field of Science, specifically within the field of PRP (platelets rich plasma) injections. I can say wilhout hesitation (hal Dr. Galea Is one of the top 1-2% of individuals throughout the world currently working wilhin the field of PRP injections In athletes. I base this opinion on my personal experience with Dr. Galea, and in turn, my own prominence within the medical field.

I am B managing partner at the Steadman Hawkins Clinic In Vail, Colorado, I joined Sleadman Hawkins In 2005 after a period at the Universtly Of Pittsburgh Medical Center where I served as Director of sports-related hlp disorders, Director of the UPMC Golf Medicine Program and Direclor of UPMC Florida warm-weather campus project. Previously, I was chief of Orthopaedic surgery at Holy Cross Hospital [n Fort lauderdale, Florida.

I am Internationally known for performing joinl preservation techniques utilizing arthroscopic hip surgery 10 lreat painfUl joint injury In high-level alhleles who conSlanlly use powerful hlp rolalion, such as golfers, NFL players and NHL players, making themselves prone to acute and chronic injuries of the hlp joint. I have pUblished numerous scienlific articles in sports medicine and orthopaedic journals and I am frequently an invited presenter at international sports medicine and orthopaedic meetings.

I have a professional relationship with Dr. Galea. Therefore, I am qualified to al1esf to Dr. Galea's status as an Individual of extraordinary abllity within the field of PRP lherapy. I know Or. Galea as a resul! of co-treating certain hfgh profile professional athletes.

Based on my life-long career in the field ot orthopedic surgery, I slate, without a doubl, thal Dr. Galea possesses and demonstrates B command of (issue regeneration that is unparalleled in the medical field. His expansive understanding of IIssue engineering and its clinlcel applications have made him one of the world's leaders and most sought-after experts by bolh physicians, athletes and patienls around the globe.

181 W. Meadow Dr.• Suite 400 • Vail, CO 81657
(970) 476-1100· Fax (970)"479-5862
drphilippon@steadman-hawkins.com
www.steadman-hawkins.com



# Marc J. Philippon, M.D.

SPORTS MEDICINE/HIP DISORDERS
FELLOW, AMERICAN ACADEMY OF ORTHOPAEDIC SURGEONS
FELLOW, INTERNATIONAL COLLEGE OF SURGEONS
MEMBER, AMERICAN ORTHOPAEDIC SOCIETY FOR SPORTS MEDICINE
MEMBER, ARTHROSCOPY ASSOCIATION OF NORTH AMERICA

STEADMAN HAWKINS CLINrc

During the time that I have known Dr. Galea, he has demonslraled an unprecedented success rate with the healing of tendon and ligament Injuries using PRP.

Anthony's inspired approach drives his established excellence In the field, and it Is the reason thal he is consistently recognized as one of lhe lop 1-2% of Individuals worklng In the field of PRP and tendon regeneration. The importance of Dr. Galea's contrbutlon to the enhancement of this exciting new field In Its applications /0 athletes' recovery with inlnimal risk and a qulcker return to their sport cannol be overstated.

Furthermore, as a prominent member of the medical community, I can atlast to his disUnguished reputation within the Industry. His conslslent recognition as one 0I the world's most prominent and important ellpertsln the field of tissue regeneralion using PRP, qualify him for the Inslant petition.

If you require any further informaUon or details relal    10 this testimony. please don't hesilate 10 conlact me .

Sincerely,

Marc J. Phillppon, MD
Managing Partner, Stead  an Hawkins Clinic, Vail, Colorado
Associate Clinical Prafes     , Department of Surgery, Faculty of Heallh Sciences, McMaster University, Hamilton, Ontario Canada

181 W. Meadow Dr, • Suite 400· Vail, CO 81657
(970) 476-1100· Fax (970) 479-5862
drphilippon@steadman-hawkins.com
www.stc:adman-hawk..ins.com

# DR. LISA REGAN
# TAB 8




Department of Homeland Security

United States Citizenship and Immigration Services

California Service Centre

Petition for 0-1 Non immigrant Status Based on Extraordinary Ability in the Science of Plasma Rich Platelets for Dr. Anthony Galea.

Dear Sir / Madam,

Please accept the following in support of Dr. Anthony Galea's instant petition as an individual of extraordinary ability, in the fields of medicine and science:. I will state with no hesitation that Dr. Antony :Galea is one world leading specialists in this field of Plasma Rich Platelets Therapy.

( base my opinion on two significant factors. The first being the experience of referring injured elite level international athletes to Dr. Galea. These athletes, prior to seeing Dr. Galea, had already undergone prolonged medical intervention to treat their injuries. Some had undergone years of therapy but no avail. I cannot convey in written fonn how satisfying it is to see an international athlete coming back from injury, entering a stadium to compete knowing they have a healthy body again. This has been the result of Dr. Galea's work on many occasions. This is a medical victory... a human victory at that.

The seound factor I base my opinion on is my own work and experience in the fields of science, biochemistry and clinical nutrition. I maintain an international reputation as a science specialist in the fields of biochemistry, clinical nutrition and *sport* oriented biochemical analysis. I am the Director of High Perfonnance at University College Dublin in Ireland. 1have worked at the last three Summer Olympics Games,and the last three European Championships in Football for three different National teams as a sports scientist and clinical technioian, I currently




sit on the Committee for Coaching and Development for the Athletics Association of Ireland, and I sat as a member of the European Council on Supplementation in Sport.

I also have an extensive and prolonged professional relationship with Dr. Galea, therefore I am distinctly qualified to attest to Anthony's extraordinary ability in the field of Plasma Rich Platelets Therapy for athletes. I have seen and analysed many athletes' injuries, before injury, at acute injury stage, post injury and after treatment by Dr. Galea. Based on my eighteen year career in the field of sports science and biochemistry I can stale without hesitation that Dr. Galea's work is W1parallelcd in the world with regard to PRP and tissue regeneration in athletes.

Dr. Galea's knowledge of tissue regeneration and understanding of clinical application in this field is scientifically of paramount importance for the world of medicine. I can confirm and attest to Dr. Galea's distinguished reputation in the field of medicine and within the International Elite Sports Community. Dr. Anthony Galea's prominence as a leader In the field of tissue regeneration through Plasma Rich Platelet Therapy qualifies him for this instant petition.

In my expert opinion, Dr. Anthony Galea is an individual of extraordinary ability in the field of tissue regeneration and sports medicine.
If you require any further Information please do not hesitate to contact me.

Yours sincerely,

Lisa Regan

PhD BioChem, Certified Cilnical Nutrition CCN, BSc Kin

# PROFESSOR SHLOMO NOY
# TAB 9

THE STATE OF ISRAEL
MINISTRY OF HEALTH
THE CHAIM SHEBA MEDICAL CENTER
Affiliated to the Tel-Aviv University
Sackler School Of Medicine
TEL-HASHOMER 52621, ISRAEL



מדינת ישראל
משרד הבריאות
המרכז הרפואי המשולב ע״ש חיים שיבא
מסונף לבית הספר לרפואה ע״ש סאקלר
באוניברסיטת תל-אביב
תל השומר 52621, ישראל

October 1, 2009

Department of Homeland Security
United States and Citizenship and Immigration Services
california Service Center

RE:   Petition **for** 0...1 Nonimmigrant Status ~~based~~ on **Extraordinary** Ability in
Clinical Science for Dr. Anthony Galea

Dear Sir or Madam:

Please **accept** the following in support of the instant petition to **qualify** Dr. Anthony Galea as an individual of extraordinary ability within the field of SCience, specifically within the field of Sports Medidne.  I can say Without hesitation that Dr. Galea is one of the top individuals throughout the world currently working within the field of **rehabilitation** of injuries.  I base *this* opinion on my personal experience with Dr. Galea, and in turn, my own prominence within the medical field.

I am **the** Director of the Chaim Sheba Medical Center Rehabilitation Hospital and Vice President for Research and Development. I am Dean of the Faculty of Health Professions, Ono Academic Callege and have a Ph.D. in **Health** Policy from Tel Aviv University as well as an M.D. from the Hebrew University Hadassah Medical School and M.B.A. INSEAD, Fontainebleau, France.   I was also the Associate Dean of sackler School of Medidne; Tel Aviv University Department of Epidemiology and Health care Policy, **responsible** for all dinlcal trials at Sheba Medical Center, Tel Hashomer, member of the HeJsinkJ Committee and chairman of the Patents Committee.  I have 23 years of experience in **psychiatry,** clinical, medical research in epidemiology, promoting research at the Chaim Sheba Medical Center, health care management, medlcal education and management processes and change in medicine and medical research, on both the international **and** national levels.

