**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**
_____

**UNITED STATES OF AMERICA**

        **-v-**                     **10-CR-307-A**

**ANTHONY GALEA,**

           **Defendant**

---

## LETTERS IN SUPPORT OF
## DR. ANTHONY GALEA
## VOLUME 2

**I N D E X**

**Tab**

**Patients and Friends**

| | | |
|---|---|---|
| 1. | Rear Admiral [Ret.] James J. Carey | 1 |
| 2. | Stacey Hope Sheron | 2 |
| 3. | Bruce D. Bowser | 3 |
| 4. | Ron Tal | 4 |
| 5. | Anja Bolbjerg | 5 |
| 6. | Mike and Paul Dyon | 6 |
| 7. | Tarun Shetty | 7 |
| 8. | Dr. Suzanne Zelazo | 8 |
| 9. | Lou Rocca | 9 |
| 10. | His Worship Chris Triantafilopoulos | 10 |
| 11. | Marcelle Giroux | 11 |

12. Colin Greenaway ................................................................12

13. Chi Ma. ........................................................................13

14. Rosemary J. Anderson .......................................................14

15. Rafeena Rashid ...............................................................15

16. Peter Clarke...................................................................16

17. Nicholas Gareri ..............................................................17

18. Robert C. Cohen.............................................................18

19. Jeffrey Dyer ..................................................................19

20. Hélène Yaremko-Jarvis......................................................20

21. Professor Gary Jarvis .......................................................21

22. Lauren Caradonna............................................................22

23. Ekaterina Shulaeva ..........................................................23

24. Heather Hamilton............................................................24

25. Nicole Forrester .............................................................25

26. Phil Schiller...................................................................26

27. Ksenija Baricevic-Kukla......................................................27

28. William Caesar................................................................28

29. Olly Jasen.....................................................................29

30. Gavin Lawrence ..............................................................30

31. Peter Vasarhelyi..............................................................31

32. Rick Marszalek ...............................................................32

33. Darin Williams................................................................33

34. Chris Nearing ................................................................34

35.   Donald H. Morrison ...........................................................................35

36.   Mia Poscente ...................................................................................36

37.   Wendy G. Derrick .............................................................................37

38.   Joanne L. McLean .............................................................................38

39.   Reverend Ralph W. Rutledge ...............................................................39

40.   Russ Hiebert ....................................................................................40

41.   Nancy D. Nino .................................................................................41

42.   Mark McKoy ....................................................................................42

43.   Tim Power .......................................................................................43

44.   Angela Colella .................................................................................44

45.   Ineke Sutherland ..............................................................................45

# REAR ADMIRAL [RET.] JAMES J. CAREY
## TAB 1

# *THE FLAG & GENERAL OFFICERS' NETWORK*

## Rear Admiral [Ret.] James J. Carey, National Chairman

6022 Knights Ridge Way, Alexandria, VA 22310-1635
Ph: 703-971-3220/ E-Mail: RADMCarey@aol.com
www.FlagAndGeneralOfficersNetwork.org

25 NOVEMBER 2011

To:  The Honorable Judge Arcara

RE: Letter of Character Reference in the case of Dr. Anthony
Galea, M.D.

Your Honor:

This letter relates to Dr. Anthony Galea, M.D., a Canadian Citizen
who is before you on a matter related to some of his medical
efforts in the USA.  I have known Dr. Galea for some 5 years now
and have twice been to his clinic in Toronto to meet with him.
And I can tell you as a matter of personal interaction and
relationship that he is a man of truly exceptional character, a
medical doctor of very high reputation in the medical and scientific
community, a person who through extensive charitable work and
giving back to society is almost without equal, a patriot with strong
commitment to his faith and religion and fatherly caring for his
seven children, and quite frankly, an exceptional human being.

I consider Dr. Galea of high moral character and extremely
dedicated to his patients and the practice of medicine.  He has a
very VERY demanding practice in Toronto, with his waiting room
always filled with patients waiting hours to be seen by him given

his expertise in his field of pain medicine and the treatment of sports injuries.  He is well known throughout North America as a highly accomplished medical expert in the treatment of pain, sports injuries, joint injuries, indeed, the best in his field, and is respected throughout modern medicine.

I have also spent considerable time over the past 22 years working with a NonGovernmental Organization, The Knights Templar International [www.OSMTH.org ], which is recognized in Special Consultative Status by the United Nations and is involved in humanitarian aid all around the world.  It is through these efforts, where I spent 6 years as C.E.O. of the organization, followed by 6 years as World Chairman, that I am aware of Dr. Galea's extensive efforts in Jerusalem and the Holy Land with medical treatment and humanitarian aid in the treatment of the less fortunate who could not otherwise afford medical treatment. His cOrYlmitment to these efforts, sharing his medical expertise and his specialized treatment of joint injuries, has literally helped the lame to walk again.  Surely this giving and caring man is deserving of all the compassion and understanding that the Court can allow given the thousands of donated hours that Dr. Galea has given without charge to the people of the world.

I prevail upon the court with regard to Dr. Galea's case before you, to take all of these matters in extenuation into account and to avoid any actions that would take him away from the practice of medicine and of providing his special expertise and proven effectiveness to his thousands of patients who are in pain or who are immobilized, and who he has made walk again.  I know well the basic fiber and being of this man, he is a dedicated man of

science and a dedicated healer of the sick and lame.  He is a committed and caring citizen whose purpose in life is to contribute to the betterment of our society and cultures, not lessen in through any violation of law.  I urge you to do all in your power to keep Dr. Galea free from any incarceration so that he can continue to bring his healing powers to so many in humankind who need his special abilities to relieve their pain and enable them to walk with mobility.

Most sincerely,

Rear Admiral [Ret.] James J. Carey, National Chairman
THE FL G & GENERAL OFFICERS' NETWORK, Inc.
www. F agAndGeneralOfficersNetwork.org

JJC:nbb

End:  None

# STACEY HOPE SHERON
# TAB 2

To whom it may concern,

My name is Stacey Sheron. I am 35 years old from Atlanta. I am writing you on behalf of Dr. Galea and his patients. So many people depend on Dr. Galea, and I am one of them. Before I met Dr. Galea, I was living a life of pain and suffering. And despair. My story begins about 22 years ago. When I was 13 years old, the family car I was riding in was rear ended at a high speed by a drunk driver. That accident left me with terrible crippling pain in my neck and shoulder. Over the almost twenty years following the accident, I visited dozens and dozens of physicians, in the U.S. and abroad, undergoing just as many different procedures, treatments, medications and even sometimes surgeries. I explored every available alternative healing option. From the obvious, such as massage, chiropractic, and physical therapy, to the obscure, such as kinesiology, hyperbaric chambers and acupuncture. All the while, my injuries continued to get worse and worse, which led to my limitations growing and growing.

While fighting my injuries, I was also fighting to live a normal active teenage life, becoming a national champion martial artist. During my martial arts career, I continued to aggravate my original injuries, and they continued to get worse. One day at practice I suffered career ending injuries. My practice partner loss control of a difficult throw and dropped me on my head. I bounced off my already compromised neck like a pogo stick, landing on my back and seeing stars. I heard my coaches yelling, "don't touch her... don't touch her", and I knew I was in trouble. I had a concussion, dislocated my ribs, collapsed my collar bone, tore my rotator cuff, given myself a bone spur in my shoulder, and on and on.

Over the next few years, I had all the corrective surgeries and therapies and protocols. But I still could not turn my head or pick up my right arm. I slowly started losing my independence. The medications were becoming stronger and stronger, and working less and less. By the time I was thirty years old, I was essentially home bound, unable to drive, work without assistance, or take care of my home without my entire family pitching in and coming over daily to help out. After exhausting every conceivable option for recovery to no avail, I began to resign myself to a hard painful life confined to my own home.

And then, I received a gift straight from heaven, Dr. Anthony Galea from Toronto, Canada. I was fortunate enough to be referred by a friend to Dr. Galea. Dr. Galea is extremely sought after by some of the most accomplished athletes in the world. The list of superstar athletes that swear by him is endless. Yet, he is so pure of heart and his quest to heal, he welcomed me, a perfect stranger, into his practice with open arms, and immediately began his diagnosis of myofascial pain syndrome. He began to explain this syndrome to me with exact detail, the

cause and more importantly, the devastating effects it had on my life. I was already extremely impressed, after all, every other physician I had been to needed me to tell them what it felt like. And finally here I was with a physician that understood so well what my body was going through, from a simple physical examination. It was a first for me. And then he said it, the four greatest words I have ever heard in my life, "I can fix this".

I began Dr. Galeafs homeopathic treatment of vitamin injections and manual manipulations right away. To my surprise, I experienced immediate relief. It was literally like magic. Dr. Galea instantly reversed the downward spiral my health had been in for decades. With my mom in tow, I returned to Toronto every few weeks for more treatments and I steadily started to regain both my health, and independence. About a year into my treatments, I was finally at a point that I feared would never come. I was able to leave the narcotic pain pills like percoset and oxycoton behind me. Dr. Galea was with me every single step of the way. He called to check on me day and night, helped me with the withdrawal symptoms, and kept encouraging me and helping me believe I could do it. That was in April of 2010 and I have not had to take so much as a tylenol for pain since. Once I was able to remove the medication from my life and my body, I could begin the real work of healing.

Dr. Galea invited me to come spend several months in Toronto, and with the help of his entire team of trainers, nutritionalists, acupuncturists, nurses and so on, I was able to begin rebuilding my body. After spending five years in bed, literally unable to pick up a glass a water, I found myself working out, even doing pushups. I was in heaven. Dr. Galea never gave up on me. Even when I had given up on myself, he kept encouraging me. He told me I had potential, and I was someone special. I was someone worth fighting for. He was bringing me out of the darkness that I feared I would spend the rest of my life in and into the light. He knew that as a result of all the trauma, it wasn't just my body that needed to be fixed but my spirit. Now thanks to him, I am living independently. I can do my own laundry, grocery shopping and cooking. I can take care of my dog without help. These are simple every day things that most people take for granted but for me it is a huge victory. Thanks to the compassion of Dr. Galea, I am finally living again. Dr. Galea has taken me from being in a hopeless situation to a young woman with a bright future ahead. He is an absolute miracle worker. Dr. Galea is a total giver and healer. I have known him now for years, and I can say with certainty that the only thing that motivates Dr. Galea is trying to help people. He has intuitions and instincts that can not be taught. Anyone who is fortunate enough to spend any time with Dr. Galea, will be better for it. There is no one like him, physician, or otherwise.

With all these accolades, you would think that Dr. Galea would be unapproachable, but it is the exact opposite. I expected Dr. Galea to come in the room, not look me in the eye, mumble something to an assistant and walk out thirty seconds later. But it was nothing like that. Even though the waiting room is always full of people who rely on him, Dr. Galea always takes the time to truly find out how I am. He always looks me in the eye searching for any signs of the pain and despair I used to exist in. He sits and talks to me about what he is going to do, what I can expect. He takes the time to physically examine my muscle tissues and the progress I am making. And he always is the one to perform my treatments. And while it goes without saying that these treatments are worth any amount of money to me, he has never charged me one dime. There are no words for the gift of life that Dr. Galea has given me. It is such an honor for me to be able to call him my doctor, and now my friend.

I have truly never met anyone as humble and gracious as Dr. Galea and his family. When I relocated to Toronto, I thought [ was all alone. I had no friends. No family. But I quickly learned I was anything but alone. Dr. Galea and his wife and his children, immediately started checking in on me, inviting me to their home for family meals and holidays. They were supporting me through this journey in every way. They made me feel like family. Me. A stranger. Not an athlete. Not a super star. Just some girl that showed up at his doorstep desperate for help. And he gave me my life back.

Please consider all the good things Dr. Galea has done for so many people. Please think about what you will be taking away if you take him away. So many people will suffer. Think about not only his seven children and his wife who need him so much, but the countless patients like me who have no hope without his brilliant medicine and his gigantic heart.


Thank you so much for your time and consideration

Stacey Hope Sheron

# BRUCE D. BOWSER
# TAB 3



April 26, 2011

To Whom it May Concern

Re: Dr. Anthony Galea

I am pleased to provide this letter of character reference for Dr. Galea. I am President and CEO of AMJ Campbell Inc., Canada's largest agent for Atlas Van Lines, with 50 offices across Canada and over 2500 employees. I have sat on the Boards for several Canadian Charities and Hospitals, including the Credit Valley Hospital, The Georgetown Hospital, The National Club of Canada, The National Ballet School of Canada, Mississauga Board of Trade, Teen Ranch Foundation as well as past President of the Halifax/Dartmouth YMCA. I ran in the 2008 Canadian Election as a Candidate for Member of Parliament.

I have had the privilege of knowing Dr. Galea as a patient and a friend for over 10years. I have been involved with the Canadian Olympic Association for many years and had first come to learn of Dr. Galea's reputation through his involvement with Canada's Olympic Teams. I initially was referred to Dr. Galea by my family doctor for the treatment of a nagging sports injury. I was, and continue to be impressed by his unique expertise in the area of managing sports related injuries.

Throughout the course of my association with Dr. Galea I have come to know him very well as personal friend, as a loving and devoted father to his children, and as contributing member of the community in which he lives. I have served alongside of Dr. Galea as a committee member of fundraisers for the National Ballet School of Canada and have witnessed him giving freely of his time to support numerous other charities in Canada.

Our children have attended the same school together and I have had the opportunity to have Dr. Galea's oldest son Ryan work with me as a summer student. If there is any truth to the fact that children are a reflection of their parents character, then it would be a true compliment to Dr. Galea. I have also witnessed the embarrassment and pain that Dr. Galea's family has had to endure as a result of the media portrayal of him peddling banned substances and illegal drugs. Although I understand that Dr. Galea will be pleading guilty to the offence of introducing misbranded drugs into the United States, I think it is fair to say that he has already served a sentence of media conviction well beyond anything warranted.

BRUCE D BOWSER
PRESIDENT & CEO
AMJ CAMPBELL INC

100 MILVERTON DR., SUITE 330
MISSISSAUGA, ONTARIO L5R 4H1
PHONE: 905-795-3790
FAX: 905-795-3787
EMAIL: BBOWSER@AMJCAMPBELL.COM
WEBSITE: WWW.AMJCAMPBELL.COM

As a physician, Dr. Galea is respected amongst his peers as a leader in his field. He is one of the most sought after Sports Physicians in Canada and has continued to see patients from all walks of life, often working late into the evening to see patients who have been waiting for hours, receiving minimal financial compensation through the publically funded health care system. I have witnessed Dr. Galea going well beyond the normal call of duty to help an amateur athlete who would not have the financial resources to be treated by a doctor of his expertise. There is no doubt in my mind that Dr. Galea puts his caring, compassion and desire to heal his patients beyond any financial reward he might receive.