I have had an **extensive** professional relationship **with** Dr. Galea. Therefore, I am qualified to attest to Dr. Gatea's status as an individual of **extraordinary ability** within the field of PRP injections.   Dr. Galea Is a frequent visitor to the Rehabilitation Hospital at Sheba Medical Center.  I became acquainted with him through his guest lectures at our center and his participation in our dinical discussions.

Department of Homeland security                          October 1, 2009
United States and Otizenship and Immigration services          Page Two
California **Service** Center

Based on **my** life-long career in the field of medidne, ·I state, without a doubt, *Dr.* Galea possesses and demonstrates a command of tissue regeneration using Platelet Rich Plasma, and bene marrow that is unparalleled in the medical field.    His expansive understanding of Sports Medicine and rehabilitation has contributed significantly to the development of our Advanced Centre of Rehabilitation at the Sheba Medical Centre.

Dr. Galea **has** served as a physician of the Canadian Olympic team through both the Olympic Games and Winter Games. He treats Canada's leading sportspeople from various tleJds, including gold and silver medalists.

His research led **to** an isokinetic testing method **for** the evaluation of back pain in workers **requesting** compensation.

As a clinical leader, Dr. Galea oversaw the construction of a state-of-the-art sports dinic for athletes which indudes isokJnetics evaluation and treatments, hyperbaric chambers, and **different** modalities of physiotherapy, including PRP injections.

Dr. Galea's extraordinary talents as a Sports Medicine Physician and philanthropist have contributed significantly to our hospital in Israel.  Furthennore, as a prominent member of the medical community, I can attest to his distinguished reputation within the industry.  His consistent recognition as one of the world's most prominent and **important experts** in the field of Sports Medicine qualifies **him** for **the** instant petition. In *mv* expert opinion, Anthony Galea is as an individual of extraordinary **ability** within this field.

**I**f you require any further information or details related to this testimony, please don't hesitate **to** contact me.

Sincerely,

**P**rof. Shlomo Noy
**D**irector
**C**haim Sheba Medical center Rehabilitation Hospital

# DAVID M. WEINBERG
# TAB 10



**THE CHAIM SHEBA MEDICAL CENTER**
**Tel Hashomer, Israel**
Tel. +972-3-530-5075, Fax +972-3-535-6851

August 14, 2011

Mr. Brian Greenspan
bhg@15bedford.com

Dear sir;

I have known Dr. Tony Galea for over six years as the volunteer chairman of the Canadian Friends of the Sheba Medical Center.

Dr. Galea has given generously of his time and energy to advancing Canada-Israel relations; to advancing medical ties between the two countries; and to advancing the rehabilitation hospital services of the Sheba Medical Center. Our doctors have learned much from him.

Moreover, Dr. Galea has shown himself to be a warm and devoted friend, who gives of his soul and heart to our partnership, and upon whom we can rely at all times. He has gone out of his way to embrace and support our hospital and the people of Israel, even at the most difficult moments.

His good works, his discretion, his friendship and his selflessness ought to provide him with significant credit in the eyes of all those who judge him.

Please feel free to communicate this letter to the courts of law or any other forum involved in Dr. Galea's current legal proceedings.

Sincerely,


David M. Weinberg
Executive Coordinator, Development
Sheba Medical Center



**The Sheba Medical Center at Tel Hashomer**
**Office of the CEO**
Tel. +972-3-530-3709, Fax +972-3-530-3880

October 11, 2009

United States Department of Homeland Security
Citizenship and Immigration Services

**RE:    Petition for 0-1 Nonirrnnigrant Status for <u>Dr. Anthony Galea,</u> based
on Extraordinary Ability in International Rehabilitation Medicine**

To whom it may concern;

I am pleased to support the application of Dr. Anthony Galea for a US visa,
based on my many years of familiarity with this extraordinary individual and
doctor.

The Chaim Sheba Medical Center (www.sheba.co.il) is the largest and most
comprehensive medical center in Israel. Situated on a ISO-acre campus at Tel
Hashomer on the outskirts of Tel Aviv, the medical center combines a major
Acute Care Hospital with one of the largest Rehabilitation Hospital in the
world, along with a Women's Hospital, Children's Hospital, Laboratory
Division, Outpatient Division, an Academic Campus, and a vast basic and
clinical research complex. Sheba is also home to the Israel National Center for
Health Policy and Epidemiology, the Israel National Center for Medical
Simulation (MSR), the Israel National Blood Bank and Cord Blood Bank, the
Israel National Center for Newborn Screening, and an International Pediatric
Congenital Heart Center. Sheba actively encourages collaboration with
international medical centers and research foundations, and maintains many
such global partnerships.

Dr. Galea founded and chairs the Canadian Friends of Sheba, a philanthropic
fundraising organization that supports our work. Furthermore, he has
personally brought to Sheba many new technologies and procedures in
rehabilitation medicine, and trained a number of our senior medical
persolU1el in his sports medicine clinic in Canada. He has been central to the
development of many levels of research and clinical collaboration between
Sheba and important medical centers in Canada.

Dr. Galea is one of the most interesting, humane, altruistic and upstanding
individuals I have met. His integrity is without question. He has the
confidence of everybody in the field of rehabilitation and sports medicine in
Israel. Our donors and friends in Canada view him as a visionary leader who
inspires them to devote their time and energies to the Sheba-Canada
partnership, and to international medical collaboration.

I trust that you will take this strong recommendation into account.

Sincerely,

*(emailed, not signed)*

David M. Weinberg
Executive Coordinator, Development (North America)
CEO's Office / Public Affairs Dept.
The Chaim Sheba Medical Center
Tel Hashomer, Israel
Mobile +972-52-666-6096
Tel. +972-3-530-5075
Fax +972-3-535-6851
david.weinberg@sheba.health.gov.il
www.sheba.co.il

# DR. NAAMA CONSTANTINI
# TAB 11

*Naama Const8ntin; MD. DFM.FACSM,Diploma in Spon MediCine (Csnsds)*
*Director-Sport Medicine Center, Department of Orthopedic Surgery,*
*The Hadassah-Hebrew University Medicsl Center, Jerusalem*
*Chair, Medical Commission, The Olympic Committee of Israel*
*Chair. Medical Commission, The Israeli Paralympics Association*

September 30. 2009

Department of Homeland Security
United States and Citizenship and Immigration Services
California Service Center

RE:    Petition for 0-1 Nonimmigrant Status based on Extraordinary Ability in the
Science of Plasma Rich Platelets for Dr. Anthony Galea

Dear Sir or Madam:

Please accept the following in support of the instant pClilion to qualify Dr. Anthony
Galea as an individual of extraordinary ability within the field of Science, specifically
within the field of PRP (platelets rich plasma) injections.  I can say without hesitation
that Dr. Galea *is* one of the top 1-2% of individuals throughout the world currently
working within the lield of PRP injections in athletes,  J base this opinion on my
personal experience with Dr. Galea. and in turn, my own prominence within the
medical field.

I maintain an international reputation as a medical doctor specializing in sports
medicine. I was the director of the Sports Medicine and Research Center at the
Wingate Institute for 7 years and I am cUTTently Head of the Sporl Medicine Center at
Hadassah University Medical Center in Israel. I was the chief doctor of the Israeli
delegation to the 2000 OJympic and I am Chair of the medical commission of the
Olympic Committee of Israel as well as Chair of the Medical Commission of the
Israeli Potalympics Association. Talso hold the Canadian diploma in Sports Medicine.

I have had an extensive professional relationship with Dr. Galea. Therefore, 1 am
qualilled to attest to Or. Galea's status as an individual of extraordinary ability within
the field of PRP injections.  Based on my life-long career in the field nr medicine, 1
state, without a doubt, that Dr. Galea possesses and demonstrates a command of tissue
regeneration using Platelet Rich Plasma, and bone marrow, that is unparalleled in the
medical field.  His expansive understanding of the new field of tissue engineering and
its clinical applications, have made him one of the worJd's leaders and most sought-
aftcT experts by both physicians and Dthle-tes around the globe.

Dr. Galea's inspired approach drives his established excellence in the field, and it is
the reason that he is consistently recognized as one ufthe lop 1-2% of individuals
working in the field uf Plasma Rich Platelets and tendon regeneralion.  1 can't stress
enough the importance of Dr. Galea's work.  In short, he is an icon thut is essential to
the development of the field of tissue regeneration around the world.