On a very personal level, I have gained the greatest respect for Dr. Galea as a genuine, honest and caring individual. I have attended Bible study groups with him and have seen firsthand the role that his Faith has played in his life. Our families have shared many meals together, and I have seen the love that he has for his family, friends and those around him. It is my opinion that Dr. Galea possesses the highest level of character and integrity. He has proven himself to be an outstanding contributing member of his community and our Country. I am sure that I am joined by many of his fellow Canadian friends, athletes, colleagues and associates who are willing to stand up for him and vouch for who he truly is.

Yours truly,

Bruce D Bowser
President & CEO

# RON TAL
# TAB 4



Ron Tal
President & CEO

May 4, 2011

To Whom it may concern:

Re: Dr. Anthony Galea, MD

It is my understanding that Dr. Galea is pleading guilty for the offence of introducing misbranded drugs into the US. I therefore feel it an obligation to inform the court on Dr. Galea's character. I count myself lucky to have met and become friends with Dr. Galea these past 13 years. Our relationship has been one encompassing both business and friendship. On a business level, I have always found him to be honorable in both word and deed. Dr. Galea served as National Director of Sports Medicine for my company LifeMark (a rehabilitation and healthcare services company), where his expertise and renown was especially helpful in elevating us from among our competitors. Among other things, he helped us develop a community outreach program which brought Olympic athletes, sports psychologists, physiotherapists, and sports medicine doctors to schools across the country. As a native Israeli, raised in Canada, I was honored to accompany him to Israel on an early trip when he decided to provide some of his knowledge and time to helping injured soldiers and civilians. Today, largely through his efforts, one of the premier hospitals in the country has built a rehabilitation "center of excellence" at the Chaim Sheba Medical Center in Tel Aviv.

On a personal level, Dr. Galea has helped us numerous times as my family's sports medicine physician. He is also a close friend who I know I can count on in any situation. I am a fifty-two year old entrepreneur with four children. My life is full and busy with many friends and acquaintances around the world but Tony is unique among them. His care and dedication for friends, patients and strangers alike is something we should all aspire to.


Sincerely yours,


Ron Tal



Ron Tal
President & CEO

# ANJA BOLBJERG
# TAB 5

To whom this may concern                                December 9th 2010

I write this letter in support of my doctor who has followed me throughout my skiing career, Dr Anthony Galea.

The first time I met Dr Galea was at the FIS Freestyle Skiing World Championships in March 1999. I had been struggling all season with severe back pain. Actually the pain had been ruling my life since I herniated two discs in January 1998.  Nobody had been able to help me get rid of it and my skiing and my body and my career was in a free fall from leading the world cup when the injury happened to being told by everyone around me that I should just forget about skiing.

During those World Championships which were the season-ending event, Dr Galea was present as the Canadian team physician.  When you are from a small country with no medical support structure in an amateur sport, like me, you are dependent on the goodwill and professional passion that people such as Dr Galea possess.

Needless to say I had had a really bad season with pain and results just hanging in there.  I was seriously starting to consider if everybody else was right and I should quit.  But at this event, I had qualified for the finals, somehow showing me that I still had business to do in the freestyle skiing world.  I thought that the best would be to consult with a doctor who was not only a doctor but who also knew the demands of our sport.  We have no such doctors in Denmark with experience in freestyle skiing, so I took advantage that Dr Galea was there to ask his opinion.  He was very professional  and reassuring but  it also seemed like he genuinely just wanted to help.  He told me to come to his clinic in canada after the season and that "we'll fix you."  He told me I could just stay at his house with his family for the time necessary.

So I did.  I ended up spending one month at their house, the time to do all the different exams and assessments to find the root of the problem with my back and why the pain kept coming back.  The problem was finally identified as muscle imbalances and a changed muscle recruitment pattern that put my whole body off and other possibilities such as nerve root damage were ruled out.  It was perfectly safe for me to keep skiing if could manage to change those mechanics.  I came back over the summer again and stayed for 2 months working on changing the pattern through specific training and deep tissue work. I not only got my body back and felt stronger than ever, I went back to the world cup and started the season with a silver medal on the first world cup.

This whole experience was what inspired me to turn my engineering degree into writing a thesis in biomechanics many years later.

Dr Galea has since helped me with both shoulder and knee injuries and saved my skiing career more than once when other doctors have written me off. He sees possibilities and solutions rather than just diagnosis which in my opinion is what makes him better than most.

Anja Bolbjerg

Freestyle and **freeride** skiing, Denmark

# MIKE DYON AND PAUL DYON TAB 6



March 2, 2011

**REGARDING DR. TONY GALEA**

To whom it may concern.

Our company R.M.P. Athletic Locker Ltd. has been the distributor of BROOKS Rurming shoes in Canada since 1977 when my brother Paul and I started selling shoes out of our university residence. We're also the distributors in Canada for Ripzone, Umbro, Teva and Fila.

Five years ago, we started the BROOKS Canada Marathon Project. We support a number of aspiring young marathon run.'lers as they try to achieve their goal of representing Canada at the Olympic Games. Dr. Galea has been treating our athletes from the start and has allowed them to train to their maximum potential. These athletes are always pushing the envelope in training. Transitioning from running five and ten kilometers to a 42 km marathon can lead to the occasional running injury even with the best shoes. Dr. Galea has always been there to support athletes in their goals, and we are hoping to continue to work with him with the PAN-AM games just around the corner in 2015.

On a personal level, Dr. Galea has allowed both myself and my brother to continue to compete in sport. My brother has been successfully treated by Dr. Galea with PRP and I get Ostenil injections in my knee annually. I am off to compete in the WORLD Masters Cross-country ski championships and I would not hesitate to recommend my fellow athletes to Dr. Galea (which I in fact did today to another fellow Master- Cross Country Ski Athlete). I have recommended an out of town Canadian Olympic Champion to Dr. Galea. (Dr. Galea always ends up with the challenging cases.) Her comment to me after treatment was that her career probably would have been ended. Five months after treatment she qualified for her 2nd Olympics.

I was very happy to see her compete in Vancouver.

Mike Oyon
President
RMP Athletic Locker LTD

Paul Dyon
Vice President
RMP Athletic Locker LTD

# TARUN SHETTY
# TAB 7



*Administrative Office:*
9, Gayatri Commercial Complex,
Andheri Kurla Road,
Marol Naka, Andheri (E),
Mumbai - 400 059.
Tel. : 2851 5220 - 22 / 2850 8080 . 81
Fax : 91- 22-28514634
Email: bombay@haldyn.com
Website: www.haldynglass.com

aid ⓘ Glass Gujarat Limite

April 15, 2011

Dear Sir/Madam:

The reason for writing this letter is to explain why I travelled from India to Canada to meet and be treated by Dr, Anthony Galea in 2007 and in 2009.

In December 2006 I met with an unfortunate accident, wherein I injured my Achilles tendon. A team of surgeons performed an emergency operation to reattach my sliced Achilles in Mumbai, India. My entire right leg was casted for eight weeks and my movement was totally restricted as the weight of the cast made it near impossible to be mobile. A few days after having my cast removed in February, 2007, I lost my balance and slipped putting undue weight on my barely healed Achilles and the tendon tore again. Emergency surgery was performed and my leg was once again casted for eight weeks. I was bed ridden for nearly 6 months, which resulted in significant build-up of internal scar tissue and overall damage and weakness in my right leg. Post surgery rehabilitation for such injuries in India are only sparsely available, therefore I had to look elsewhere for treatment.

By June 2007, I could barely walk and the prospects of permanent, long-term damage to my leg seemed daunting. My right leg had lost a lot of muscle, my Achilles tendon was weak and taut. Mentally I was affected by all this and felt depressed about the many other issues with having a serious long term injUry like this. Another worry was that due to the weakness of my right leg I would subconsciously compensate and put more weight on my left leg, which could cause knee, hip and then lead to lower back problems in the long term.

At this point my wife (Canadian Citizen) and I decided we would visit family in Toronto to take a break and possibly look for some help in treating this injUry. A family friend of ours in Toronto was insisting I show my leg to Dr. Anthony Galea. Initially I was wary as to the results we would achieve in the short time we would be visiting Toronto but decided we had nothing to lose. The first day we met Dr. Galea he examined my Achilles tendon and his prognosis was not good. Dr. Galea said that due to the double tearing and long term casting the Achilles had suffered severely and there was little or no blood supply to that part of my leg. Dr. Galea was kind enough to take up my case as a challenge and requested that I stay back for 6-8 weeks of intense treatment.

1



REGD. OFFICE & WORKS: Village Gavasad, Taluka Padra, Dist. Vadodara - 391 430
Tel. : (02662) 242339 - 42, Fax: (02662) 245081, Email: baroda@haldyn.com


GLASS WITH CARE

In all honestly, coming from India, I was unaware of Dr. Galea's background, clinic and type of clients he treated, leave alone his methods,  Yet there was something so peaceful and calming about him that it gave me a sense of assurance. What was interesting to see at the clinic was in spite of Dr. Galea being such a successful doctor with such high profile clients; he had a lineuD everyday of old people with age related injuries and young school kids as well.  I always wondered why he would not just treat the high profile and affluent clients in the limited time he had and exit the treatment of the other people. I figured out the answers to this as I got to know Dr. Galea better in the weeks to come.

My treatment involved being in the clinic 5 days a week for several hours a day.  I was amazed by the advanced levels of technology and treatment I was receiving Plasma injections, Hyperbaric chamber treatment, Active Release treatment, physiotherapy and finally strength training.  Another incredible feature of Dr. Galea's clinic was the people who work there, from the doctors, nurses, trainers, therapists and secretaries, they were all so kind and helpful the place has such a great energy.  Dr. Galea made time for all patients waiting outside and the reason so many people waited for him endlessly was only because of the miracles he performed for them.  After 8 weeks the miraculous results we achieved led me to in-fact stay back for another 8 weeks to work on strengthening my leg and body overall.

My experience with Dr. Galea was nothing short of a miracle, from the way we met, to my time spent at ISM (the clinic), to the results we achieved and lastly in getting the mental peace of having solved a potentially long term medical problem.  Dr. Galea is the most dedicated and sincere person I have ever known.  I am extremely grateful to have met him not only for medical reasons but also for personal reasons.  He treats each patient with the exact same care and consideration regardless of their social stature, which is commendable and noble, Dr. Galea's spiritual side makes him a true healer in every sense of the word.  He treats his patients physically and mentally; he gives hope, love and positivity. I confidently say this as I spent 5 days a week for 4 months at the ISM where I experienced and even observed everything going on.

I was naturally shocked and saddened to hear the news of the charges against Dr. Galea. I can say without a doubt and with supreme confidence that the truth will prevail and Dr. Galea will be cleared of these allegations. He's a man who spends every moment trying to help people and to put him through this is so unfair.

In closing, my experience with Dr. Galea, changed my outlook on life and taught me so much. I have got my second chance in life because of him, he has helped me live a much better life. ram enjoying my work again, realizing the importance of family and being healthy in "body, mind and spirit".  With these words I humbly submit my thoughts, feelings and opinions on Dr. Galea's character, conduct and beyond.

I pray for the day when these charges are cleared and Doc G can be back to doing what he does best, that is helping people in living life with happiness, spirit and dignity.

Kind Regards,

**Tarun Shetty**
Managing Director

# DR. SUZANNE ZELAZO
# TAB 8



# YORK

U N I V E R S I T É
U N I  E R S I T Y

FACULTY OF ARTS

Department of English

208 Stong College
4700 Keele St.
Toronto ON
Canada M3J 1P3
Tel 416 736 5166
Fax 416 736 5412
artseng@Yorku ca
arts.yorku.cnJenglish

August 16, 2011

RE: Dr. Anthony Galea

Dear Seth Weinstein:

I have been a patient of Dr. Anthony Galea for over a decade and so can speak with authority to the effectiveness of his practice, the kindness and generosity of his care, and his preternatural gift as a healer. Dr. Galea has accompanied me from young student and amateur athlete to professional triath lete. He is an integral component of the success of Canadian sport across disciplines. Not only has he kept me competing by guiding me through potentially career limiting injuries, but in so doing, has helped me take my sport to the next level.

Dr. Galea has a capacious mind that operates on many different registers simultaneously. He also has a deep and palpable faith in the power of the human spirit and psyche to promote physiological health. These, combined with his genuine respect for his patients, create in Dr. Galea a prodigious ability to connect with and so empower his patients. In his waiting room and in my own interactions with him, I have witnessed the same respect, dignity, and level of wannth and attentivcness administered to the wide range of his patients, from the celebrity athlete to unassuming grandfather who may, in a comparable clinic, seem out of place. Not so at Institute of Sports Medicine, where health is a right Dr. Galea works hard to ensure everyone he treats has access to. This democratic vision, although inherent in the very concept of socialized medicine is, of course, subject to the personalities of its practitioners. Yet Dr. Galea gives each of his patients his undivided attention even when that creates a back log in his waiting room. More important than seeing as many people as possible, Dr. Galea ensures each patient a thorough assessment, flawless procedure, and calm, clear, comprehensive responses to any questions and concerns that might emerge.

As a practitioner, Anthony Galea is a pioneer with an encyclopedic knowledge of cutting-edge research. This in turn contributes to one of his most compelling characteristics: his unshakable optimism. [ first learned this about Dr. Galea through his treatment of my then partner, a professional hockey player with the Pittsburg Penguins franchise. My partner's promising career was cut shon by a concussion sustained in the sport. His case was extremely severe-not only was his career as a hockey player at stake, but as an Ivy League graduate with a remarkable intellect, his mental capacities were stantingly limited. Having seen the top concussion expens in the US and Canada, he was lOld that there was nothing that could be done, that "hopefully" the symptoms would disappear on their own with time.

My partner was devastated and desperate when he began seeing Dr. Galea. But, in contrast to his colleagues, Dr. Galea's commitment to healing, and the power of his optimism, his faith, and his willingness to learn about and understand the most recent and progressive research-allowed him to try new modal ities and to take them as far as they cou ld go. For example, Dr. Galea oversaw my partner's treatment in the hyperbaric chamber well in advance of its now commonplace usage in treating concussions. He also suggested treatment through the Frequency Stimulating Machine, well before that too was regularly being used in healing post concussion syndrome. Through both modalities, despite being told by other doctors that there was nothing that could help his state, my panner experienced sign ificant improvement. Nonetheless, when full-recovery was not achieved, Dr. Galea continued his quest of alternative approaches with positivity, commitment, and encouragement.