*4 Haarzim St., Jerusalem, Israel*
*Tel. 02-6535607, Fax. 02-6483878, Mobile 052-278361S*
*Naamacon@Tupuz.co.il*

Naama Constantin; MD, DFM ,FACSM ,Diploma in Sport Medicine (Canada)
. Director-Sport Medicine Center, Department of Orthopedic Surgery,
The Hadassah-Hebrew University Medical Center, Jerusalem
Chair, Medical CommisSion, The Olympic Committee of Israel
Chair, Medical Commission. The Israeli Paralympics Association

I confirm that Dr. Galea's extraordinary talents as a sports medicine physician with an expertise in tissue regeneration using Plasma Rich Plateletq and bone marrow, have contributed significantly to the field overall. Furthermore. as a prominent member of the medical oommUDity, I can attest tn his distinguished reputation within the industry. iRis consistent recognition as one of the world's most prominent and important experts in the field of tissue regeneration qualify him for the instant petition. tn my expert opinion, Dr. Galea is as an individual of extraordinary ability within the field of sport medic-ine and tissue regeneration.

If you require any further information or details related to this testimony, please don't hesitate to contact me.

Sincerely,

Constantini MI>, DFM, FACSM
Direet r→ Sport Medicine Center, Department of Othopedic Surgery
The Hadassah- Hebrew University Medical Center

4 Haarzim St., Jerusalem, Israel
Tel. 02-6535607, Fax. 02-6483878, Mobile 052-2783615
Naamacon@Tapuz.co.il

# AMBASSADOR ANDREW YOUNG
# TAB 12



ANDREW YOUNG
FOUNDATION

September 28, 2009


Department of Homeland Security

United States and CItizenship and Immigration Services

California Service Center


Re:  Petition for O-1 NonImmigrant Status based on Extraordinary Ability in the Science of Plasma Rich Platelets for Dr. Anthony Galea.

Dear Sir or Madam:

Please accept the following in support of the instant petition to qualify Dr. Anthony Galea as an Individual:af extraordinary ability within the field of Science, specifically within the field of Sports Medicine and th8 treatment of tendon and soft tissue injuries.


I am chairman of Goodworks International, a specialty consulting group based in Atlanta, Georgia, that provides strategic services to corporations and governments operating in the global economy.  I  serva 88 a member of the boards of directors of numerous organizations and businesses including Delta Airlines, Argus, Host Marriott Corporation, Archer Daniels Midland, Cox Communications, and Thomas Nelson Publishers.

Now .he,National Council of Churches' Immediate Past President, I served as NCC President -- a part-time, non-salaried leadership post -- in 2000-2001. My NCC presidency brought mulfull circle, as I had served a1 associate director of the Department of Youth Work of the NCC's Division of Christian Education from 1957-61.

I have recently had the opportunity to consult with Dr. Ga..a In relation to issues Involving arthritis of my len… Dr. Gal.'. extraordinary expertise and experience In till area of soft tissue Injuries helped to alleviate some of the chronic pain associated with my len… .

Dr. Galea was referred to me br Jamal Lewis, (NFL superstar Runnlngillclc) • ane of the tap Physicians warlcln, In the area of Sports Med.dne and specifically In the field of Plasma Rich Platelets Inci tendon regeneration. Dr. Galea'. expertise is Internationally known and sought-after by many professional athletes.

His treatment fallawing my recent kn. . c:andlltan w•• nonlnvulv8 In dealing with the sequell of til. arthritis Involving my lenees.

I han consulted • number of doctors specializing In soft tissue Injuries In relation ta my chronic complaints of pain Involving my joints and can say without hesitation that Dr '- ' ane of the top physicians that I have had the opportunity to consult. .

Ib addition to Dr. GI1.'. medical expertise In tills area, he ll ane of the kindest, campassionate young men that I have ever hid the opportunity to meet. He would not accept 8 fee fram me for hi. consultation and treatment. The only request h . had was a signed copy of my book.

If there are any questions or any further Infarmatlan required with respect ta tl. . .pplication, I would be more than pleased to b. of assistance.

Peace and Blessings,

Ambassador Andrew Young

# DR. NAAMA CONSTANTINI
# TAB 13

*Naama Constantini MD, DFM, FACSM, Diploma in Sport Medicine (Canada)*
*Director-Sport Medicine Center, Department of Orthopedic Surgery,*
*The Hadassah-Hebrew University Medical Center, Jerusalem*

14.8.11

**To whom it may concern,**

(and especially to those who need the help of the best sport physician)


re: Dr. Anthony Galea


I first met Dr. Galea over 10 years ago, when he visited the Wingate Institute (The National institute for Physical Education & Sport in Israel) in quest of an institution in Israel to which he could donate an isokinetic machine with an EMG that would help with the diagnosis and treatment of wounded soldiers and athletes.

Since then I had the privilege of learning from and collaborating with by far the best sport physician I have ever met –and during my long career as director of the sport medicine center at the Wingate Institute and chairperson of the Israeli medical Olympic Committee I have met hundreds of expert colleagues.

In addition to his amazing knowledge he also possesses the rare skill of approaching his patients with open eyes and ears, and carrying out the right physical examinations, tests, and treatments. His very original way of thinking imparts to his performance a kind of "magic touch" that arouses the envy of many colleagues.

Tony, unlike many physicians, never keeps his ideas and innovations to himself. He has taught me and other physicians from all over the world how to better help their patients.

He is not only a great physician. As a person, he is one of the most sensitive, considerate and generous person I have encountered. The number of people and institutions he have helped and supported in different ways (free care, donations etc…) is uncountable. His heart and house are always open and are a permanent inspiration to many of us.

Sincerely

Naama Constantini

*4 Haarzim St., Jerusalem, Israel*
*Tel. 02-6535607, Fax. 02-6483878, Mobile 052-2783615*
*naamacons@gmail.com*

# DR. MURRAY BERALL
# TAB 14

Murray Berall
MD, FRCPC
mberall@hrrh.on.ca

416-243-4610 (clinic)

HRRH
200 Church St, Toronto, Ontario
M9N 1N8

416-243-4390 (fax)

**Thursday, August 25, 2011**

## <u>Re: Dr. Anthony Galea</u>

I write this letter in support of Dr. Anthony Galea. I am a nephrologist (kidney doctor) specializing in Dialysis care. I have been in practice in Toronto for over 23 years. My early years in medicine were spent in the field of sports medicine and orthopedics at The Toronto Hospital. In addition to my busy practice, I have served as president of both Northwestern General Hospital and Humber River Regional Hospital. Additionally, I have served as chair of Utilization for both institutions. I was the first director of the Dialysis program at Humber and am presently Head of In-Centre Hemodialysis.

I met Dr. Galea a little over four years ago when a respected colleague advised that I see him for what had become a refractory "tennis elbow" that interfered with my ability to treat patients. I came for my initial consult, in a waiting area with several professional athletes. Despite their presence, I was seen promptly, and was made to feel as if I had known him for years. I was treated no differently than any other person there. Dr. Galea clearly manifest a level of respect for each patient independent of their status. Within 2 weeks, a condition that had plagued me for 8 months and defied multiple highly regarded specialists, was resolved.

Through my medical roles, both in practice and administratively, I have had the opportunity to interact with hundreds of physicians and to be highly involved in understanding their practices. Through my role in utilization, I have audited the practices of many physicians on-staff in our

institution, in a wide variety of disciplines. I can state without hesitation that Dr. Galea, in my opinion, has no peer in his field. He shows compassion and empathy rarely seen but so crucial to patient care. He is not a doctor who diagnoses; he is a physician who heals. He understands the intricate processes involved in healing and utilizes this in-depth knowledge to create individualized therapeutic pathways. His is a highly sought after opinion from patients and physicians alike.

What I have witnessed over the past four years is an individual who cares. He cares deeply about his patients. I have watched him treat professional athletes and general patients, and he makes NO distinction in their care. He treats everyone with the utmost respect and dignity.

Throughout this time, I have referred many patients, friends and family to Dr. Galea. He has always made himself readily available, no matter how elective the problems were. In all cases, he has enabled the patients to return to their previous full activity, expeditiously, safely and thoughtfully. He does so with complete humility.

I work in a hospital that services many low-income, immigrant populations. Many of the patients I have referred were under the impression that their OHIP coverage would suffice. When I told them that was not always the case, they were surprised to learn that Dr. Galea had treated them for no remuneration.

Anthony Galea cares deeply about people in need. I have had the privilege to sit with him on the board of a charitable organization designed to raise money for a hospital overseas which specializes in the treatment and rehabilitation of victims of terror. Not only did Dr. Galea sit on the board, he donated many hours selflessly to bring awareness of their special needs to people who might make a difference.