Under Dr. Galea's care, I saw what that confidence and unwavering hopefulness did for my partner. It gave him room to dream, room to believe that regaining his health was possible. Injury is never exclusively physical, but in professional sport in particular, it can destabilize an athlete's whole sense of self, which was the case for my partner. Dr. Galea was skillful, sensitive, and completely unfellered by the dismissals in my partner's prognosis by his colleagues in the field. Dr. Galea was the only one who gave him hope, and I can testify to the power of that hope in giving my partner a life, a future, and really, in the depth of his despair, a reason to live. This assistance, this commitment to helping Illy partner find an answer and relief from pain, was priceless.

In addition to treatment for injury and sports related complexities, Dr. Galea has also overseen my thyroid condition, the autoimmune disease Hashimoto's. For the average person hypothyroidism can be devastating if left untreated, and in the case of Hashimoto's where hormone levels vary often and in large degree, this can be particularly problematic both physiologically and psychologically. For a professional athlete, however, performing extreme events such as the (ronman, the slightest shift in levels can be really disastrous if not monitored closely. Under Dr. Galea's care, I feel confident that I am no longer limited by thyroid dysfunction.

Although he is enormously sophisticated, intuitive, and learned, Dr. Galea talks to his patients in a language they can understand-never obfuscating diagnosis, treatment protocols, or explanations through specialized medical jargon. Instead, Dr. Galea makes sure his patients comprehend their situations and feel in control and assured. Certainly, Dr. Galea's persona and general demeanor of accessibility is integral to his proficient connection with patients. It is refreshing and inspiring. [n fact, [ have tried to emulate this approach in my teaching which I do at York University and Ontario College of Art and Design. Although he may not be aware of it, Dr. Galea has taught me a great deal about how to interact with my students.

It is impossible to convey just how much he has helped me, how his care has put my body and mind back on track so many times and so allowed me to pursue my dreams of competing as a professional athlete, or how his manner of interaction has put me at ease in the face of potentially devastating fllldings in diagnosis, or how his joviality and warmth has made me more receptive to treatments than I might have been had they come from a dismissive, aloof, and overly clinical practitioner. Clearly [ would be at a huge loss without his guidance and regular care as would legions of athletes (and non-athletes alike) across the country. In my work inside and olltside of sport, I could only hope to achieve even an approximation of Dr. Galea's depth of character, kindness, humility, conviction in what he does, and the expansiveness of his heart. A healer in a league of his own, Dr. Galea is an asset to this country and worthy of our national pride.

Since.elv.

Dr. Suzanne Zelazo

# LOU ROCCA
# TAB 9



# HA TO FO MIN D.

593 MAIN STREET EAST, MILTON, ONTARIO L9T 3J2
TELEPHON : (905)693-4889   FAX: (905)693-8091

July 25, 2011

To Whom it may concern,

Re: Dr. Anthony Galea MD

I have known Dr. Galea for the past 20 years. During this period I feel I have come to know him very well both as a person and as a Doctor. My wife Marisa and I have watched as Tony has raised seven children with love and devotion, and has done everything for them including being a great role model in his everyday life. It is not by accident that already his older children are assuming important roles in society with the same integrity demonstrated by their father.

To us he has been a great friend always offering his help in our times of need despite his heavy personal and professional commitments. Tony was never too busy or too tired to help in any way he could, just because he cared.

As a professional Dr. Galea has no peer. I have watched him treat people in great pain and distress, and always succeeded in healing them physically and spiritually. Dr. Galea works long and painstaking hours constantly in an effort to improve his patients' quality of life. With this dedication has come success and recognition but Dr. Galea has always remained the same humble man to his patients and his friends that he always was.

My wife and I have several businesses in fields as diverse as construction and restaurants and we employ hundreds of people. We have been fortunate enough to enjoy broad success. It is a pleasure to help others in the way that we do, much of it inspired by the example of Dr. Galea.

I have yet to meet a person with his level of integrity, humility and dedication to the service of humankind. Quite simply he's n of the very finest human beings I have ever known.

Sincerely,

Lou Rocca, P.Eng.
President

# HIS WORSHIP CHRIS TRIANTAFILOPOULOS
# TAB 10

Your Honour,

I have known Dr Anthony Galea for the past twelve years, both as my personal physician and as a friend. I went to see Dr. Galea to avoid knee replacement surgery. It was the wisest decision of my life. Not only am I still walking around on my own knees, but I am still functioning at a relatively high level. Dr. Galea is truly one of the premiere healers on the planet. Not only does he use his talents for healing the superstars of the world, but he also deals with everyday people like me. Despite his hectic schedule Dr. Galea has never turned down any patients that I have referred to him. He is truly committed to his Hippocratic Oath and is all about the healing process. I have found him to be a true professional who is committed to his patients and his career. You can always find him working long hours at his clinic.

I have also had the benefit of being at various community and social events where Dr. Galea was in attendance. He always conducted himself with humility honesty and integrity.  After having many philosophical conversations with Dr Galea, it is clear to me that for a scientist Dr. Galea has a very humanitarian approach when it comes to religion, the arts and how we can all live in a better world.   I hope I have given you a little better appreciation of the integrity, professionalism and kindness that Dr Galea embodies.  The world is better off with having him use his incredible talents to help heal the world.  He is one of the most incredible and influential people I have ever met. My life has been enriched since we met twelve years ago.  It is very unfortunate that he finds himself in this uncharacteristic predicament!


His Worship Chris Triantafilopoulos

Justice of the Peace for the Province of Ontario

1.

# MARCELLE GIROUX
# TAB 11

May 11, 2011

**Character Reference for Dr. A. Galea**

To whom it may concern.

I am presenting this character reference for Dr. Galea feeling both honoured and privileged. Honoured because there are few people that I hold in as high regard as him and privileged because it may be a long time before I am asked to give another reference for someone as deserving of being uplifted and recognized as he is.

I have been his patient for 15 years and have observed over again that he treats everybody with equal courtesy, respect, professionalism and regard whether it is the start or the end of the day, whether you are a regular patient or high performance athlete. He is dependable, reliable, hard-working, conscientious, honest and entirely peace-loving. He is well known to "show up" for his patients. He is extremely dedicated to his family and work.He gave an outstanding testimony that assisted me at my workplace a few years ago and for that I will forever be grateful to him.

Dr. Galea was quoted in a Jerusalem newspaper as a Healer in the Holy Land and a Gift to Israel, for displaying unselfish, exceptional commitment and dedication to the treatment of Israelis soldiers. High performance athletes all over the world seek him out for his knowledge and efficiency in healing them.

I am very grateful having him as my physician in spite of the long hours in the waiting room; I will continue to be in his care as long as he is practicing medicine.

I wish Dr. Galea continued success with his impressive career in Sports Medicine.

Sincerely,

Marcelle Giro  x
Canada Border Services Officer

# COLIN GREENAWAY
# TAB 12

# <u>Character letter for Dr. Anthony Galea</u>

By way of introduction, my name is Colin Greenaway and I am employed by a major Police Service in the Greater Toronto Area. Currently, I supervise approximately fifty sworn and unsworn members, as the Detective Sergeant in charge of a Criminal Investigations Bureau. With over 27 years of policing experience, my career has primarily encompassed investigative roles.

Throughout my professional life, I have frequently received requests for character references or recommendations. This, in large part, is due to my reputation for honesty, integrity and professional ethic: I value right over wrong. There is no compromise.

Prior to this occasion, I have never entertained such a request, as nothing has ever compelled me to support someone, as with the matter involving Dr. Galea.

In the spring of 2010, I was introduced to Dr. Galea in hopes that he may be able to correct two problematic shoulder issues I have struggled with over many years. At that time, I was aware of allegations against him, through media outlets in both Canada and the United States. Needless to say, I was somewhat apprehensive.

During my initial consultation with Dr. Galea, we spoke briefly about my options and his prognosis. I was very> impressed with both his demeanour and genuine concern for my health. Not only did I finally receive a <u>proper</u> diagnosis, but, through his care, I achieved positive results. Despite countless consultations with various health care professionals in the medical community, I had never resolved my concerns, prior to meeting Dr. Galea.

Dr. Galea showed genuine concern and provided insight against protocols that other physicians had recommended, which I know would have negatively impacted my health.

Treatment from Dr. Galea continued throughout 2010, during which, we began to discuss the allegations against him. My experience left me questioning the allegations, based on the clearly evident demonstrations of his integrity and morals. Dr. Galea spoke very openly of regret and embarrassment over the charge he is pleading guilty to. He accepts responsibility for his actions, which I find extremely principled - and rare.

On numerous occasions, Dr. Galea and I have spoken about corruption, abuse and misuse of both legal and illegal drugs among athletes. He spoke honestly and openly about properly assisting athletes who have received substandard 'treatment elsewhere.

Patients deserve Dr. Galea's skills and competence. He genuinely cares about people in general and, more specifically, his patients. Despite having had his life overturned and negatively affected beyond the comprehension of the court, he continues to achieve where other medical practitioners have failed. He has returned my hope and my health.

# CHI MA
# TAB 13

From: 

To:    I.S.M. Health & Wellness Centre
230 Browns Line
Toronto, Ontario, M8W3T4

**RE:    Dr. Anthony Galea's treatment**

April 24, 2011

I wish to thank Dr. Anthony Galea and his wonderful staff for providing me with the utmost care and medical treatment anyone can possibly receive.

I had very serious shoulder injury which stopped my workouts and crippled me. Like many athletes eager to get fixed, I went from one specialist to another seeking help.

Other practitioners I approached either denounced Dr. Galea's proposed treatment, claiming it would not work, and recommended their own proprietary services, which included surgery, or offered to perform the same procedure as Dr. Galea's while quoting me an enormous fee for the service.

Right from the start, I knew Dr. Galea was different. He examined me extremely carefully, and provided a candid opinion, including a thorough and complete description of the pros and cons of my options. He recommended the same procedure which some specialists quoted enormous fees to perform. Dr. Galea realized I was not covered by insurance for his recommended procedure, and that he would not be paid for it, however, he stated *"I know you are going to get better so its hard for me to turn my back and say no because of a billing issue."* Dr. Galea offered to swallow the cost, which is unheard of in privatized health care, especially involving such astronomical billing figures.

Dr. Galea's prognosis for my recovery was so glowing that I was actually skeptical at first. However, over the two-month course of my treatment, I watched in astonishment as my injury, which had deteriorated for years, vanished right in front of my eyes on his imaging screen. Dr. Galea healed me without surgery, which a prominent surgeon claimed was my only hope for any improvement. I now feel like a new person and can perform activities which I previously never dreamed possible.

Dr. Galea is truly a genius. He is at the leading edge of advances within his field and is a brilliant scientist. Considering that all prior treatments failed to heal me, had severe side effects, or made my condition actually worst, Dr. Galea's success is, in every respect, a "miracle".

Unlike other practitioners who attempted to take advantage of my desperate situation, and who demanded enormous fees, Dr. Galea did not bill extra at all for his service. He is truly a humanitarian trying to help others, and is one of very few such humanitarian doctors who place patient care ahead of personal profits.

I would not be the same person now as I would be without Dr. Galea's generosity. I extend a heartfelt appreciation to Dr. Galea and the dedicated staff at I.S.M. Health & Wellness Centre for their wonderful care, and for restoring such a precious part of my life.

Sincerely,

# Chi Ma

Chi Ma, B.Sc., M.B.A., C.M.A.

# ROSEMARY J. ANDERSON
# TAB 14

████████████████

███████

██████

█████

18 August 2011

TO WHOM IT MAY CONCERN

I have been a patient of Dr. Anthony M. Galea at the ISM Health and Wellness Centre for about 7 years

where he has treated me for a number of sports related injuries.  He is an exceptional physician and a

very compassionate and caring individual.  I have  recently had torn tendons in my shoulder that

required surgery  and Dr. Galea  has provided me with extremely good medical care and  guided me

 through the long rehabilitation process which is still ongoing.   He is  one of the rare breed of physicians

who really cares what happens to his patients and does his utmost to do everything he can to heal their

injuries.   I have been a frequent patient at the Clinic and have observed that he treats all of his

patients with courteousy and compassion  and with a high degree of professionalism.    I feel very

fortunate that my family physician Dr. Audrey Karlinsky, who is a colleague of his, knew him well and

referred me to him directly.  The Clinic has a very friendly atmosphere and the staff respect Dr. Galea

enormously.

I am a criminal lawyer in Toronto and spent many years as an Assistant Crown Attorney prosecuting

In Metro  Toronto North. I am still prosecuting part time mostly at Metro Toronto West.

I  am writing this letter in support of Dr. Galea and wish him well.  I hope that he will be able to

continue his practise of treating and healing  his many patients in his clinic where he belongs.

Rosemary J. Anderson

# RAFEENA RASHID
# TAB 15

# RAFEENA RASHID

July 19, 2011

U.S. District judge Richard J. Arcara:

Re:    Sentencing of Dr. Anthony Galea

I am thirty-nine years old (d.o.b.: November 6, 1971) and am employed at the Department of Justice in Toronto, Ontario, representing the Attorney General of Canada.

I am aware that Dr. Galea pled guilty to introducing misbranded drugs into interstate commerce for the purpose of treating professional athletes. As a lawyer tasked with enforcing and upholding Canada's public safety and immigration legal framework I have an acute appreciation for the American government's desire to maintain the integrity of its nation's borders.

I am currently a patient of Dr. Galea. I began seeing him in early 2010, after the damage to my right knee had become so severe that I was unable to perform usual daily activities like running, skipping, squatting and at times walking long distances. Dr. Galea diagnosed my condition as Chondromalacia patella, a condition in which the cartilage of the kneecap becomes worn away.

In diagnosing and treating my condition, Dr. Galea has always taken the time to explain the nature of the injury in non-medical jargon, why a course of treatment is being proposed and next steps in the event that the treatment is unsuccessful. Dr. Galea's patient care is unrivalled. While the cartilage under my kneecap has not fully grown back, under Dr. Galea's care my quality of life has improved such that I am now able to run and hike as I did before my injury.

If you require any further information, please contact me at (416) 973-4001 or (647) 273-4574.

Yours truly,

Rafeena    hid
LSUC # 55644N

# PETER J. CLARKE
# TAB 16

PETER J. CLARKE, LL.B



October ]2, 2011

Brian H. Greenspan
1S Bedford Rd.
Toronto, Ont  M5R 217

RE: TONY GALEA MD.

Dear Sir,

I am writing this letter to you **as I understand** you **are representing** my **physician,** Dr. Tony Galea with respect to his legal issues in the United States.