Murray Berall
MD, FRCPC
mberall@hrrh.on.ca

HRRH
200 Church St, Toronto, Ontario
M9N 1N8

416-243-4610 (clinic)

416-243-4390 (fax)

He has a talent that I have not yet seen in any other physician since I entered the profession in 1979. He has a finely tuned gestalt, able to diagnose where others couldn't while simultaneously understanding the individual nuances of the patient so critical to long-term rehabilitation.

Dr. Galea truly is a model for how physicians should treat and respect their patients. He is a model for how we as physicians need to go beyond our initial training to seek out answers and provide ourselves with continuing medical education. He is a fine example of how we need to involve ourselves in our communities, focusing on those in need.

I am honoured and privileged to have had the opportunity to observe Dr. Galea provide care to countless patients. I am a better physician myself for that experience alone. I cannot begin to guess how many people are now back at work, back enjoying their leisure time or are rehabilitating from unimaginable injuries, simply because Dr. Galea cared.

Our city is very fortunate to have a physician as talented, both medically and morally, as Anthony Galea.  What makes Dr. Galea different from many other physicians in practice is that he is blind to the status of his patients.  My many patients who are new to this country, speak little English and have little in terms of material wealth, are treated with the same dignity, respect and concern as a professional athlete earning millions.  If this isn't the mark of what every physician should aspire to, I'm not sure what is.

Sincerely


M.J.Berall

MD, FRCPC

# DR. DAVID ABLACK
# TAB 15



STRENGTH **AND POWER** FOR SPORT

To,Whom it may concern,

I have known Dr. Galea for eleven **years.** In that **time** he has been my employer, my .
**friend,** my mentor, and now my colleague.

Dr. **Galea** has **taught** me so much about rehabilitation ther.apies. allowing'me to
enhance my approach in both **exercise prescription** and **treatment methods, when**
dealing with my **clientele.** He has believed in me and trusted my 'skills with **his**
patients over the years. Dr. Galea's support and **confidence** in me is **the** main
reasons why I returned to **school,** to further my education in the **health** and"wellness
profession.

Dr. Galea is on the **cutting** edge of **medical** rehabilitation. **He** Is **constantly bettering** .
hfmselfto help others and has **sacrificed** a great deal of his **life** for this pursuit. **As** a .
result, hundreds, If not thousands of people are injury **free** and able to **excel** in **their**
athletic endeavors, both in the professional and recreational arena..

[n this civilized day and age. I am hoping that a **medical professional who** uses
advancements in medical science to better the lives of **individuals** not **be** pUnished
for **this** practice.

Thank you for your time.

Sincerely,

Dr. David **Ablack,** D.C., M.Sc., B.5Co. a.Ed., **ART{cert),** CSCS

# DR. MICHAEL D. MCKEE
# TAB 16

MICHAEL D. McKEE. M D , FRC.S.iCi

5S QUEEN STREET EAST
SUITE 800
TORONTO ONTARIO M5C 1R6

TEL.: (416) 864-5880
FAX (416) 359 1601

ORTHOPAEDIC SURGERY
WITH SPECIAL INTEREST IN
UPPER EXTREMITY
& ILIZAROV RECONSTRUCTION

IN ASSOCIATION
WITH

E.H. SCHEMITSCH.    M.D- F.R.C S. tCl
J.P. WADDELL.        M.D. F.R.C S. iCl
E.R BOGOCH.          M 0.. F.R.C SIC,
T.R DANIELS.         MD.. F.R.C.S. ICl
O.B. WHELAN.         M.D.. F.R.C.S. ICl
HAHN.                M.D• F.R.C.S. 'C.
JA. HALL,            M.D , F.R.C SIC'

July27,2011

The Honorable Richard J. Arcara
U.S. District Court
609 U.S. Courthouse
68 Court 51.
Buffalo, NY    14202

Dear Judge Arcara:

Rc:     Dr. Anthony Galea

My name is Michael David McKee. ] am a licensed medical practitioner in the Province
of Ontario. I hold a Fellowship Certificate in Orthopaedic Surgery rrom the Royal
College Of Physicians and Surgeons or Canada. I have an active, rulltime clinical
practice at St. Michael's Hospital in Toronto. a Level I trauma center. I have a special
interest in upper extrell1ily injuries, fracture care and post traumatic rracture
reconstruction. I am a Full Professor of Surgery at the University of Torollto. Toronto.
Ontario, Canada. Further information on my qualifications, publications and awards is
available in my curriculum vitae.

I am writing this letter as a character reference fur Dr. Anthony Galea. In my role as a
Professor Of Surgery at the University Of Toronto, I have interacted professionally with
Dr. Galea for a number of years. He has referred me a number of patients for
reconstructive and traumatic orthopaedic surgical indications. At all times I have found
Dr. Galea to be a pleasant, responsive, competent and thorough physician whose patients
are a genuine pleasure to see in consultation. I can honestly say that over the years I have
never heard a word Of complaint about him either personally or medically from any of his
patients. We have, working as a team, been able to successfully treat a number or
complex and difficIlt sports medicine/orthopaedic conditions hoth in higher end athletic
patients and regular individuals with day to day problems.

I have a high regard ror his professional abilities and his dedication to his patients as a
physician. If I can be of any further assistance or provide any further information, please
reel rree to contact me personally.

I trusl this information is useful.

Yours truly,

Michael D. IVIcKee, MD, FReSe
MDM:jg

Enclosure

# DR. VINEET NIKORE
# TAB 17

To Whom It May Concern,                                                                    August 2011

I am a licensed physician in the United States and Canada.  I am currently practicing medicine and active in all aspects of patient care.  I practice procedure oriented sports medicine, emergency medicine, pain medicine and family medicine.

I have known Dr Anthony Galea since July of 2007.  I have observed him practice first hand and we have worked together in collaboration on hundreds of patient cases.  He has mentored me as a sports medicine physician since I graduated from my sports medicine fellowship in Chicago in June of 2007.  All stated facts are based on direct observation as well as on numerous interactions with Dr Galea.

I have gotten to know Dr Galea, the physician, the family man, the individual and the spiritual healer very well.  He is a compassionate physician, a very loving father and has a deep bond with his wife.  Dr Galea strives to improve as an individual and physician every day and attempts to do what he believes is right. He has respect for all individuals and is always able to see the good in people.

Dr Galea, the physician is the consummate professional, role model and healer.  Dr Galea's commitment to learning in all aspects of life, not just medicine has much to do with his success.  His medical education and training, experience with innovative procedures and international work is why he is sought out by patients to solve complex problems.  He is considered by many to be an expert in sport medicine and is in the top 1 % of his field worldwide, especially in the area of musculoskeletal injections and specifically in musculoskeletal ultrasound and platelet rich plasma injections.

Dr Galea is active in performing many procedures not performed by other physicians in Canada or the United States, either because lack of courage, knowledge or skill.  This is another reason he is sought out by athletes worldwide who are in chase of a dream or protecting their livelihood.  He cures patients that other physicians haven't and or just cant.  He is a highly talented cutting edge physician that has pushed the boundaries of competent care to new heights because of his innovative, thorough and safe approaches to medical problems.

He has excellent diagnostic skills and sound clinical judgement. He is thorough in his approach which is why he is consulted by many amateur and professional athletes from all over the world for a second opinion.  His opinion matters and is respected by many in field of sports medicine and medicine in general.

The above stated facts are not why Galea is so well liked and trusted by his patients though.  What is indeed rare about Dr Galea are the personal qualities that he naturally brings to a patient interaction.  Dr Galea has never refused to assess or treat any patient.  He does not set time limits when seeing a patient and will spend as much time as needed, hours in some cases, to help his patient.  His interpersonal skills are pristine and his ability to relate to patients and empathize is refreshing in this day and age of medicine.  In short Dr Galea cares tremendously about the welfare of his patients' and this is something that cannot be taught.

On numerous occasions I have witnessed Dr Galea not charge patients any fee for services he provides that are not covered under the provincial health care insurance plan. It is worth repeating, he did not charge patients any assessment or procedure fee and has been doing this for years. He is well aware that many people cannot afford his services but he helps them anyway because that is his nature.

I would have Dr Galea take care of me, any of my family members and any of my patients without hesitation knowing they would be receiving the highest level of safe and effective care that is humanely possible. I have referred Dr Galea many patients that I have not been able to diagnose or that I personally can't help because of lack of expertise with a certain therapeutic procedural technique.

In Canada there is a shortage of physicians, services and resources in general in the health care system and this will not be changing anytime soon within the next few years. We already have a shortage of talented physicians, Dr Galea is needed to help heal and optimize the health of individuals in his community. His expertise is urgently needed on a daily basis.