I have known Dr. Galea **as** my physician and **as** a fellow member of the Boulevard Club in Toronto for the last twenty five **years.**

I have never met a more hard working and dedicated physician.  Dr. Galea **has** always gone the ex.tra **distance** to **assist myself** and members of my family in our many medical issues over the **years.**  His advice **has always** been at the leading edge of medical treatment

Dr. Galea prided himself with being up to date in the medical world and his enthusiasm for **this** may have contributed to his problems in the United States; however, I can assure you that his intentions have always been to have the latest and **best** treatment tools available to assist his **patients** with their maladies.


Yours truly,

Peter l.     árke, LL.B


PJC/sc

# NICHOLAS GARERI
# TAB 17

July 31, 2011

To whom it may concern:

<u>Re:</u> <u>Dr. **Anthony** Galea</u>

I met Dr. Anthony Galea in 1997 when I was a partner with KPMG. He came to me for assistance in evaluating the commercial aspects and prospects of a medical assessment system that he had developed.

Since then, I have had the sincere pleasure of working with Dr. Galea in a few charitable and commercial endeavors. And, we have developed a friendship that has only strengthened with the passage of time. Dr. Galea has become my personal physician and he has also cared for members of my family - I trust Dr. Galea with my life.

Dr. Anthony Galea is an extremely caring person; a very intelligent and humble individual with a desire and drive to help people - be it in a personal, social or professional setting. Here are a few examples of first-hand experiences with Dr. Galea:

> Currently, Dr. Galea and I sit on the Board of Directors of the Canadian Friends of Sheba Medical Center. Over the past several years, his personal involvement, guidance and initiatives have without doubt resulted in the raising of millions of dollars for medical research and life-critical medical rehabilitation programs.

> A few years ago, Dr. Galea participated, and was instrumental in convincing several professional athletes to participate, in a IIS-kilometer cycling event tagged "Ride for Canada". The event, comprised of fifteen cyclists, each representing one year of sitting in the House of Commons by the local Member of Parliament, raised well over $100,000 to benefit charities in the Federal riding of Vaughan-King-Aurora.

> A few years ago, Dr. Galea conceived of an idea to create a Canadian Institute of Sports Medicine, a national elite research center focused on development, prevention and rehabilitation. He was successful in recruiting a core group of medical and sports professionals to develop the initiative, but the idea was abandoned because of regulatory red tape.

> I regularly receive "thank you" telephone calls from people whom I have referred to Dr. Galea. These are non-athletes whose lives have been significantly changed and improved because of Dr. Galea's medical intervention.

Both of my sons have suffered sports-related injuries that required multiple surgeries. Dr. Galea oversaw the surgeries and was meticulously involved in their rehabilitation so that they could return to playing sports and to lead normal lives. These were extremely emotional and traumatic events that he personally guided my sons through.

My youngest son has Epilepsy. Beginning in April 2009, my son suffered repeated episodes of multiple-seizures. This continued for several months and my family was totally devastated. After a few episodes and not knowing who to turn to, I called Dr. Galea to inform him of the situation. He unselfishly and quickly intervened to assist. Through his efforts and network, a new medication was quickly identified. However, it took almost four months of repeated requests to convince my son's neurologists to prescribe that drug. It was finally administered in July 2009. My son has been seizure-free since August 2009. Our lives will never be the same, but they have returned to some normalcy.

I feel very fortunate to know Dr. Anthony Galea, and I know that I am only one of a multitude who feel that way - he has made a difference in my life, as he has in the lives of many.

In all of my dealings with Dr. Galea, I have found him to be sincere in his efforts, honest in his dealings, genuine with his feelings, very professional, and responsibly innovative in his rehabilitation of people.

On a personal level, he has been an invaluable friend. On a social level, I have had opportunity to measure Dr. Galea's contributions as very significant - his involvement and efforts have positively affected many organizations and lives) around the world. On a professional level, I have witnessed immense respect and reverence from his patients and his colleagues. And, he is a devoted father and husband.

I firmly believe that Dr. Anthony Galea is a very significant member of his local and world communities who has made a huge contribution to their wellbeing and progress. The world would be a much better place if we had more individuals like him.

With the utmost sincerity,

Nicholas Gareri, C.A.

# ROBERT C. COHEN
# TAB 18



MARKAY
H O M E S

To Whom it May Concern,

I am writing this letter on behalf of Dr. Anthony Galea as I understand that he is currently being scrutinized by the media and is facing some serious charges that will have severe impact on his work as a medical practitioner.

I met Dr. Galea around 4 years ago as I was referred to him from my Chiropractor Dr. Randy Gordon. I had been experiencing severe pain and discomfort in my bones and joints in various places around my body from many years of hard labor, as I have worked in the construction industry for over 28 years. I was told by Randy, that Dr. Galea was one of the best in his field of practice, and that if I was able to get an appointment he would be the best person to see. Over the years I had been to countless numbers of people to treat my injuries. I had seen MD's, RMT massage therapists, Osteopaths, Chiropractors, etc... I had tried everything from physiotherapy, to prescription painkillers, to various alternative medicines, and no one was able to provide a remedy for the daily pain I was experiencing.

I was fortunate enough to book the appointment with Dr. Galea, as he has been the only person to help me. Over the course of the last few years I am pleased to say that he has treated me for a few different injuries and kept me "pain free", without the use of prescription medication. Most recently, I developed arthritis causing severe pain in the wrists and thumbs that kept me from performing simple tasks such as lifting a jug of milk out of the fridge, opening a door handle, and pumping fuel into my car. I told Tony about the situation at hand, and that it was having a serious impact on my daily routine and lifestyle. Dr. Galea reassured me that he would fix me up. He assessed the situation at hand and prescribed what I consider to be an alternative treatment, something called PRP. I have now been alleviated of this ongoing pain from this alternative treatment. I am now living a normal pain free lifestyle, and I attribute that to him. For that I am extremely grateful.

I have since referred Dr. Galea to many friends and family for a number of various related illnesses and injuries, and they have all reported back to having positive experiences with him. I wish him well with the challenges facing him, and hope that letters such as these will have a positive impact on the outcome of his current situation.

We need more practitioners in Canada that have the depth of knowledge, experience, compassion and professionalism that Dr. Galea maintains.

All the Best

Regards,

Robe  C Cohen
President
Markay Homes

# JEFFREY DYER
# TAB 19

May 8, 2011


Honorable Richard Arcara:

I have been asked to provide an assessment of the man and the physician, Dr. Anthony Galea. It is truly an honor to be asked to do so on behalf of Dr. Galea. In order to understand my beliefs, you must understand who I am. Before I met Anthony Galea in 2008, I had been considered by many well known physicians as a medical enigma or lost cause. Since 2005, my personal existence has been consumed by indescribable pain and despair after an unsuccessful orthopedic surgery. I have been relegated to crutches, a wheelchair, and bed rest for over five years spending thousands of hours and dollars in search of a cure.

Dr. Galea gave me the belief that I would be whole again. Through his cutting edge techniques in platelet rich plasma therapy and adult stem cell trials, he has essentially grown back a healthy lower leg for me. He also diagnosed the underlying disease, Reflex Sympathetic Dystrophy (neurological), which is even outside of his field. Due to his expertise and perseverance, I am in the late stages of neuro[0]gical treatment now and taking my first steps in walking again after five years. This needs to be taken in the context of me consulting with some of the top specialists in the United States for years without success prior to Dr. Galea. He provided hope where there was hopelessness.

After reading the many news accounts about Dr. Galea, I believe this is the time to provide moral clarity and to draw a clear distinction between right and wrong. I believe Dr. Galea was put on this Earth to heal. I have spoken to his colleagues, and they hold him up as the best in the world in his field and a professional of the highest ethical standard. I have spent hundreds of hours in his clinic speaking to his patients and employees. The overwhelming consensus is that he is nothing sh0ll of amazing. The only disgruntled were those whom had spent a long time in the waiting room, which is logical considering his demand.

My malady has taken a great loll on my personal, professional, and financial life. Dr. Anthony Galea restored my hope through his support and belief in me, and his ability to get me walking again. He also understood the financial burden this had on me with hundreds of thousands of dollars in medical care. After he realized that it would take many treatments, he refused to take payment from me. He provided thousands of dollars of medical care out of his own pocket to help me. This is the real Anthony Galea.

I have come to know him outside of the clinic on a personal level and am eternally grateful. He is a very spiritual family man who never has a negative word to say about anyone. It is my understanding that Dr. Galea is pleading guilty to introducing misbranded medicine into the United States. Please bring an equitable conclusion to this matter, so that Dr. Galea can get on with his life and spend his energy healing others. I know first hand how much damage this has done to his reputation and financial welfare.

Please call me to testify informally or under oath on behalfofDr. Galea, if you have further questions.

Thank you,

Jeffrey Dyer

# HÉLÈNE YAREMKO-JARVIS
# TAB 20

**HÉLÈNE YAREMKO-JARVIS**
**Barrister & Solicitor**
**1344 Bancroft Drive**
**Mississ3uga, Ontario LSV IMl**

June 4, 2011

To whom it may concern:

I understand that Dr. Anthony Galea will be pleading guilty to introducing misbranded drugs into the United States. As one of his patients, I wish to submit tbis letter on his behalf as a testament of my esteem for him both as a physician and as a person.

I am a 62 year old female lawyer (sole practitioner) who had the good fortune to be referred to Dr. Galea in April 2009. The purpose of the consultation was to determine whether a problem I was experiencing with my *sartorius* muscle would benefit from a platelet rich injection, a procedure regarding which Dr. Galea is an expert.

When I had my consultation with Dr. Galea, I expected that he would inquire into this limited issue and make recommendations for treatment. I was surprised when he inquired into the general state of my health, demonstrating an interest and concern I would not have anticipated. I advised that although not "officially" diabetic, my blood sugar readings were higher than the normal range and that I had significant pain issues relating to thoracic and cervical spinal injuries resulting from two car accidents as well as long-term athletic injuries. I noted that for many years my family doctor has basically adopted the approach that most of these issues and those being experienced by my husband (also 62) are related to "old age" and nothing can be done about them.

Dr. Galea gave me a pep talk on the importance of nipping my looming diabetes in the bud by immediate lifestyle changes (which was not news to me but contrasted with my family physician's attitude which (as she did for my husband who is now diabetic) would involve waiting until I crossed the tlu'eshold to official "diabetesdom" and then prescribe medication). Dr. Galea also had some suggestions for further investigations of my various pains. As a result I have had a number of tests and helpful treatments, including injections in my knee and neck. I have also benefited from 4-0 ultrasound technology available in Dr. Galea's offlce which detected a tear in my hamstring previously undetected by less powerful ultrasound machines. This tear has since been treated.

I was so impressed with Dr. Galea on my first visit that I asked if he would be willing to see my husband for a general consultation. He readily agreed and as a result my husband has also had successful treatment for issues previously diagnosed as "old age" or ignored. We are both

extremely grateful to have found this wonderful physician. ]t is so refreshing and encouraging to have an empathetic and proactive physician like Dr. Galea. On several occasions when] have described a problem his response has been "I can fix that". Dr. Galea truly cares about his patients and their quality of life and wants to do what he can to improve the latter. Indeed, I have found him to be very knowledgeable and inquisitive, always intent on finding the cause and the "cure" for our health issues. Both my husband and I have had active lives and hope to enjoy many more years of athletic and other activity. Dr. Galea's proactive approach is helping to make this a reality for us.

I must also say a few words about Dr. Galea's waiting-room which is almost always very busy with people of all ages, genders and backgrounds. As a result, I always come anned with reading material for what is often a long wait. I believe this situation is due to Dr. Galea's inability to say "no". I have overheard many telephone conversations between his staff and concerned parents calling because their children have been injured in gymnastics, on the playing field, in ballet, etc. and need to be seen. The answer is always "bring him/her in". As a result, punctuality is not a hallmark of the office. However once a patient is having his/her turn, Dr. Galea always takes his time. His manner is consistently pleasant, respectful and thorough.

Dr. Galea shows a genuine interest in my husband and me as complete human beings. We have at times had extremely interesting philosophical discussions with him. The fact that he has authored a book entitled "*Dr. Galea's Secrets to Optimal Health -- Body and Spirit*" bears witness to his genuine interest in the well-being of his patients. He is truly a gem in the medical profession.

Yours very truly,

Hélène Yaremko-Jarvis

# PROFESSOR GARY JARVIS
# TAB 21

Professor Gary 1. Jarvis



June 1,2011


To whom it may concern:

With regard to the ongoing legal action against Dr. Anthony Galea, I am writing to describe my impressions of his character. While Dr. Galea is well known for some of the famous athletes that he treats, 1 am one of his marlY patients who do not fall in that category. 1 am a 62 year old professor of theoretical geophysics at York University, Toronto, Canada. 1 had the good fortune of becoming one of Dr. Galea's patients after my wife, Helene, was referred to him (by a pain specialist) to treat a deep seated muscle pain in her thigh. Dr. Galea spent a long time looking at her file and the various diagnostic images included therein. In addition to the specific problem that she had been sent to see him about, Dr. Galea was interested in her overall health. After discussing this with her, he recommended a thorough battery of blood tests, and agreed to have my blood work analysed and to see me as well.

When I first arrived at Dr. Galea's clinic I found the waiting room full of teenagers, pre-teens with parents, and ordinary looking men and women who, like me, were too old to be professional athletes. Although it was clear that Dr. Galea was very busy, he spent a long time going over our blood 'Nork with us and showed a genuine interest in our health and in finding ways to improve the quality of our Jives. During our conversation, he mentioned that his other passion in life was biblical archaeology and, when asked about it, spent another 15 - 20 minutes discussing puzzling issues in the Old Testament and his numerous trips to religious sites in the Middle East in an attempt to reconcile some of these issues. He refers to himself as a seeker. It was the most interesting medical consultation 1 have ever had.

Because my wife was so impressed with Dr. Galea after her first meeting with him, she purchased a copy of his book, "Dr. Galea's Secrets to Optimal Health - Body and Spirit" We have both read the book with great interest. In his introduction he says "I want to motivate you to improve your quality of life so you can stay healthy and active well into your senior years". He is not speaking to elite athletes in their twenties. He also stresses his concern over the increasing occurrence in society of obesity, type-2 diabetes and heart disease - and spends several chapters dealing with these topics. He discusses healthy food choices, meals plans and exercise plans. The book is clearly directed towards the average person.