Before one comes to any conclusion all that is asked is that one considers all the different characteristics of Anthony Galea the person, not just the doctor who went over the border to help individuals who could not come to Canada. The reasons these individuals did not come to Canada are varied and beyond the scope of this letter.

Dr Galea's reputation as a competent doctor has undergone unrepairable damage by the countless incorrect statements reported in the media. The bias created in the minds of individuals, patients and workers in the field of healthcare is unfortunately sometimes irreversible. His character has been attacked regularly since the investigation and his family has suffered great pain, insult and embarrassment. His children have been permanently scarred by the relentless slander by the local and international media.

Please consider Dr Galea's ability to heal patients, his role as a family man and his importance to the spiritual community of Ontario. Please consider all of his unselfish and considerate acts before coming to any ruling. This extremely well rounded individual should have all aspects of his character evaluated before making any life changing decisions. Please consider how important this individual is to the many of the different facets of the community and consider the countless people that will be affected by any decision.

Thank you kindly for your consideration.

Sincerely


Vineet Nikore
MD, BA, CAQSM, ABFM, CCFP

# DR. KAREN O'NEILL
# TAB 18

*KAREN O'NEILL, MD, FRCPC*

DIPLOMATE OF AMERICAN BOARD OF DERMATOLOGY

*DERMATOLOGIST*

DISEASES OF THE SKIN, HAIR & NAILS
COSMESIS & DERMATOLOGIC SURGERY
SCLEROTHERAPY OF VEINS
SKIN CANCER —☀— LASER SURGERY

KING STREET MEDICAL ARTS CENTRE
71 KING STREET WEST, SUITE 306
MISSISSAUGA, ONTARIO. L5B 4A2
(905) 949-1461

April 17, 2011

To Whom It May Concern:

Ae: Dr Anthony Galea

My colleague Dr. Galea has recently Informed me he is pleading guilty to bringing non-FDA approved drugs into the United States. In spite of this offense. I continue to value his medical expertise and capability.

I have known Dr. Galea for approximately ten years. He has referred his loyal patients to me In my role as a consultant dermatologist. His referrals have been appropriate, and his management of their skin problems timely and correct.

I continue to be impressed by the relationship Dr. Galea has established with his patients. I am frequently told by his patients how caring and helpful he has been.

I sought Dr. Galea's herp for a sports related injUry some six years ago, and again rast year. His knowledge and experience are beyond compare: he diagnosed my problem missed by an orthopedic surgeon. Dr. Galea's well honed skill allowed him to make an accurate clinical diagnosis, he arranged for confirmatory radiologIc testing. and provIded me with superb treatment. To accommodate my busy schedule, Dr. Galea arranged two after hours appointments on weekendsI WOWI I am forever grateful for his thoughtful care.

I look forward to continuing to work with Dr. Galea to help our patients.

Yours trUly,


Dr. Karen O'Neill, FRCPC

# DR. STEPHEN A. GLAZER
# TAB 19

# Stephen A. Glazer IVI.D., F.C.C:P., F. R.C.P. (C).

**Internal Medicine** | **Critical Care Medicine**
**Perioperative Risk Management** | **Disorders of Sleep**
MedicineMedical Director Bariatric ProlZram-Humber River

July 19, 2011

I have had the pleasure of knowing Dr. Anthony Galea for approximately three years. I was referred to him as a patient as a last hope to help me with a painful orthopedic injury. Dr. Galea made himself available to help me over the next year. Due to my hectic schedule Dr. Galea selflessly accommodated for me and many times he treated me till 7 or 8 pm as his last patient after completing his exhausting day.

We had the opportunity to talk in depth about a vast variety of topics both medical, religious and family related issues. I came to know and respect him as a devoted physician as well as a spiritual person with a deep commitment to religion, his wife and children. We talk about initiatives of fund raising for charity and his devotion to research both in Israel and in Canada. Aside from trying to help me with my physical injury, he was able to connect with me emotionally and provide support during the time I remained injured.

His dedication to providing healing to patients suffering in pain is admirable. He was persistent, caring and professional throughout the entire time he was treating me despite the adversities that he himself was undergoing.

I regard Dr. Galea as an outstanding physician and an even greater humanitarian dedicated to healing those that are in need.

Sincerely,


Stephen A. Glazer MD FRCPCP FCCP

# DR. IAN G. MACINTYRE
# TAB 20

To Whom It May Concern:

I am writing this letter on behalf of Dr. Anthony Galea.

I have been in the sports medicine industry for seven years and have had the privilege of working with Dr. Galea at Affinity Health/Institute for Sport Medicine for the past two years. In this time, I have had the opportunity to observe Dr. Galea's approach to health care, collaborate in patient management, and find solutions for patients.

I can tell you with certainty that Dr. Galea is the best sports medicine physician I have ever met or worked with. Regardless of the type of patient who walks in his office, Dr. Galea makes time for everyone and provides the best possible care to all. I have no concerns with referring a patient to see Dr. Galea, including family and friends, as I know they will receive the best care possible.

Dr. Galea always makes time for staff and colleagues to learn from his expertise. I have benefited from this over the years and consider it a privilege to have been mentored by this exceptional health care practitioner.

In addition to his great work ethic, Dr. Galea is a committed family man and takes pride in the success of his family and those around him.

Dr. Galea is an asset to our practice, our patients, the profession and the future of sports medicine in Canada.

Sincerely,

Dr. Ian G. MacIntyre

# DR. GEORGE JACKOWSKI
# TAB 21

May 18, 2011

To whom it may concern

Letter of Character for Dr. Anthony Galea, MD

It gives me great pleasure to write this letter of support for Dr. Galea. I met Dr. Galea nearly ten years ago when my nephew sustained ankle injury playing city league soccer. The doctor recommended to us by my medical colleagues as the best doctor not only in Toronto but the Nation for treating sports injury and reversing trauma was Dr. Anthony Galea. He treated my nephew's injury and monitored the healing processes and as a result of his gifted hands my nephew's ankle is to this day is 100% and with no pains or aches related to his ankle injury.

At that time, we discovered that he (Dr. Galea) and I are in the same Faculty of Medicine at the University of Toronto, he being in the Department of Community Health and I, in the Departments of Laboratory Medicine and Pathobiology and Surgery. Since then we have been professional colleagues and the last few years close friends. Over those years to the present I have been able to observe, interact, got to know him quite well. I have personal experience with him to voice my thoughts on his character, his reputation in the scientific and medical community, his interaction with patients and professional colleagues, his charitable work and giving back to

society, his commitment to his faith and religion and his caring for his children and the family dog. As you may be aware Dr. Galea volunteers time and equipment and is a major fund raiser for the Sheba Medical Center in Tel Aviv, the largest rehabilitation hospital in the Middle East treating mainly wounded Israeli soldiers.

In terms of his character he is of high moral character, extremely dedicated to his patients and family, he is well-organized and self-disciplined and extremely reliable and caring physician. He is very comfortable in surroundings that he is well acquainted in, like the clinic, medical meetings, and people he knows but is shy and nervous in surroundings that are foreign to him. I have been in public non-medical events with him and we are both shy and easily discombobulated in surroundings we are not comfortable in but very much in control in our own environments.

I have seen him situations were a patient has asked for specific treatment or drug which was not necessary for the patient treatment, had he given to the patient it would have comprised him medically and morally, in one case it was a simple cold syrup which contained a narcotic which the patient thought he needed and Dr. Galea prescribe non narcotic syrup which did the same job alleviating a sore throat and a cough.
In all my dealings I have had with him he has always taken the high road

In terms of patients he has a very demanding practice, he is very caring and compassionate of his patients and his driven in healing them all. In the treatment of acute injury he is at the leading edge and is constantly approached by doctors who are desirous to learn his approach to wound healing. He is always make the time when they are in acute trauma and need urgent

care for their injury even though his clinical runs 10 to 6 five days a week in reality he is there 24/7 for them and he is still able to cycle 90 km a day and has quality time with his children and wife which attests to his discipline and organization skills.

In the last year) Dr. Galea and myself have entered into a long term research and clinical collaboration on a cardiovascular project dealing with the management of diabetes and obesity. I have strong interest in cardiovascular disease) obesity) diabetes) Alzheimer's and hold over 130 patents in this arena and the inventor of the cardiac enzymes blood test used world wide in diagnosing and ruling out heart attacks. Dr. Galea is the leading authority in the world on the clinical use of Human Growth Hormone and is recognized by his peer's international and locally. One my colleagues Professor Michael Dosch from Sick Children Hospital in Toronto a well published) leading immunologist and diabetologist was so impressed by Dr. Galea's work that he as agreed to be a scientific reviewer along with myself of Dr. Galea recently book to be published a medical treatise on Human Growth Hormone.