I have seen Dr. Galea a number of times about a problem with numbness and tingling sensations in my right arm. He has referred me to a Neurologist and has had MRI scans

done on my neck and brain as he seeks to determine the cause of my condition. After every test I meet with Dr. Galea again for another consultation. At every such meeting I am surprised at how genuinely pleased he is to see me again. I feel he really cares about his patients, regardless of their sports pedigree. On one occasion while I was waiting in the ultrasound clinic on the floor above Dr. Galea's clinic, I overheard the ultrasound receptionist spe8king to a new patient about various doctors. With regard to Dr. Galea she said: "Dr. Galea is the best of the best - and he treats everyone the same whether they are professional athletes or 80-year old grandfathers". Certainly, that is my impression.

As a final indication of Dr. Galea's character, I refer to the final chapter of his book, Chapter 30, entitled "How does spirituality affect our health", In this chapter Dr. Galea states: "We cannot achieve optimal health and fitness without embracing our spirit and developing its strength and full potential. Spirituality is as vital to our health as is proper diet and exercise,.,' ]n the Afterword of his book, Dr. Galea states: "I believe the most dramatic and life-changing secret to optimal health is found in Chapter 30." A chapter on spirituality and the emphasis that Dr. Galea places on it is not something one normally finds in a book on health and fitness. I believe it reveals a compassionate and spiritual character of Dr. Galea himself.

Overall I have found Dr. Galea to be very attentive to my concerns and very generous with his time. He has a kind and gentle manner and treats his patients with respect. Any attempt to paint him as interested only in patients that are rich and famous sports celebrities is, in my opinion, misguided and seriously misinformed. On the contrary, Dr. Galea welcomes patients of all ages, from all backgrounds, and treats them equally with kindness and dignity. He cares about his patients and is genuinely interested in improving their health and well-being,

Yours sincerely,

Gary T. Jarvis, PhD (Cantab)

# LAUREN CARADONNA
# TAB 22

May 3, 2011

To Whom It May Concern:

My name is Lauren Caradonna, I am a resident of Vail, Colorado a Mecca for various orthopedic practices in the country. After battling ongoing nerve pain, two years ago my orthopedic physician here in the Vail valley referred me to a colleague in Toronto, Canada. He was very confident that this referral would be beneficial for me and I should call immediately for an appointment as this physician is highly requested and patients are referred to him daily. After doing my homework I thought I would never get in to see such a high profile doctor; married, mother of two children not a professional athlete or movie star. The appointments must be months long! The physician I would be traveling to see in Toronto was, Dr. Anthony Galea. I called and had an appointment within 1 week. Much to my surprise and a little apprehensive I was on my way to Canada.

When I entered the physicians office I was not only greeted by Dr. Galea's friendly front desk staff but overwhelmed at the fast pace in the work environment around me. After checking in for my appointment I sat and watched as patients came and went all day. It may be physical therapy, acupuncture, ultra sound appointments or smoothies from the health bar in the pharmacy which you can enjoy while your prescriptions are filled and waiting for pick up. The I.S.M. staff and personnel presented a very comfortable, professional at home atmosphere which is good because it is not uncommon for Dr. Galea to still be seeing patients at 8:00 in the evening. He does not go home until everyone is treated and out of the waiting room. Not at all like I had envisioned the situation prior to my arrival. Dr. Galea was like that good home town doctor we all wish for.

Where were all the movie stars and high profile athletes? After three weeks in Toronto with daily appointments and treatments from Dr. Galea and colleagues; yes, I saw athletes. They were all shapes and sizes. Some were children with wave board wrist injuries, some Olympic track & field runners or maybe college basketball players; gymnast finishing up rehabilitation with ice as well as the occasional burley football, wrestler or AAA hockey athletes in for a follow up appointment. I even got a laugh out of the efficient business woman in her dress suit and high heels on her blackberry and laptop conducting daily appointments as she waits to have an ankle injury examined. And the only "stars" that I came in contact with were Dr. Galea and his staff!

Nerve pain takes a toll not only on the body but the mind and spirit too. After battling this condition for the past eight years I knew that I was finally in the right place as Dr. Galea was sincerely concerned with my cause of pain and diligent about helping me relive and mange my discomfort. I think that I was most touched by a patient I met in the waiting area one day. She was a female jockey that had a horrible spine injury from a horse track accident. With her prognosis not good she was determined to, "get back in the saddle" per

se. Along with treatments, strenuous rehabilitation and Dr. Galea's ongoing encouragement to support optimal health of body, mind and spirit will definitely put this young woman, ·'back in the saddle." With the various physicians seen over the years the bedside manner presented was rare and very encouraging. I was very inspired by Dr. Galea's insight on healing the mind, body and spirit.

My first three week encounter with Dr. Galea and colleagues during the summer of 2009 was so successful and positive, I scheduled a follow up appointment three months later in December. As this was such a breakthrough for me after all these years, yes Dr. Galea was a "star". Quickly I learned not only was he my "star" but he has been a shinning star in many lives with his ungracious humanitarian efforts in Jerusalem and around the globe in association with his donated medical facilities and expertise. Always wanting to include anyone and everyone willing to accompany him on his next mission to assist people in need in some capacity. Some of his best stories are the good will mission trips to Jerusalem with these big NFL football players so out of place but so gentle and compassionate willing to help people in need. That is some of Dr. Galea's own medicine, given with no expectations of receiving back. A smile of true gratitude is payback enough. Not to mention what these players learned of their own inner strengths. Another dose of, ·'Galea medicine."

Dr. Galea has a heart of gold and is truly out for the well being of others. He is very active in his community as well as donating his time and efforts graciously. Dr. Galea has a keen interest in biblical archaeology is a philanthropist and an academic staff member of the University of Toronto and has lectured internationally on such topics as sports medicine, exercise and fitness. Dr Galea has also been a sports medicine doctor at the Olympic Games and was the former physician for the Toronto Argonauts. Dr. Galea has a beautiful wife Nela, 7 children and a very well rounded, educated and respected family.

I am aware that Dr. Galea is pleading guilty to bringing therapeutic drugs into the United States for treatment of patients that was either mislabeled or misbranded. I am not promoting that this is the right practice, but please don't only take into consideration the media's portrayal of Dr. Galea. He is truly an asset to modem medicines and should be recognized for his compassion, mission work, philanthropies, education and all the positive he spreads across the world. In this day and age health care is in our own hands. we have to do all the right research to help find the appropriate answers needed. Any physician can claim to fix you it doesn't just take the book smarts it takes the dedication to excellence and humanitarianism that counts. Always looking for the better of others, we need more of that! Thank you for your time.

Sincerely,

Lauren Caradonna

# EKATERINA SHULAEVA
# TAB 23

To Whom It May Concern:

I am a professional tennis player on the WTA Tour and a patient of Dr. Anthony Galea. In February 2008, I had developed a stress fracture in my foot that put me out of competition, A seemingly simple injury that should have healed quickly did not and I had to have surgery to correct it. I had it operated on in October 2008 and a screw was put into the bone to secure the fracture. After the recovery of surgery and rehabilitation, I was still experiencing sharp pains every time I had to play my sport. The doctors that were handling my case were perplexed why I was still having pain and could not offer me any new solutions, The prognosis given was that I would not be able to compete professionally again. For the next 6 months, I saw many doctors and tried several treatments with no success. I came to Dr.Galea feeling hopeless and close to giving up. He approached my injury with the utmost care and drive to succeed. He treated my foot with injections of the medicines from Germany and PRP. With this course of treatment, I saw relief over the course of a few weeks. I am now back to playing professional tennis full time and am thriving. Dr.Galea gave me hope when there wasn't any and he gave me the chance for me to be able to do what I love to do again. Dr.Galea succeeded where other doctors failed and because of this, I am able to have a career again.

Sincerely,

Ekaterina Shulaeva

# HEATHER HAMILTON
# TAB 24


Tuesday, July 12, 2011

TU Whom it May Concern:

I have been a patient of Dr. Anthony Galea for over 15 years. I was a competitive gymnast from a young age, and often relied on Dr. Galea for diagnosing and treating the injuries associated with high-level training. As a teenager I shifted my focus to track and field, and I am now an internationally ranked pole-vaulter training for Olympic and World class competitions. I am still ill the early stages of my pole vaulting career and continue to seek Dr. Galea's treatment and advice regarding my health and my athletics.

I have been to many other sports doctors and therapists, and I can assure you that there is no better sports doctor than this man. Other doctors have misdiagnosed some urmy injuries; they either do not listen to my problems, or simply do not take the time to determine a proper diagnosis. Or. Galea will do everything in his power to obtain the proper imaging (MRI, Ultrasounds, etc.) so that he can identify the problem quickly and recommend a certain treatment. I have walked into his office countless times after suffering an injury or chronic pain, and he has taken time out of his day to help me get back to training as soon as possible. He is the only doctor I have encountered that understands the demands of training, and the need of immediate care for athletes with an injury.

He recently treated a chronic knee problem with his Platelet Rich Plasma therapy. and I was able to resume training very quickly. Since these alternative treatments can be expensive, and the income of a Canadian amateur athlete is very modest, he treated me at no charge. He loves his work. and most of all he respects and genuinely cares about his patients. Irit were not for his services and generosity. I would not be as successful (and healthy) as I am roJay,

I ask that you consider the fact that so many people rely and appreciate Dr. Anthony Galea and his work to better the athletic community in Canada. The good he has done for people like myself far outweighs any mistakes he has made ill the last few years. Thank you for your time.

Sincerely,

Heather Hamilton

# NICOLE FORRESTER
# TAB 25

Nicole Forrester





July 14, 2011

To whom it may concern:

I have known Dr. Anthony Galea since 1999, and over the years he has become much more than just a doctor to me. He is a fiiend and confidant. Words cannot begin to express the gratitude I have for him in my life. I have known him to be only a good person, in the truest definition. There are far and few people in this world as generous, kind and considerate as Anthony Galea.

As a track and field professional athlete and a PhD Candidate, I accredit much of my success to Dr. Galea. As my physician he has literally saved my health when others have failed me. On one occasion I can remember being extremely ill and having seen three doctors who could not diagnose my illness Dr. Galea was able to detennine I had contracted West Nile. Likewise, through his quick diagnoses and treatment of an unhealed 13-week wound, he saved my leg from developing osteomyelitis.

As a physician, I believe his strength lies in his passion to make people absent from illness and in accordance with the World Health Organization's definition of health. From having 20 brain lesions to finding a breast in my lump, Dr. Galea has been the doctor I have always turned to for assistance. He is brilliant and has raised my expectation of what a good doctor should be. I now demand a doctor who is knowledgeable beyond the scope of text books; one up to date with recent research and willing to treat me as the individual patient J am and not as the average patient

Besides, being an exceptional doctor he is also a friend. He has enhanced my life in his charity, genuine care for my well being, support for my academic pursuit, as well as, a spiritual ally. Because of Mr. Galea., I have travelled to Israel and been able to explore my faith on a deeper level. I have spent numerous hours discussing faith with Mr. Galea and knowing his spiritual commitment have witnessed his actions to reflect his belief. I only wish there were more people in the world like him.

I hope you will consider these character qualities of Dr. Galea and the positive impact he offers. Please do not hesitate to contact me for any questions

I thank you for reading and considering my letter of support for Dr. Anthony Galea.

Kindest regards,

Nicole Forrester, PhD Candidate, M.Ed
Olympian, Commonwealth Gold Medalist

# PHIL SCHILLER
# TAB 26

To whom it may concern,

I am writing this letter of support on behalf of my friend, Anthony Galea. Tony and I have known each other since 1996. It was at that time that Tony became the House League Soccer Coach to my son, Zachary. One of Tony's sons, Brandon, was also on this team. The boys were 3 years old at the time. From there, Tony and I developed a friendship. Eventually, I too got involved in soccer and went from being a House League Coach to an All Star Coach to a Rep Coach. For several years, Tony and I both volunteered our time as we coached soccer together at the highest levels. Not only did Tony offer and provide his soccer coaching skills and guidance, he also served as the team doctor, always in a volunteer capacity. More importantly, he was my right-hand man when it came to decisions we needed to make from a small scale to a more global scale about the direction of our team(s). Tony's influence and calm demeanour were always helpful to me as the Head Coach, and I often turned to him when I needed a thoughtful, meaningful perspective on matters. As you may already know, Tony has run a sports medicine practice for many years now. Not only did he possess a gentle touch when it came to the soccer players on our team, he also allowed the team to utilize the gym in his clinics for training purposes, also free of charge to the team and the parents alike.

On a separate note, several years ago, Tony told me about his interest and love of Israel and how much of an impact this part of the world had had on his life. He convinced me to travel with him to Israel in 2005 where we spent two amazing weeks getting to know the people and places of this fascinating land, culture, etc. Interestingly enough, Tony was also volunteering his time at one of Israel's medical hospitals (Tel Hashomer) where he served as a leader in the area of treating victims of terror and terrorism. Again, I saw another helping side of Tony wherein he was assisting others who had lost limbs and/or had been burn victims as a result of the violence in this part of the world. He showed me around the hospital where his cutting-edge ideas and research were being implemented for those less fortunate. It was apparent that the Tel Hashomer Hospital staff revered him and were in awe of his skill set and devotion of time.

Tony and I have maintained contact over the years and I have sent many friends and family his way when they have been in need of medical treatment, sports-related or otherwise. All of my friends and family that have seen Tony have consistently reported on how helpful he has been to them. It is apparent to those that know and meet Tony that he is certainly in the right profession and that he wants to give back to the

community in many ways. His calling into the field of medicine appears to be an appropriate one.

As a side note, I need to mention that for the past 23 years I have worked for the Correctional Service of Canada. In 1988, I was hired as a Federal Parole Officer. In 1997, I became a Supervisor of Federal Parole Officers and maintain that current role at this time. While I am not representing the Correctional Service of Canada in any manner in writing this note, I do believe that I am a relatively good judge of character. From my vantage point, Tony Galea is and has always been a decent, loving, family man with an affinity towards helping those in need.

I trust that my letter of support will assist in some capacity.

For your consideration.

Thank you.

*Phil Schiller*



# KSENIJA BARICEVIC-KUKLA
# TAB 27

August 10, 2011

Attention: Brian Greenspan

Dear Mr. Greenspan

I write this letter to you with great contentment regarding Dr. Anthony Galea. My name is Barbara Nicole, and I have been Dr. Galea's patient for a little over 2 years due to a sports injury that I received.

Due to the extraneous figure skating training that I have been doing, in the winter of 2009 I received an injury to both of my knees; my right knee receiving more of the stress. At the time I was simply 15 years old, with a lot to look forward towards my figure skating future. I visited my family doctor, many physiotherapists, specialists etc., who were not able to properly diagnose and treat my injury, but simply gave me frightening options of having surgery (which was not a reasonable option being only 15 years old). Many of them also suggested that quitting my figure skating career was the best option, but I didn't want to give up my dream of competing internationally that easily. After receiving many more treatments and visiting more specialists, I was referred to Dr. Galea by one of his own patients.