In summary Dr. Galea is truly an outstanding person, healer) and family man who I feel privilege to be a colleague and friend of his.

If you need any further information or elaboration of his character please free to contact me at 416 858 5000.

Yours truly

George) Jackow ki, PhD
Professor Departments Laboratory Medicine and Pathobiology And Surgery, University of Toronto
Chairman, Pivotal Therapeutics Inc.

# SEAN KINGS
# TAB 22

Thursday August 6, 2011

To Whom it May Concern:

Re: Dr. Anthony Galea, MD

I am a sports specialist chiropractor and 3rd year medical student that worked with Dr. Galea from 2007-2009 at the Institute for Sports Medicine in Toronto. My relationship with this talented physician was as an assistant in the diagnosis and management of sports related injuries. I have been fortunate to be privy to countless patient interactions and observed his professionalism, outstanding skill and genius that have patients flocking from the world over.

I understand that he has pleaded guilty to the offence of introducing misbranded substances into United States Commerce. In light of the attention this case has received from the media, I hope that I can illuminate the character of a physician and a man that has not been justly portrayed by our media so that justice can be fairly measured.

My first experience with Dr. Galea was as a newly hired chiropractor at one of his small satellite clinics. He approached me on my first day and introduced himself as, "Tony". His humility was transparent from our first interaction. This humble and reassuring nature has not been the subject of many popular media stories but of all his endowments it is his ability to put his patients at ease that makes him such an exemplary physician. There is no ego with Tony and his patients know this immediately. I cannot tell you how many times I have listened to patients pour their hearts out only to have their lives changed by four simple words from Tony. tWe can fix this".                    .

People often ask me how a physician from Toronto became such an unparalleled success in his field. There are many reasons for this 'In my opinion. The first is that he was educated at McMaster University Medical School, which many do not realize is the medical program that Harvard modeled itself after. McMaster pioneered a method of case-based learning and study that teaches physicians to find solutions to problems and not just memorize facts out of textbooks. Tony received a world-class medical education and utilizes it successfully. Secondly, his humility allows him to relate to other health professionals. This is often a major hurdle in medical treatment plans since many doctors seem to have an intrinsic deficit in communication skills. In contrast, Tony often refers to himself as, "the quarterback" who helps direct patients to the necessary treatment. Third, he has had a singular focus in treating sports injuries for over 20 years. Any 3rd year medical student can tell you that they would rather have their attending physician do a difficult procedure then do it themselves. It is common sense. He does difficult injections under ultrasound guidance on a daily basis. These skills take time to develop but he has become a world expert in procedures necessary to manage athletes successfully. Finally, in the field of sports medicine it is often incumbent upon the athlete to

adhere to rehabilitation, which can be both time consuming and expensive. It is a medical fact that the number one predictor of whether a patient will stick to a treatment plan is if they like their doctor. Tony's patients love him.

Physicians provide more than just medicine. They can provide counsel, a home for the sick and can be an inspiration to their community. Please allow me to demonstrate how he has been all of these things with the following examples.

There was a patient he would likely not remember because the interaction was so brief and she was not actually a previous patient of his. She was a body-builder who had finally gotten her big break of being accepted to the Arnold Classic and had been having some health problems. She needed guidance on whether she should continue taking anabolic steroids. She was not a patient of Dr. Galea. She was a friend of one of my associates and Dr. Galea consulted her as a favour to me. He took the time to listen to her and looked at her blood test results. His advice was very simple. He told her, "if you take steroids you will die. You blood is too thick and you will have a stroke and die". The patient broke down in tears since this was her big break that she had been training for her whole life. He did not judge her but rather listened and provided honest counsel. The whole appointment took less than 5 minutes and as a result he saved her life.

The second case is an 11 year-old boy. He was not an athlete. He was the nephew of a colleague and he had osteosarcoma. This terrible tumour had left a large scar in his leg and had metastasized to his lungs. He did not have long to live. He was in our clinic everyday receiving physiotherapy (for free). His treatments often coincided with the treatment of one of our Toronto Maple Leaf hockey player's who had undergone surgery on his knee and was also getting treatment. I remember their first interaction because the player had a stick in his hand and was goofing around with the young boy. They became friends and the hockey player would often bring him hats and shirts signed by big name athletes. It was humanity at its best There was no treatment that would save this boys life and he passed several months later. Dr. Galea's clinic made the last months of this boy's life special. He !mew he could not save him but he also knew that medicine does not always save people physically. He gave him a home and a friend. Palliative care can also be care of the spirit.

In my time with Tony he instructed me tirelessly in the subtleties of orthopedic diagnosis that he has garnered through years of clinical experience. He taught me how to correctly utilize diagnostic tests such as MRI's, bone scans and blood work to differentiate injuries that may have eluded physician's unfamiliar with the proper diagnostic work-up. He explained how to correctly utilize local medical specialists and he even introduced me to specialists in my own field who were able to teach me manual skills that had a measure of efficacy far superior to my own. In short, he taught me how to be a doctor and he did it for free. He did it because he loves medicine, he loves to heal people and he saw a desire in me to follow that path. I am not sure I will ever be able to repay him' for his philanthropy. He inspired me so

much I am currently a 3rd year medical student who could only dream of being a doctor like him with such professionalism and skill.

Dr. Galea is such a valuable part of our profession and a beloved member of our **community.** It is my sincere hope that justice will not take him from the people who love him and need him so greatly.

Sincerely Yours,

Sean Kings
BSc (Hons Kin)1 D.C.

# TARA NORTON
# TAB 23



September 19, 2011

Re:  *Character* Reference *for Dr. Anthony Galea*

To Whom It May Concern:

While it has been at the forefront of my mind, I have been putting off writing this letter for a month now, primarily because I have been afraid that words alone cannot do justice to the sense of gratitude I have for all that Dr. Galea (or "Doctor **G**" as I will affectionately refer to him in this letter) has done for me since I began seeing him in 2006.  I also feel that a full novel, let alone a simple letter, will not be adequate enough to explain Doctor G's gifts as a medical doctor, the quality of his character as a human being, or the extent to **which** the athletic community, the local population here in Toronto, the people of Canada and the *United* States, and indeed the world as a whole benefit from Doctor G's work, his dedication to health, and **his** commitment to helping those around him.  I will, however, do my best:

For the last number of years I have been competing as one of the top professional female Ironman triathletes in the world, racing five Ironman races per year, including the world championships in Hawaii six times, and logging 30 - 35 hours of training per week.  This type of training and racing invariably brings with it a variety of overuse injuries (pulled muscles, damaged tendons and ligaments, stress fractures, etc.).  Doctor G helped me through all those standard injuries each time they cropped up, minimizing my down time and ensuring I could return to training and competition in the shortest timeframe possible.  Doctor G understands athletes, both mentally and physically.  However, in addition to the more standard injuries, he also diagnosed and treated me for a variety of more substantial and unusual injuries in ways that nobody else was able to.  Here are three examples:

> ➢ In October 2008 Doctor G listened to me and believed me when many others did not.  I told him of excruciating pain I was experiencing in my neck following a cycling crash I had in Hawaii, and Doctor G correctly diagnosed 5 fractured vertebrae in my spine that the emergency department failed to detect even after multiple visits.

> ➢ In 2009 I tripped and fell while trail running in New Zealand and literally tore my right hamstring off the bone.  The subsequent MRI showed the hamstring had separated from the bone and had rolled down 4cm from where it shoufd have been attached.  The "**standard**" surgical repair for this unusual injUry has a marginal success rate, takes a year to recover from, and would have been a career-ending procedure for me.  Instead of going this route, Doctor G performed a cutting edge stem cell treatment which involved removing bone marrow from my pelVis, separating the stem cells from the rest of the bone marrow, and injecting my stem cells into the area where my hamstring should have been.  A follow-up MRI taken three weeks after this procedure showed my hamstring had completely regenerated and re-attached itself to the exact place it had tom away from with NO sign of injUry.

> ➢ In 2011 Doctor G performed another stem cell treatment on me, this time to address tendon and bone problems in my other hamstring that had become chronically injured after compensating for the opposite hamstring rupture.  My ischial tuberosity (part of my hip) had become course with calcium deposits (a result of excessive use), and the adjacent tendon that would normally run over a smooth bone was now catching on the bone and was being shredded and tom each time it moved over the now course bone surface.  To address this issue, Doctor G separated mesenchymal stem cells from my adipose tissue (not needing bone marrow in this instance) and injected them along with my own blood into this injured area.  This treatment not only repaired my tendon but also smoothed over the bone, preventing damage from occurring again in the future.  Truly remarkable.