During my first consultation with Dr. Galea, he was able to properly diagnose my knee injury and was able to eliminate my fears of having surgery. He positively told me about all my treatment options, and gave me hope on continuing my figure skating career at a national level. He was simply able to diagnose my injury as a "lateral-meniscus tear" and "tendonitis". Ever since our first consultation, I had a lot of trust in Dr. Galea, and knew that he would be able to help. I felt extremely welcomed and cared for in his office.

It's been 2 years that Dr. Galea has still been treating me and giving me the utmost care. He is always very positive through situations and very caring. Throughout my recovery period, Dr. Galea and his team were always by my side, helping me to get back to my training as soon as possible. Even when his office was almost full, he never refused to check up on me and ask me how I'm feeling and doing. Even today, Dr. Galea is always willing to see me when a possible situation may arise (because injuries in figure skating are quite common).

I'm quite happy to say that I have made a wonderful recovery without any surgery, and am training every day at a highly competitive level of figure skating. Without the care, support, and most of all help Dr. Galea provided for me, I'm not so sure that I would be where I am today; training to hopefully compete at an international and world level.

Dr. Galea was a miracle when I needed one the most.

Sincerely,

Barbara Nicole Kukla



# WILLIAM CAESAR
# TAB 28

Hello. Mr. Weinstein

This is William Caesar, I'm a Canadian born elite athlete that's on a Basketball Schorlaship in the United States. I started to see Dr. Galea a year ago (July 2010), when I started to experience pain in my right knee. Dr. Galea assessed my knee, and within just one appointment he was able to find out why I was experiencing knee pain. Other doctors that I seen  wasn't able to find out was wrong with my knee at all! However, Dr.Galea warned me that it is a unique type of treatment that has to be done, and it would have to be done several times.

Dr.Galea understood my family situation Financially, with my dad being unemployed for the last two years, Dr. Galea was thankfully able to undergo the treatments with NO charge at all! This automatically shows how a great man, and also a prestigious doctor of this Caliber could be so generous and helpful with my situation. It speaks great volumes! I still see Dr.Galea as of today, and I'm still noticing and experiencing strong and positive results. I wasn't the only person to benefit from Dr.Galea. My younger brother accompanied me to see Dr. Galea on my regular routine check up, he noticed an unusual vain popping out of his neck, right then and there, he set up and appointment, and also a few tests to be run on my younger brother for further evaluation. A typical doctor would barely even glance at my brother, much less notice something, and to take it from there. This once again shows how nice, and helpful Dr.Galea is!

My Parents and I really appreciate Dr.Galea bed-side manners; Every appointment felt as if we were right at home! Every time I wait to see Dr.Galea in the waiting room, every single patient speaks very highly of him, and how he is very helpful in working out costs with the patient. The type of treatments that Dr.Galea had to do for me was EXTREMELY Expensive and there is no way at all that my family would of been able to afford it. If Dr.Galea would of charged me for the treatments, my potential career would of been basically done before it started because I couldn't simply afford it, and also my knee would of deteriorate which would of lead to Arthritis later on in the near future. I still see Dr.Galea two, to three times a month, and especially every time I'm home from school. Dr. Galea is a Great asset to his Patients, and his service is very much needed at his clinic, at all times!

William Caesar
█████████████

# OLLY JASEN
# TAB 29

# Olly Jasen

█████████████████████

September 1, 2011

**TO WHOM IT MAY CONCERN:**

I am a lawyer in Ontario, Canada, and I have been a patient of Dr. Anthony Galea for almost two decades. I understand that Dr. Galea has pleaded guilty to the offence of introducing misbranded substances into United States commerce. However this does not in any way affect my trust in him and I will remain his patient.

Dr. Galea has always been and will be my doctor of choice. Dr. Galea is the "go-to" doctor for many stunt performers because of his incredible perception, analytical skills and diagnostic capabilities. I first met Dr. Galea almost twenty years ago when I was a stunt performer seeking medical attention for injuries I had sustained during filming on set. The visit resulted in not only gUidance and treatment for an expedited recovery but also a diagnosis for an illness that had gone undiagnosed for many years. While all previous doctors had dismissed my complaints as symptoms of "stress", Dr. Galea focused not on the symptom but on the cause. His astute attention to the details I conveyed and his open-mindedness, as well as his compassion, set me on the road to recovery. He cared about me as a "whole" person.

Dr. Galea is tenacious and goes the extra-mile. In times of need he is a best friend. Dr. Galea will test and probe as he did with me until all avenues are exhausted. He will make the extra phone call to get help that is desperately needed. He is not only a medical practitioner but a caring human being.

This past July I sat in yet another Emergency Room (ER) about to be discharged yet again while the infection raced through my arm for the third week. I was due at a mediation early in the morning and needed medical help. I could barely think as the clock ticked past the 6th hour of my ER wait. I was struggling from excruciating pain and fatigue either from the infection and/or the medication that wasn't curing anything. On Dr. Galea's advice I had attended at a different hospital so I called him before the ER doctor could discharge me. Dr. Galea contacted the specialist, who, upon examination of my arm, admitted that the infection was serious and immediately began treatment. The infection could easily have spread to the bones, which is serious, but worse, the infection could have entered my blood stream which would have ended in fatality. Dr. Galea went above and beyond what most doctors are willing to do. He championed for me to receive much needed proper medical care in the hospital. A month later, I am on the road to recovery and under Dr. Galea's care to ensure no damage occurred to my bones or tissues at the main site of infection.

Dr. Galea's openness, his jovial and relaxed manner, have always allowed me to be honest and forthright. I have trusted him to care for my child, who is now a teenager, from an early age. Dr. Galea has always encouraged my son, using humor and honesty to soften the blow of hearing a negative prognosis. Dr. Galea cares about my son's academic achievements, his dreams, his goals. He tends to my son's wel-lbeing so that my son can accomplish all. Dr. Galea takes the time to be personable and he makes his care personal. He has a gift that few doctors possess. It matters not who you are - a stunt performer or a lawyer, a teenage student, or simply an amateur (gym) squash player like my brother, who is also a patient of Dr. Galea. Dr. Galea finds the best possible solutions to return all of us to pain free, healthy living so that we can live more productive and successful lives..

In my opinion, Dr. Galea truly lives up to the Hippocratic Oath. He does no harm to those he treats. He is highly ethical, honourable and well respected. Losing Dr. Galea's as a doctor would be a great loss and a set back to me and my family.

Sincerely,

# GAVIN LAWRENCE
# TAB 30

Letter of reference for Anthony Galea

Anthony Galea is a man with a Godly heart. His gift of healing, his loving kindness, and his genuine interest of your well being are the main attributes that recognize him as a unique and great doctor and a faithful man focused on healing and lifelong healthy living of others.

I met Dr. Galea in 1999 through the referral of the former 100m Olympic champion, Donovan Bailey. I trained with Donovan and several other world class track and field athletes preparing for the 2000 and 2004 Olympic Games. At that time I was dealing with a back injury. After a physical diagnostic test he told me that for a man in my 20's I had the strength of a young teenager in my lower back. In order to eliminate that weakness he referred me to a strength and conditioning specialist. Then he told me that if I really wanted to get stronger, I would have to train my spirit. From then I realized he was a firm believer that training should not only be with the body and the mind, but also the spirit. Then he told me he was going to start a weekly Bible study and would like me to attend. From then I recognised that he was a good and faithful servant of the most high God.

For the next 12 years I have been strengthening my body at ISM's training facility and also training my spirit through the bible study meetings. Throughout the year I have witness his loving kindness towards people of all backgrounds, whether it be an athlete, elderly person, or an average working class person. The time and effort he invests in each patient there is no hint of discrimination, and no necessary time limit he devotes to a particular individual. He gives each patient what is essential to heal, promote and encourage lifelong health.

Medical healing is a great gift that Dr. Galea has, but he also has a great gift in healing a society. For the past 12 years I have grown by not only my mind, body and spirit, I have also matured within my own contribution to humanity. Hearing the stories and testimonies that he has shared with me of the amazing works he has done within the local community, the GTA and overseas that are not medically related, has been an inspiration to me. He has volunteered in charitable or organizations that help kids in poverty in Canada and has contributed to those in need in Israel. His monetary contributions to these and other organizations have been helpful but his time, leadership and physical presence have been invaluable. This genuine interest of well being inspired me to teach high school children in Brampton, Ontario and volunteer to keep adults in shape at his ISM clinic which I am still doing presently.

Being a world class athlete since 1997 and teaching secondary school since 2003, I can identify with standards of practice as a professional. Since my first encounter with Dr. Galea, as a patient, friend and mentee, we have never been in a situation that would violate these standards. He is a man that has faithful Godly values, is blessed to heal others, and is interested to see others have lifelong healthy lives. I am blessed to know him. I would not be where I am today as a faithful civil servant and as an athlete to represent Canada if it were not for Dr. Galea. I am interested in his situation and will be happy to provide any further information.

Regards,

Gavin Lawrence, BA, BEd, OCT
Athletic Director
Physical and Health Education Teacher
Fletcher's Meadow Secondary School
10750 Chinguacousy Road, Brampton, Ontario, L7A 2Z7
Phone (905) 495-2675 ext. 424, Fax (905) 495-6170, Cell (416) 629-0770

# PETER VASARHELYI
# TAB 31

September 14, 2011.


To Whom It May Concern:

## RE: Dr. Anthony Galea


I have been a general patient of Dr. Galea for over 20 years. During this period of time I had the opportunity to thoroughly acquaint myself with Dr. Galea the doctor and Dr. Galea the person. I also had the opportunity to compare Dr. Galea to other physicians the odd time when he was away.

Frankly, there is no comparison! He is way above them. He is absolutely unique.

I found Dr. Galea the only physician who understands that it is not enough to treat the illness, one must also treat the person!

He has great empathy toward his patients, which becomes obvious and greatly appreciated by them.

He is an excellent diagnostician. A young friend of mine who was misdiagnosed in two European countries and a major Canadian Hospital, finally in the 25-th hour, made it to Dr. Galea who after one visit was able to diagnose his problem correctly and save his life. After several operations he is on his way to full recovery.

Dr. Galea does not observe the 15-minute/patient rule. As a result, in some cases, you might have to wait 2-3 hours in his waiting room. But no one seem to mind because they all know that once you are in all your issues will be thoroughly and professionally attended to with a smile even if it is late in the day and his family dinner is getting cold.

He has built a great team consisting of massage therapists, chiropractors, physiotherapists etc. in his clinic. He believes in holistic healing before prescribing any medications.

In spite of his very busy schedule he keeps up to date on new medical developments and his knowledge and rational thinking will almost always come up with the best solution to the problem.

Dr. Galea is an extremely knowledgeable physician who loves children and family and deeply cares for his patients. One gets the feeling that helping human beings is his passion.

I am 72 years old and healthy thanks to Dr. Galea.
I hope that he will be able to stand by my side for the rest of my life.

Yours truly,

*Peter D. Vasarhelyi -* **President.**



**NO.1.GLOBAL GROUP**

**International Marketing**

1637 Lincolnshire Blvd.
Mississauga, Ontario. L5E 2S9.
**Tel: 905-274-1395**
**Mobile: 416-414-8633**
**e-mail:** global.1@me.com

# RICK MARSZALEK
# TAB 32

Good day your Honor.

My name is Rick Marszalek and I am currently a patient of Dr. Galea's. I am writing this letter on my own accord and feel it is just something that I should do. I am not a professional athlete of any sort. I am not rich and famous by any means. I am a meat cutter working in a retail grocery store.

Due to an accident, I tore tendons in my shoulder about six years ago. I had surgery by another doctor at that time only because I was a little old fashioned in thinking that the standard method of surgery would be a better method of repairing the damage done instead of the new arthroscopic methods. This was a decision that I made based on what I call old-fashioned logic. The surgery went pretty much normal I will say, as I don't know any better. For the next 5 years I always second guessed my decision because I was told that Dr. Galea was a great doctor who was a team doctor for a professional football team and looked after other professional athletes. I was hesitant to stray away from the old proven methods of surgery for this type of injury and had the surgery performed by another doctor.

Well 5 years went by and I fell at work. Somehow I managed to hurt myself again. I went to my family doctor who sent me for an ultrasound and it was determined I tore tendons again. Without hesitation, I made an appointment with Dr. Galea. The reason I called him was that in the 5 years since the last surgery, I was able to read about Dr. Galea on the Internet and at this time he convinced I. His reputation for treating patients in a successful manner helped me make this decision. After visiting his office and getting an MRI done in a fraction of the time that I hear other people wait for, it was indeed determined that I tore tendons.

On returning to Dr. Galea for the results, he asked my condition and recommended that I wait to see how these news tears affect my daily life because he felt that they could heal on their own with proper care. I agreed feeling comfortable with his advice. Before I left, I talked to him about a couple of other aches I have been having and he quickly said jump up on the exam table and he would look at them. The first ache mentioned to him was a pain I had above my knee. Without any hesitation he described it as a mild quad muscle tear and that could be quickly healed with physio. Another ache I had was a pain in my ankle. It was bothering me for close to year. It started with a slight strain feeling progressing to the point of hard pain. I was experiencing trouble walking and was limping while at work. It hindered my ability to work a full day without sitting and resting regularly. In the evenings, I had to limit what I did just to get rested for the next day. I did not go to my family doctor because as is the case so many times, they only refer you to a specialist. Dr. Galea diagnosed this problem as a damaged Achilles tendon and prescribed physio treatments to start.

After a few months of treatments, I had a follow up visit where I was given an option for a different treatment, as the physio was not helping me fast enough. This innovative procedure that was recommended was the treatment using "blood spinning". It was my own blood used that I witnessed in front of me. Nothing else. Your Honor, I won't drag this out to explain the next 5 weeks of healing but this procedure performed by Dr. Galea saved me from surgery. Absolutely! After 5 weeks of walking in an air cast, I took the cast off and I knew right away that I felt better.

It has been 6 months now since the procedure and the healing is moving along just great and I can now say I am returning to normal with what I can do and the way I do it. I am still in the process of strengthening my leg muscles to assist with the healing but I feel so much better. And without surgery! And without painful scar tissue associated with this type of injury and surgery. I feel that am really lucky. This type of injury you read about quite frequently in the sports pages affecting so many professional athletes and you hear of the surgeries and in some cases careers coming to an end for some. I did not have to experience that. I was treated exceptionally well by a Doctor who knows medicine and knows it well and better than so many out there.