# Tara Norton



The implications of these stem cell treatments for me were life changing, but this pales in comparison to the implications the success of this type of procedure can have for humankind in general, and Doctor G is a pioneer in this field.

Given his incredibly intuitive ability to diagnose and treat injuries, one might expect that Doctor G suffers from the "God complex" that many of us have experienced with other doctors. This, however, could not be further from the truth. Following the success of my first stem cell treatment I gave Doctor G a hug and said thank you. With humility, Doctor G responded with "Well, they're *your* stem cells," completely downplaying his role in the process. Doctor G is a spiritual person, and while he has not specifically verbalized this to me in these words, I believe he just feels lucky to essentially be a conduit for work being done by a power that is much greater he is. Doctor G has a complete lack of arrogance and he just seems to know that his role during his time on this planet is to be a healer.

Healing people is so important to him that he facilitates this process even when he is unable to provide treatment himself. By sheer coincidence, my friend Marilyn McDonald, a professional triathlete living in the US, suffered a similar hamstring injury to mine. I suggested that she should come to see Doctor G in Canada to get the stem cell treatment with him, but from a cost perspective this was not viable for her. So, she sent her medical file to Doctor G, he reviewed it, and Doctor G spoke to Marilyn's doctor in the States to explain to him how to perform the treatment himself. Subsequently, her doctor successfully performed the treatment and Marilyn has healed the same way I have. Doctor G seeks no special accolades for this. In his mind, this was simply the right thing to do.

Doctor G's generosity appears to know no bounds. Unlike other highly paid athletes, as a professional triathlete I earn very little money, and affording these potentially costly treatments would have been impossible for me had Doctor G not personally subsidized my treatments to the tune of many thousands of dollars over the years.

Doctor G is one of the kindest humans on the planet. He is passionate and compassionate, caring, generous, kind, brilliant, non jUdgemental, humble, cognisant of his place in the universe, and a true healer. He is interested in people, has a wonderful bedside manner, is efficient about conveying information about a condition and SUbsequent treatments, is extremely positive but never gives false hope, he is skilled with technique, has invaluable expertise and expeIience, is thorough, is an innovative lateral thinker and a true pioneer, and perhaps most importantly he makes me laugh every time I see him.

I am pregnant now and my racing and training is largely on hold. I do, however, still have occasions to see Doctor G. Since the start of my pregnancy he has offered guidance regarding what I can and cannot do from an exercise perspective. He was also the first person I turned to when I was hit by another cyclist while commuting in Toronto just 10 weeks into my pregnancy. He checked me out, confirmed everything was OK, and out of deep care for my unborn chifd, sternly warned me to stay off even my commuter bike moving forward. Again, I am listening to him. Clearly reflecting on the importance of his own family to him, he told me that starting my own family is "going to be the best thing you have ever done."

Doctor G is, without a doubt, a great asset to the community. I and many others, athletes and non-athletes alike, would be at a great loss without his care. If more people would emulate the characteristics that make Doctor G the person he is, our world would be a much better place.

Thank you for taking the time to read my thoughts.

Sincerely,

*Tara Norton*

Tara Norton

# KATE FLETCHER
# TAB 24


,July 10/11

To Whom It May Concern,

I am a duly licensed physiotherapist in the Province of Ontario. I am very pleased to have the opportunity to offer a letter in support of the character and medical practice of Dr Anthony Galea.

I have known Dr Galea for over 20 years, been under his employ, a self regulated practitioner at the Institute of Sports Medicine and latterly [ 6 years] a colleague.

Since the time I met Dr Galea and worked with him as he established the Institute of Sports Medicine he was very hardworking, encouraging to his staff and overall dedicated to his clients health and well being. Clients ranged vastly in range and need and he offered them his excellent diagnostic skills, clear concise medical management, support and kindness.

Dr Galea, as an athlete himself was interested and assisted many ,both recreational and elite athletes. His diagnostic skills and effective treatment choices made him justly sought out by many high level competitors. Athletes who have trained for many years for one specific chance to perform not only suffer physically in the face of injury but psychologically, socially and financially. Dr Galea showed compassion and understanding and sought to assist the whole person.

I worked with Dr Galea for 15 years. He helped me immensely in my career- he was always abreast of current literature and was always willing to share. He took time to listen and guide when cases were complex and was always humble in his teaching. When I chose to start my own practice he supported my decision and wished me well. He continued that support and respectfulness by choosing to continue our affiliation by referring clients to me.

During the period of time I have known Dr Galea I have been faced with serious personal and family illness and Dr Galea has always genuinely assisted me, offered comfort, advise and counsel which I will always appreciate.

In summary, Dr Galea is a very smart, well- educated, respected physician by many who have had the opportunity to know or be treated by him. He is a great mentor and kind and supportive to those in need both personally and professionally. He is passionate about his medical career and directs his energies to maximizing his potential to optimize and enhance the health of others.


Yours truly,

Kate Fletcher BSc.PT

# DR. MARK SCAPPATICCI
# TAB 25



Keele & Steeles
4700 Kepin St  York University
Toronto Truck & Field Centre
Acquade East Building, Rm 145
Toronto, ON  M3J 1P3
T.  416.478.8799
F  416.479.8688

Yonge & Sheppard
Empress Walk
5095 Yonge street
Toronto, ON  M2N 3Z4
T  416.479.8685
F.  416.479.8688

Yonge & Eglinton
2401 Yonge Street, LL01
Toronto, ON  M4P 3H1
T  416.544.0005
F  416.479.8088

Scarborough @ Consilium
200 Consilium Place, Suite 104
Scarborough, ON  M1H 3E4
T.  416.470.8686
F.  416.470.8688

Downsview Park
National Squash Academy
35 Carl Hall Road, Unit 15
Toronto, ON  M3K 2B0
T:  416.479.8887
F.  416.479.8888

Yorkville
In Houston Lanes
87 Avenue Road
Toronto, ON  M5R 3R9
T  416.479.8567
F.  416.479.8568

King & Yonge
11 King St. West, Suite C100
Toronto, ON  M5H 4C7
T.  416.363.9990
F.  416.479.8688

In the Beach
1971 Queen St. East
Toronto, ON  M4L 1H9
...  416.601.0661
F.  416.470.8688

July 18, 2011

To Whom It May Concern:

Re: Dr. Anthony Galea

I am a sports chiropractor specializing in assessment and management of m'usculoskeletal sports injuries and have known and worked with Dr. Galea for over 1S' years. During the course of this time Dr. Galea an invaluable resource for assisting in the assessment and diagnosis of many sports Injuries with both amateur and professional athletes. His expertise has led to modifications in treatment plan In order to more efficiently and effectively manage these inluries.

Dr. Galea expertise In assessment and diagnosing complex injuries has not only helped improve outcomes but also led to appropriate surgical Interventions In a timely fashion. I have known him to be an excellent sports physician and has always treated patients with respect'and compassion. He Is an Invaluable asset to our local community as well as the sports world.

I hope you will consider these comments when rendering your decision. If you would like to d'jscuss this further please contact me at drmscap@gmail.com. Thank you

Sincerely,

Dr. Mark Scappaticci

# PAUL TOLOMICZENKO
# TAB 26

August 18, 2011

To Whom It May **Concern,**

My **name** is Paul Tolomlczenko and I am a **registered physiotherapist** and I have **had** the pleasure of **working** for Dr. **Galea** for the past 15 **years.** Dr. **Galea** Is an excellent sports medidne **physician and diagnostician.** He has helped countless **patients ranging from debilitated stroke patients to very high** level **olympic athletes in their rehabilitation:** He **Is** a humble man **with integrity** and **always treats** .everyone from patients to employees with the utmost **courtesy** and respect.

Sincerely,

Paul **Tolomiczenko**

# DAVID CYNAMON
# TAB 27



Making life safer



**David Cynamon**
Executive Chairman
Direct 647.436.0009
Cell  416.722.3459
Email dcynamon@k2pure.com

May 4, 2011

TO Whom **it** may concern:

RE: Dr. Anthony Galea, MD

I have had the great pleasure and honor of knowing Dr. Galea for the last 20 years. He is my families sports medicine Doctor and worked directly for me from 2003-2010 as Head Team Doctor of the Toronto Argonauts Football Club, of the Canadian Football League, while I was the Owner of the Club. My experience with Dr. Galea also consists of years of joint philanthropic work together for A Hospital in Israel that saw Dr Galea commit his time, literally flying to Israel every month, to help injured soldiers and civilians rehabilitate to hopefully lead quality lives. I was personally so impressed and humbled by Dr. Galea's efforts that I commissioned a statue of Art that currently sits on the front lawn of The Chaim Sheba Medical Center near Tel-Aviv that also contains a plaque dedicating the artwork in Dr. Galea's honor.