To be an exceptional Doctor, one has to have the knowledge and drive to become the best at what he does. To go beyond that, requires intelligence to pioneer new methods. New treatments. New procedures. Not everyone can achieve this. I think Dr. Galea is a Doctor who I think is one of those pioneers. I am not an expert at all but this is my feeling based on how I was treated. I have read the articles on the Internet describing these procedures being used at medical institutes all over the world now so it must have validity to it. When I visit Dr. Galea's office, I see so many pictures given to him from world-renowned athletes. Every one of them has signed the pictures saying Thank You. Thank you for saving my career. Thank you for helping me enjoy life. Thank you for keeping me going. That's athletes but what really impresses me are the every day women and men of all ages that I sit next to in the waiting room when I have an appointment. I see the scars from surgery to men and women of all ages that are being treated on the physio tables by his staff.

On almost every occasion that I have sat in the waiting room or been treated on the physio table, I talk to these people or over hear their comments. Everyone has only positive comments and statements of Dr. Galea's ability and knowledge. They say things like I would never go anywhere else. They say things like Thank God I have him treating me. This confidence is obvious with everyone who comes into visit Dr. Galea. I see it on the faces and hear it spoken. And these are just every day individuals. I'm sure there are some wealthy people sitting next to me but they are there for the same reason as I am. To be treated by the best. It is not any wonder why pro athletes seek Dr. Galea's help. He's good at what he does.

I know Dr. Galea is in the news for something that goes beyond beside manner and that is not my concern. That is a matter that is in front of you in the courts. As I mentioned earlier, I am writing this letter on my own and hope many, many more patients of Dr. Galea do so as well to ask you to consider our opinions on this matter. I do not know the details of the circumstances to the charges against Dr. Galea other than what I read in the newspapers, but surely they cannot be severe enough to remove him from practicing medicine and treating the sick.  I am sorry for that statement but that is my opinion. I have seen the people in his office that will be deprived of exceptional medical care. These are not the pro athletes that have access to whatever they need. These are not the rich who can afford everything. I see everyone from young kids up to seniors sitting and awaiting Dr. Galea's care.

Your Honor, please consider these people including myself when you have to consider what punishment you decide upon for Dr. Galea.  Please consider what a loss it would be to the innocent patients that visit Dr. Galea. Was what Dr. Galea did

wrong more important than the health of the sick? I honestly can say that my self and all of Dr. Galea's patients do not deserve to be punished and have our health suffer by not having Dr. Galea here to treat us. Please have us in your mind and heart when you pass judgment on him. We need him.

I sincerely thank you for taking the time to read my letter,

Rick Marszalek

# DARIN WILLIAMS
# TAB 33

March 27, 2011

To Whom it May Concern:

RE: Dr. Anthony Galea, MD

I have had the pleasure of knowing Dr. Galea for 3 years now; Dr. Galea is my family doctor.

I can confirm that he is a man of great integrity, is extremely dedicated to his family and work, and is entirely peace-loving.

Furthermore, when I looked at taking my own life it was Dr. Galea that was there to stop me when everyone else gave up on me or said they couldn't help me because they didn't know what was wrong. During those times, Dr. Galea kept his promise to me and that was as long as I didn't give up, he would not stop looking for a cure or stop helping me.

Dr. Galea gave me hours, days of his personal and professional life. He did everything that none of the tens of doctors and specialists didn't do before him; he cared, he worked for my health, my life, and me. Dr. Galea has a unique passion to help and heal, his determination and desire is nothing like you have ever experienced until you have an opportunity to experience his true love for his passion, his patients.

Now, because of Dr. Galea, I no longer require a wheelchair or some sort of crutches to get from point A to point B or lay in bed in sear agony because of the weight of a simple sheet  More important then my ability now to walk and be pain free is the fact that I am still here, alive at the young age of 37 and experiencing new joyful things everyday that without him I would not have had a chance to experience.


Yours faithfully,


Darin Williams

# CHRIS NEARING
# TAB 34

May 12, 2011

September 2009 was my first visit to Dr. Anthony Galea's Brown's Line Clinic. My first impression was that this is a proverbial dream for any sports enthusiast. There were jerseys, equipment and autographed pictures of top professional and Olympic athletes everywhere you turned. All of these photos were signed, thanking "Dr. Galea" for his help and usually adding that their goals would not have been possIble without his help. Deep down I worried If I was in the right place. How could a doctor with this kind of athletes/patients have time for a lmee Injury of a 15-year-old girl? .

My daughter, Athena, injured her knee in a high school soccer game in May 2009. After x-rays, MRr, ultrasound, countless other tests and assessments by several doctors, we were told that there was nothing wrong with my daughter. But something was wrong. Athena was experiencing intense pain while even just sitting. With just a llght touch to her !mee she would cringe in agony. Often her leg would swell from ankle to the thigh to almost twice its normal size. She often needed crutches to get around as walking was very painful. Luckily one evening we took Athena to Dr. Tom Bacher at Malvern Medical Centre. Dr, Bacher's recommendation after examining Athena's knee was for her to see Dr. Anthony Galea An appointment was booked. I prepared for the appointment by creating a log of everything we had been through for the past 3 ½ months i.e. list of various doctors we had seen, tests performed and the symptoms Athena was experiendng.

Dr. Galea read the prepared written infonnatton, placing stars beSide certain points, He next assessed Athena, working her leg through different motions and asking questions throughout. After what seemed like an eternity, Dr. Galea declared. that he !mew what the problem was, Reflex Sympathetic Dystrophy (RSD). Dr. Galea explained that RSD was something that can affect the nerves after injury and that he had seen it before. He also advised us that most people with this type of injury never play sports again. Granted, my daughter is not a professional athlete but sports and fitness are a big part of her Ufe. The weight of the statement was crushing for her. Dr. Galea believed that he could help Athena get better.

Treatment began immediately and included hyperbaric sessions, ultrasound and therapy with Carm, the chiropractor, all housed in the same building under Dr. Galea's guIdance. Carm's humor brightened some pretty dark days for us, and his treatment sessions always helped. Dr. Galea's platelet spinning therapy showed excellent results and proved to me that he was a man ahead of his peers. His kindness and reassurance from the very first visit made both Athena and I feel that she would get better and that she was in the right place. After months of pain and suffering Athena was looking forward to the medical attention she was to receive from Dr. Galea. Dr. Galea kept a close watch on Athena and we got appointments when needed, despite a long waitjng list to see him. Athena felt that she was as

important to Dr. Galea as any high profile athlete that we often came across during our **visits.**

Thanks to the treatment received at Dr. Galea's clink Athena's symptoms eased to the point where she started light skating with her AA Ringette Team in late December.  She played a few **shifts** in a game In mid January. At the end of February Athena attended the Ontario AA Ringette Championships with her team. She parttdpated in 5 of her team's six games and even managed **to** score a few goals. I beamed with pride watching her participate in her favorite sport.  I was very grateful that we were directed to someone that could help.

My family and I **will** forever be Indebted to Dr. Galea for his excellent care **and** how It has helped my daughter get better.  My daughter may never be a professional athlete, she may never compete at the Olympics, but Athena felt as important as any athlete pictured on the walls at Brown's Line.  In fact, I bet Dr. Galea would proudly display Athena's signed pictUre on his wall of fame.

Sincerely,

Chris **Nearing**

# DONALD H. MORRISON
# TAB 35



May 16, 2011

To Whom it May Concern:

My name is Donald Hunter Morrison. I am a friend and former patient of Dr. Anthony (Tony) Galea. am also the Chief Operating Officer of Research In Motion, developer and manufacturer of the BlackBerry.

My purpose in writing this letter is to attest to the character of Dr. Galea.

I understand that Dr. Galea will plead guilty to the offence of introducing misbranded drugs into the United States of America.

I have known Dr. Galea for two years. I was referred to him due to a sports injury I incurred {ie., torn hamstring) in my preparation for an endurance event.

Dr. Galea was kindly accommodating to the urgency of my condition. He met with me on several occasions with no scheduled appointment despite his over-burdened calendar.

The treatment I received from him reduced the recovery time from several months to a matter of three weeks.

In addition, he provided additional therapeutic consultation through members of his staff.

However, most impactful, were the long conversations that Dr. Galea and I had. I was instantly impressed by his dedication to his patients. In certain specific instances we discussed how Dr. Galea would mentor young professional athletes (eg., NFL players) by hosting them in convents and monasteries in the Middle East in the interest of teaching and reinforcing values of integrity and humility precisely at a time in their lives when new wealth and fame were entering their lives.

Dr. Galea and I had spirited conversations regarding the need to do more to encourage others to accommodate a rhythm of prayer and reflection in their daily lives.

The main approach to all of this discussion was to lead, not by words, but by example.

We kept this dialogue alive beyond the period of my recovery. Dr. Galea has *been* to my home, and we have become friends.

As a physician, I can state empirically that Dr. Galea's diagnosis and treatment of my injury was far more immediate and restoring than any other alternative that was available.

As a person, Dr. Galea impressed me the moment I met him as a fully alive, engaging and compassionate individual who cared deeply about his family, his profession and those entrusted to his care.

I am indebted to Dr. Galea for treating me, and I consider myself fortunate to have met him.

Sincerely,

Donald H. Morrison

# MIA POSCENTE
# TAB 36

# Letter of Character Reference -  Dr Anthony Ga ea

**US District Attorney, Buffalo, NY**

**Dear Sir/Madam,**                                                                              **May 13th 2011**

My name is Mia Poscente. I am 45 years old and a patient of Dr Anthony Galea. I have known him both in a doctor/patient capacity and on a personal level since 2007. I understand that Dr Galea will be pleading guilty to the *offence* of introducing misbranded drugs into the United States as a result of charges laid in Buffalo, NY, and I wish to comment on my observations of him as a doctor and a person.

I met Dr Galea following an injury I sustained playing hockey. Although I might like to believe I am an elite athlete, the reality is I am a middle-aged woman who won't give up her love of competitive sports, despite now having a career and a family.  Even though Dr Galea (who insists I call him Tony) is world renowned for his treatment of high level athletes, his waiting room is filled with ordinary people like me. These are the people, I have learned, he views as his most important patients; because we can't *afford* personal trainers and don't have lucrative contracts and the luxury of focusing exclusively on our recovery when we are injured the way professional athletes do. Tony sees to it that world-class medical care is available to us; the weekend warriors, or the non-athletes, who experience any manner of injury that can be helped through non-surgical procedures. Tony makes the time to see everyone, to listen to their concerns, to ensure they fUlly understand their options and, most importantly, he provides unparalleled care that eases pain and promotes healing.

Tony conducted a series of Plasma Rich Platelet treatments (PRP) to treat my injury. He drew my blood, separated the platelets through centrifuge, and injected the platelets into the injury site (torn tendon in my elbow). He completed six treatments over a 2 month period, the result of which was full healing of my injury. Were it not for Tony, this injury would have kept me out of hockey indefinitely and may have never healed completely, negatively impacting my day to day life. Tony explained the innovative PRP technique, and I saw his excitement in finding new ways to help the body heal itself. Tony developed other techniques, all aimed at accelerating healing to return athletes to their top form, or non-athletes to normal functioning. Everything about Tony's medical practice supports and promotes healing through non-surgical means.

Over the years I have seen Tony for other injuries and I have referred several friends and colleagues, who have also experienced his compassion and expertise.  I have had countless conversations with Tony about his many interests, and I have developed an even greater respect for him as a man than as a doctor. Tony possesses a brilliant mind and has been studying religion. Although a Christian, Tony developed a fascination with Judaism and Israel, where he has traveled extensively. Tony has brought his medical expertise and considerable financial support to Jerusalem, for the expansion of a hospital and training of staff on medical procedures.  Through his network, Tony has gained access to historical texts in support of his education and research, learning to speak and read Hebrew along the way. When we last spoke about it, Tony was near completion of writing a book on the comparative history of religion.

Tony is a father who adores his children -  his youngest was born just after my twin boys. We have exchanged stories of the ups and downs of parenthood and Tony has shared his wisdom and practical advice. I have met Tony's oldest daughter, who aspires to follow in his footsteps as she studies medicine at university. Tony's love for children doesn't end with his own family. He was one of the founding Board of Director members of Kidsfest, a charitable organization that strives to end the cycle of generational poverty.  Tony was always present at fundraising events, showing support and helping to advance the start-up charity to the point it has now reached over 50,000 at-risk youth in Canada. I have been heavily involved with this charity, and am personally appreciative of Tony's dedication. It was with heavy heart that Tony resigned from the Board when he was charged with these *offences,* because he did not want to bring disgrace to the charity for his mistakes. Tony and I have spoken about his charges and the impact it has had on his personal life. I believe that Tony has learned from this experience and it has allowed him to return to his core values and belief that everyone should have access to the very best medical care, which he can provide in his own local clinic. Tony's focus on his patients has undergone an incredible transformation and his renewed energy and passion for his work are uncontainable.

Tony is an avid cyclist, an advocate for healthy living, and a perfect example of how to live life to the fullest with balance and caring for others. He is a humble man whose abilities far exceed his view of himself. Anyone who spends an hour in his clinic will see the positivity and caring by all staff, following Tony's lead. There is laughter and friendliness, chatter and exchange of ideas that foster collaboration and promote healing for every patient. I think the world of Tony Galea, and I commend him for taking responsibility for his mistakes and striving to move forward and become a better person through the experience. I hope my words can help you gain some insight into the real Dr Anthony Galea.

Mia Poscente

# WENDY G. DERRICK
# TAB 37



April 12, 2011

To Whom It May Concern:

My name is Wendy Derrick. I am a director/principal of Fern Hill School. I am honoured to give my opinion and observations regarding Dr. Tony Galea.

I have known Dr. Galea since his first daughter came to Junior Kindergarten. Over the years, six of his children have attended Fern Hill and we look forward to welcoming his son in the next while. Dr. Galea regularly drives his children to school and often stays for morning assembly. He also makes himself available to be present at Christmas concerts and special occasions in support of his children. Each of the four children who have already graduated from Fern Hill were with us for ten years each.

Dr. Galea is never too busy to listen to a staff member should they have any persistent physical problem. His incredible expertise and knowledge of the availability of specific physicians has helped so many people, especially those who have suffered pain for considerable periods of time.

This man has great integrity. I have seen this quality reflected in his children, each of whom is being raised to be considerate of the needs of others. As a family, the older children take great care of the younger ones. Respect for each other is an integral part of the Galea household, and always has been.

You may think that Dr. Galea is just another parent in our school. He is much more than that. He is a skilled physician who's caring, knowledge and dedication to his profession is second to none.