I am 47 years old and have had the great fortune of owning many businesses around the world and employing thousands of people while meeting many thousands more, and I can honestly say that I have never met a more compassionate, dedicated, intelligent, loyal and authentic individual in all of my life.

I sit on the Foundation Board of a major Toronto Hospital and have many philanthropic medical projects and Chairs in my name and In my circles Dr. Galea is seen as a World Class Physician and a role model citizen. I would be honored for my children to grow up and be like Dr. Galea. He is a Canadian treasure and a huge asset to the Medical World and a Human being that makes our World a better place. There is nothing I wouldn't do for this man.

Sincerely Yours,

David Cynamon

Tel  647.436.PURE (7873)  Fax  647.436.0063  www.k2pure.com
Soho Centre 260 Queen Street West, 4th Floor Toronto. Ontario Canada M5V 128
In support of renewable energy projects we have chosen to print Our stationery on FSC certified, carbon neutral paper

# PIERRE LAMARCHE
# TAB 28



TEN N S

Tuesday, December 14, 2010


Toronto, Ontario


Re: Dr Anthony Galea


To whom it may concern,

This letter is written based on my 20 year relationship with Dr Anthony Galea who has assisted my athletes during that time and more specifically me over the last two years

I am a former Olympic and National coach for Canada as well as the director for Canada's top private sector tennis Academy, ACE Tennis. During the last 20 years I have been able to access Dr Galea for the well being of my athletes and he has been respected and yes loved by many of the children he took care of and their parents. He is not only a healer, he is a confident for these athletes and an advisor to them in what usually is a difficult period of their development. In 20 years there never has been a case which created concern with the parents or me in how it was handled.

Two years ago, one of Canada's top players, Ekaterina Shulaeva, was ready to retire due to a stress fracture which did not heal properly after surgery. After traveling to the US to see the Women's Tennis Association consulting orthopaedic doctor we were not further ahead on the road to recovery. At my request, Dr Galea undertook the long process of rehabilitation and treatments that have made it possible for her to return to competition. It should be noted that Shulaeva has undergone usual drug testing by Sport Canada during this period. One of the treatment that was used extensively was the PRP procedure which she first received upon an evaluation at Western Hospital in london, Ontario.

At the same time of Shulaeva's treatment I requested assistance from Dr Galea for the demanding physical part of my work on the tennis court. I am 63 years old and over 50 years of wear and tear on my body has resulted in many aches and injuries, some of which required 17 incursions in my knees. In spite of having two knee replacement procedures, the pain associated with the remnants of the injuries, including shoulder, elbow, thumb pain and a spur in my foot created on-going discomfort in the day to day fulfilling of my coaching responsibilities. After tests and my research, Dr Galea introduced a rehabilitation plan which included the PRP treatment, Androgenic Hormone and Nutropin injections. This treatment

was started with the approval of my own personal physician and has resulted in an unbelievable improvement in my overall condition. This mixture of treatments have made it possible for me to envision doing what I like doing best, creating excellence in kids for another 20 years.

It is obvious by the tone of my letter of the great respect I have for Dr Galea. That respect can be found in many of the athletes that he has helped over the years. This man is a healer, definitely a leading edge one, and I can only imagine the hardships these events have created for Dr Galea and his family. This situation is not uncommon for great men, which Dr Tony Galea is, in a world of envy, politics and personal agendas.

Please feel free to contact me for any further information.

Yours truly,


Pierre Lamarche

# LAWSON HAMER
# TAB 29



August 3rd, 2011

To Whom It May Concern:

I am writing to you in my role as the Head Coach of the Women's Artistic Gymnastics Program at Futures Gymnastics Centre. The mandate of the program at Futures is to provide world-class gymnastics programs in a safe, positive environment where every athlete achieves their personal best. Futures has a history of producing high caliber athletes who compete at the Provincial, National and International levels.

I am writing this letter of reference for Dr. Anthony Galea whom I have known for 10 years. I was referred to Dr. Gatea by a coaching colleague of mine after explaining a serious medical problem that f was having witli one of my athletes, Lydia Williams, who was on the Canadian Junior National Team for Women's Artistic Gymnastics at the time. We had seen a Doctor who assessed Lydia with muscle spasms and suggested that the best course of action was for her to take significant time off from gymnastics or retire from gymnastics completely. We decided to speak with Dr. Galea to get a second opinion, After meeting with Dr. Galea he prescribed a series of tests including an MRI and Bone Scan. Lydia was assessed with a compression fracture of T-12 and ai-lateral pars fractures at L4-L5 for which she needed 10 weeks rest and physiotherapy to heel the injury. After her extensive care and therapy Lydia went on to compete for the University of California at Berkeley on a full 5 year scholarship. Surely without the care of Dr. Galea, Lydia's gymnastics career would have been cut short and her dreams to compete in the NCAA system would not have come to fruition.

Dr. Galea also treated Leslie Mak. Leslie was on the Canadian Junior National Team for Women's Artistic Gymnastics. Leslie injured her elbow while at a competition in Kiev, Ukraine in 2003. Upon returning from the Ukraine, Dr. Galea ordered MRI imaging to confirm his diagnosis and referred Leslie to an elbow specialist. At the completion of Leslie's rehabilitation and a follow up MRI, it was confirmed that the tom ligament had healed loose and was still causing Leslie too much pain to continue doing gymnastics, This was a potential career ending injury for Leslie. Again we went to see Dr. Galea explaining our Situation and that we felt that we were left with no options. Leading the medical field with cutting edge treatments that required "outside the box· thinking (for which he had become very well known), Dr. Galea decided that Platelet Rich Plasma (PRP) injections would be very helpful for leslie's condition. At the time athletes were being charged $500 per injection for this type of treatment. Leslie required 4 injections to complete the protocol and Dr, Galea performed all of these injections at no cost to her, Leslie made a full recovery and went on to compete at Oregon State University on a full 5 year scholarship achieving AU American honors, PAC-10 conference and NCAA West Region Gymnast of the year. Leslie is the NCAA Balance Beam Champion taking the Gold Medal at the 2011 NCAA Championships, Leslie is another example of a

National Team athlete who would have had to retire from her injuries had it not been for the medical intervention of Dr. Galea.

In addition, Dr. Galea has treated Canadian Gymnastics hero Elyse Hopfner-Hibbs over her career for numerous sport related injuries. Some of Elyse's career highlights include a record 8 World Cup medals, more than any other Canadian female gymnast. Elyse won the historic Bronze medal at the 2006 World Championships in Arhus, Denmark, a feat that has never been achieved in Canadian Women's Gymnastics history. Elyse is currently in her 3rd year at UCLA on a full 5 year scholarship where she is ranked as one of the top athletes in the NCAA program,

Most recently Dr. Galea is lead physician for Kaitlyn Hofland who is one of my top athletes and a major competitor in the Canadian National Gymnastics Program, In his typical fashion, Dr. Galea has been exceptionally giving of his time and resources to maintain KaitJyn's level of readiness for important upcoming competitions when faced with either nagging aches and pains or significant injuries that could have cost Kaitlyn her season.

Or. Galea's philanthropic approach to treating high-level athletes has paved the way for their return to full training and competition at rapid rates, always within the strict guidelines of the CeES (Canadian Centre for Ethics in Sport) and WAOA (World Anti Doping Agency). Dr. Galea has continued to be our "go to Doctor" when faced with difficult injuries that need the best treatments where the athletes needed to be rehabilitated quickly in order to maintain their demanding international competitive schedule.

As head coach of the women's program at Futures Gymnastics Centre one of my responsibilities is to ensure that our athletes have access to the best medical care for their sport related injuries. I am, without a dOUbt, certain that our athletes are receiving exceptional care and are truly fortunate to be patients at Dr. Galea's practice.

Jt is without prejudice that I write this letter of reference for Dr, Anthony 'Galea to stand behind him as both a world class Physician and honorable person.

Please do not hesitate to contact me directly if you have any questions.

Sincerely,

Lawson Hamer
Head Coach - Women's: Program
Futures Gymnastics Centre
lawson@futuresgymnastics.com
(905)809-9042