Sincerely,

Wendy G. Derrick
Director

3300 Ninth Line Road, Oakville, Ontario L6H 7G8. Telephone: (905) 257-0022 Fax: (905) 257-2002
801 North Service Road, Burlington, Ontario L7P 5B6. Telephone: (905) 634-8652 Fax: (905) 634-1933
Email: 2directors@fernhillschool.com admissions@fernhillschool.com

# JOANNE L. MCLEAN
# TAB 38



April 11, 2011

To Whom It May Concern:

Since 1993, when his eldest daughter entered Junior Kindergarten, Dr. Tony Galea has been part of the Fern Hill community. Four of his children have graduated from Grade Eight and currently there are two Galea children attending our school.

Over the years, we have come to know and respect Tony Galea as a caring, supportive parent and an individual who is generous of spirit, compassionate and kind. He makes his family a priority, consistently attending school functions appropriate to his children and has been a graduation speaker at our Grade Eight Graduation Dinner. He has never allowed any personal difficulties to affect his ability to be there for his children. He values education and he has made the education of his children a priority, whether that is elementary school, secondary school or university. He can be justifiably proud of his childrens' accomplishments and much of that is due to his efforts, positive parenting and his obvious commitment to his children.

Dr. Galea never hesitates when a staff member or school family asks for a professional opinion or help with a problem. He always goes the extra mile, whether that is for his family or those who need his help. He is never too busy to be of assistance or to seek out the appropriate referral.

Tony Galea is a positive contributor in every way. We value our association with him and wish him all the best.

Sincerely,

Joanne L McLean

Joanne L. McLean
Director

3300 Ninth Line, Oakville, Ontario L6H 7 8. Telephone: (905) 257-0022 Fax: (1-) 257-2002
801 North Service Road. Burlington, Ontario L7P 5B1 Telephone: (905) 634-862 Fax: (5) 6 1033
Email: 2directors@fernhillschool.com admissions@fernhillschool.com



# REVEREND RALPH W. RUTLEDGE
# TAB 39

To whom it may concern:                                        May 4,2.011

It is my honor to prepare this character letter for Dr. Anthony Galea.

I first met Dr. Galea at his clinic in the spring of 2.001 when another doctor referred him to me for treatment. I first wondered at this suggestion as they said that it was at a sport's clinic. It was then that I learned that many doctors refer their patients to Dr. Galea, due to his special skill in treating injuries. When I got to his clinic, I realized that many other older people were there for treatment which had nothing to do with sports injury. I quickly realized that Dr. Galea has a deep compassion to help anyone who needs his skillful help.

As a further testimony to his clinic... my wife had a leg injury which caused her much pain, but after one treatment at his clinic she had instant relief. We can see why people come to him from many parts of the world for treatment. It is not just a profession to him but a means to make a difference from the suffering of many kinds of injury.

In his clinic waiting room you will see people of all ages waiting for his medical skill from small children to seniors. It is always a joy to hear the responses of people who I met there in my many visits to this clinic. I did meet many high profiled athletes during my many visits as I have been closely connected to the services of the clinic over the past 10 years.

Dr. Galea is not only interested in the physical condition of his patients, but in their spiritual and emotional needs. When they expressed their need for help in these areas, he then would contact me to assist him; seeing I am a pastor for many years. I saw in this a man one who is very unique and compassionate, which has resulted in making a significant difference in the lives of all his patients. His record of success has given him a world-wide reputation; which must continue to enable him to help the many people with physical needs.

Dr. Galea made it possible for a number of people to go to Israel so that they may experience life with a new perspective in the city of Jerusalem. He has done this over the past number of years, and it was my privilege to share in this experience.

If J can further assist you with further information, then contact me by phone ████████████ or by email ralphwrutledge@sympatico.ca .

Yours sincerely,

Ralph W. Rutledge (Rev.)

# RUSS HIEBERT
# TAB 40

May 17, 2011

c/oSeth Weinstein
15 Bedford Road
Toronto, Ontario
M5R 2J7

To whom it may concern,

This letter is being sent in support of Dr. Tony Galea. I understand that Dr. Galea will be pleading guilty to the offence of introducing misbranded drugs into the United States.

Professionally I am the owner of a software development company. I am also a director of a Christian Youth camp and a board member of a Christian School. I have lived in the Toronto area for 18 years and have a wife and 4 children.

During the tragic events of September 11, 2001 I was receiving medical treatment for an injury from Dr. Galea. We watched the horrific events of that day unfold on a small TV in Dr. Galea's office. That day Tony shared with me the deep compassionate he had for victims of acts of terror. He shared with me how, during a trip to Israel he had had occasion to see soldiers and civilians maimed by acts of terror. He described how deeply he had been touched observing family members trying to communicate with a loved one who could no longer see or hear. These events drove Dr. Galea to open a clinic at the Tel Hashomer hospital in Tel Aviv.

Over the following weeks and months I met with Dr. Galea and found out more about the project. I was profoundly impacted by the tireless effort he put into using his skills and resources to heal and support these hurting people and their families. Dr. Galea invited me to take a trip with him to Israel where I saw firsthand his compassion in action. He spent 10 days taking me from place to place where he was welcomed with opened arms by the many people he had befriended there.

For the last 10 years Tony has not only helped me deal with several sports injuries but mentored me through a crisis in my marriage. I do not pretend to understand the circumstances surrounding this current crisis however knowing Tony as I do it is absolutely unthinkable to imagine someone that has given so much to society end up behind bars. What Tony does comes from a passion to help and to heal.

I respectfully request that you carefully consider the character of the man I have sought to describe in these few lines in the decisions that you make concerning his case

Sincerely

Russ Hiebert

# NANCY D. NINO
# TAB 41



# Nancy Di Nino

**Fitness Cover Model • TV/Radio Personality· Fitness Athlete**

Date: March 10, 2011

RE: Dr. Anthqny Galea

My name is Nancy Di Nino. I am a National Level Figure Competitor in the Fitness and Bodybuilding industry. I am also a Cover Model and Media Personality.
As a professional athlete, I have required medical attention and have been fortunate enough to be a patient of Dr. Galea to provide and render this professional care. I have been a patient of Dr. Galea's since 2005 of which he has been second to none.

With regards to Dr. Galea I can state unequivocally that he is ethical, professional and an expert in his field. He is more then a medical doctor...he is a friend whom goes above and beyond his call of duty rendering assistance in any concern or request.

Without question, his contribution to the medical industry is unparalleled especially with his Samaritan work across the world. He is a role model and inspiration to those around him personally and professionally.

Nancy Di Nino

# MARK MCKOY
# TAB 42

To whom it may concern,

I am writing in support of Dr. Anthony Galea.
Dr. Galea has been my physician and friend for over 2 decades. He has alway treated me with the greatest amount of care and having the highest ethical standards.
As a professional athlete for the last 20 years, I have never come across a doctor that is as successful in his treatments and who is far ahead of his time.
His diagnosis and treatments far surpass any doctor I have ever been treated by. He is not only the most intelligent, most advanced and most successful doctor in Canada, but in the world (and I have literally seen most of the top specialists worldwide).
Dr. Galea should be praised by the medical community, and should be used as an example of what the medical establishment should aspire to become.
Once again, I would like to give my fUll support and backing to this truly outstanding physician.

Mark    cKoy
1992 Olympic Champion

# TIM POWER
# TAB 43



**Tim J. Power** CFP, BA

July 19, 2011

To Whom It May Concern:

RE:  Dr. Anthony Galea

It is with great pleasure that I write this character reference on behalf of Dr. Anthony (Tony) Galea.  Tony is indeed a solid and decent person of great moral character.  I have had the pleasure of knowing Tony personally and professionally for almost 40 years, and during the years of our acquaintance, I have seen him in many different capacities.

Specifically, over the past 20 years, I have had the opportunity to personally experience Tony's works as a medical doctor. I continue to be very active in many adult activities, and Tony has diagnosed several injuries – from relatively minor to sometimes debilitating injuries.  As with my brother Jerry, we have been able to continue on with our lives in a comfortable manner because of Tony's compassion and sincere interest in our health and wellness -  and our lives.

He has also taken in one of my children – Chenez, who is 17 years old -  on several occasions and has been instrumental in assessing and treating her injuries in a prompt and caring manner.  In fact, we turned to Tony once again three weeks ago; Tony found the time to see Chenez the morning after she had tore two ligaments in her ankle.  Under Tony's care, she expects to make a full recovery in time for this soccer season playoff schedule and the opening of the hockey season.

But there is a story that I must share with you that speaks volumes of Tony's compassion and integrity, as a person and as a doctor.  Earlier this year, one of my older brothers, developed a variety of medical and personal issues. Being a very private person who rarely shares information with his family or friends, we were having countless problems trying to convince him to seek professional help.   Based on our feedback about Tony and our strong recommendations, my brother finally agreed to see Tony – but we had to act swiftly when the opportunity arose because of indecision.

Tony, who had no previous dealing with my brother, sensed the urgency of the situation, and took him in immediately, without an appointment or any forewarning.  We found it amazing that he took the time to do this during the middle of his own personal crisis and media attention.  Tony assessed the situation qUickly and right away put his time and resources into rectifying and treating the issues at hand.  It turned out that my brother was gravely ill:  several of his organs were 'stressed' and on the verge of shutting down completely.

As for my brother, he said Dr Galea made him feel completely comfortable, but what impressed him the most was that Dr Galea, in his own words, was "non-judgmental, he didn't give me a lecture or  scold me." This eased one of my brothers biggest fears and he continues to see Tony on a regular basis.  Tony has

been monitoring the situation as my brother continues his battle; a battle that has been made much more bearable and successful, only because of Tony's expertise and compassion.

One only has to sit in **Dr** Galea's very crowded waiting room to hear more stories of how Tony has touched their lives - and the lives of others on a regular basis. Or one can witness Tony greet his patients and friends in and around his assessment rooms to see how he takes a genuine interest in their careers and lives. Tony is efficient, proficient, and extremely competent and has an excellent rapport with all types of people from all ages and ethnic backgrounds - he is truly a one of a kind individual.

Several times, after seeing patients interacting with Tony, I have commented to him that he must feel that he has the best profession in the world - caring for people and having a truly positive - and often life-changing - *affect* on their lives. He just smiles!

Tony continues to be an invaluable member of society. We need Tony to be available to his patients and to the community as a whole. Yes, he is a remarkable doctor, but more importantly he is a key member of our community. There are many, including my brother and his immediate and extended family, whose livelihoods depend on Tony's professionalism, compassion and true desire to heal!

Tony continues to improve the quality of lives of his patients, everyday he heals and touches the lives of those in his care. This is a human being that our community can ill afford be without for any length of time.


Sincerely

Tim Power

# ANGELA COLELLA
# TAB 44

Angela Colella ████████████████████████

July 28, 2011

To Whom it May Concern:

My name is Angela Colella and I am Certified Fitness Instructor and also an Office Manager in a Dermatologist's office. I am writing this letter to thank Dr. Galea for all his years of medical attention and compassion. I've known Dr. Galea since October of 2005 when I first met him regarding an injury I sustained to my knees while teaching aerobic classes

Dr. Galea has been following my knee injuries and is a very compassionate and caring doctor. He always listens to my complaints and concerns and always has a solution to my problems. Dr. Galea has been following me every 3-4 months and since November 2010 monthly due to recent meniscal tears in my knees. He has not only listened to my complaints about the knee pain, but has also corrected the tears and continues to follow me every 1-2 months to ensure that I'm not sustaining further injury. He is a very kind, considerate and compassionate doctor.

I am truly grateful for all of Dr. Galea's wonderful work, care and compassion he has provided me with over the years and I am very grateful to have him as my doctor. Should you require any further information, please do not hesitate to contact me.

Sincerely,

Angela Colella

Angela Colella

# INEKE SUTHERLAND
# TAB 45

December 5, 2011


The Honorable Richard J. Arcara
U.S. District Court
68 Court Street
Buffalo, New York
14302



Your Honor:

I am writing to ask you to consider leniency in the sentencing of Dr. Anthony Galea.

I'm not a sports celebrity although I have been very active in sports during my lifetime, which is considerable as I've just turned 64 this month.

I'm a wife, that has brought up 2 children to be respectable and conscientious members of society and while doing that I have managed to create and keep running a software company for the past 22 years.

I have been very competitive in sports, competing in horse jumping, downhill slalom ski racing and sailing, qualifying for the Worlds in a 2 main sail boat.

My need for Dr. Galea's services are the result of an auto accident, 6 years ago, when a taxi driver pulled a U turn right in front of me on a downtown Toronto street, leaving me no option but to hit him broadside, head on.  I extended my arms and legs to brace for the collision, which in the end was the worst thing I could do as it "jammed" all of my joints.

I spent the next 5 years working with one specialist after another trying to get myself back to some resemblance of what I was before the accident.  This is very difficult as specialist by their very nature, tend to focus on a very narrow parts of the body, ie: a shoulder surgeon doesn't do knees or hips etc.  Added to that is that a prescription for treatment given by the shoulder surgeon has a negative impact on the hips.  The whole process was driving me crazy and wasn't helping me get appreciably better.

It was then in a moment of sheer desperation that I called a friend who I knew had undergone somewhat the same medical issues and he recommended Dr. Galea and I have been going to see him ever since and I have made substantial improvements.

**Ineke Sutherland**

What makes Dr. Galea different than any of the other multitude of doctors that I saw was that he cares and he treats the complete body.  No symptom is too small and no problem insurmountable.  An example is the extreme pain that I was suffering in the palm of both my hands because I had gripped the steering wheel so tightly in the accident compounded by having to walk with a cane was diagnosed by a hand specialists to be incurable and something that I would have to live with.  When presented to Dr. Galea, he immediately treated the problem and I have had only nominal pain since then.

His assistance has been so great to me that I book appointments once a month, every month.  I also go to physio at his clinic almost once a week, which is under the guidance of Dr. Galea.

And I'm not the only one. I've sat in his waiting room and looked around me and most of the folks waiting to see Dr. Galea are like me.  Ordinary people looking for a solution to their pain, not the latest athletic star.  I've seen parents with their children, injured while doing sports, their faces obviously contorted in worry for their child and I've seen that child recover and then go on to play their sport again.  I've seen elderly patients, coping with the pain of aging get better under his care.

I do not wish to make light of the charges against Dr. Galea.  I do know in talking with him about it that he has shown a great deal of remorse and regret for what occurred.

He is a gifted doctor, a family man who is bringing up 7 children.

I am sending this letter to ask for your consideration to allow Dr. Galea to continue to practice the incredibly good medicine that he does.  He epitomizes the creed of "do no harm". The many patients he has are just ordinary folks, who are in  pain and  need help and have been looking for it in many places for a long time, before finding him.

Yours truly,

Ineke Sutherland
.
ICS/sm

**Ineke Sutherland**