**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**
_____

**UNITED STATES OF AMERICA**

        **-v-**                            **10-CR-307-A**

**ANTHONY GALEA,**

           **Defendant**

---

<div style="background-color:#7a0000;color:white;text-align:center;">

# LETTERS IN SUPPORT OF
# DR. ANTHONY GALEA
# VOLUME 3

</div>

## I N D E X

                                                                 **Tab**

1.     David Thomson ................................................................................1

2.     Elfi Schlegel ...................................................................................2

3.     Bruce Bronfman ..............................................................................3

4.     Michelle Cooper .............................................................................4

5.     Louise McGonigal ..........................................................................5

6.     Diana Cronin ..................................................................................6

7.     Robin James ...................................................................................7

8.     Edward Schwartz ............................................................................8

9.     Bernita Goldsmith ..........................................................................9

10.    Sergio Sandre ................................................................................10

11.    Bruno Sandre .................................................................................11

12.    Dave Watts.........................................................................................................12

13.    Glenn Kociulym...................................................................................................13

14.    Ian McLean.........................................................................................................14

15.    Kim and Kirk Schizas.........................................................................................15

16.    Serge Trajkovich..................................................................................................16

17.    Michael Whiteley..................................................................................................17

18.    Ruth Seessle........................................................................................................18

19.    Lorna S. Blumen..................................................................................................19

20.    Lesley Rasmussen McKee....................................................................................20

21.    Marek Piekarzewski.............................................................................................21

22.    Frank Fazzari......................................................................................................22

23.    Rohan McLean.....................................................................................................23

24.    Bill D'Angelis.......................................................................................................24

25.    Art Pietras...........................................................................................................25

26.    Frank Mizerski.....................................................................................................26

27.    Frank Kosec and Family.......................................................................................27

28.    Dana Kosec.........................................................................................................28

29.    Debbie Morrow....................................................................................................29

30.    Heather Donnelly..................................................................................................30

31.    Shawn Stone........................................................................................................31

32.    Harry Zolnierczyk................................................................................................32

33.    Pradeep Premachandran.......................................................................................33

34.    Peter Koutsovitis..................................................................................................34

35. Tina Nagle ................................................................................................35

36. Aaron Neufeld ..........................................................................................36

37. Harold Lambert .........................................................................................37

38. Penny Perdis ............................................................................................38

39. Peter Tallis ...............................................................................................39

40. Damian Goddard ......................................................................................40

41. Barbara Nicole Kukla ...............................................................................41

42. Wendy Melvin ...........................................................................................42

43. Ken Grenier and Melissa Collis ...............................................................43

# DAVID THOMSON
# TAB 1

The Woodbridge Company Limited

65 Queen Street West     Tel   416 364-8700          David Thomson
Suite 2400               Fax   4[6364-7201           Chairman
Toronto, Ontario
Canada MSH 2M8                                       dkrl@woodbridge.com

# Woodbridge

July 13,2011

Honorable Richard J Arcara
68 Court St, Rm 609
Buffalo, New York
14202

Dear Judge Arcara,

Please forgive this letter from a stranger which I write in reference to Dr. Anthony Galea.  My personal experience with this individual has been stellar.  In late 2009, my right shoulder was strained in a beach volleyball game.  The low grade pain remained constant for months and I was unable to continue an exercise regime with the upper body.  A friend recommended PRP therapy, which was administered by a clinic in Toronto in early summer 2010.  After two sessions, the affected area was still inflamed.  Dr. Galea was recommended by a close colleague.  My first inclination was scepticism.  The individual had been cited in a number of articles over the years, with opinion divided.  I decided to meet Dr. Galea and appeared at his offices on March 9, 2011 for an assessment, to return shortly thereafter for a single session of PRP therapy.   The results were extraordinary.  I experienced a consummate level of empathy and skill throughout.  We also shared thoughts about Dr. Galea's philosophy of wellbeing and it touched a chord.  I merely wish to express my belief in this individual's character and sincerely hope that all parties can move forward with renewed purpose.

Sincerely,

# ELFI SCHLEGEL
# TAB 2

Monday, May 16, 2011

To Whom it May Concern:

I am writing this letter on behalf of Dr. Anthony Galea. I understand that he will be pleading guilty to the offense of introducing misbranded drugs into the United States.

I am an NBC Sports commentator (1992 - present) and owner of Schlegel's Gymnastics Centre in Oakville, Ontario.

I have known Dr. Galea in a variety of capacities since 1991. I first met him as a patient following my competitive years as a International and NCAA gymnast. As a Canadian broadcaster for CBC Sports, I worked alongside Dr. Galea (Canadian team doctor) through our connection with the sport of freestyle skiing. I watched him first hand care for the well being of elite Canadian athletes as they prepared for their world competitions.

Dr. Galea and I both served as members on the Etobicoke Sports Hall of Fame committee. This position required countless hours of volunteer work in our community. He was part of a process that selected and recognized athletes and builders in our community for the years of dedication and devotion to their respective sports.

Dr. Galea has also taken care of many members of my family, most notably my father. I can recall the appointment when Dr. Galea informed my father of a necessary hip replacement. He was very attentive and focused on my father who had concerns for this surgery. He answered all his queries with patience and compassion.

In all the time I have known Dr. Galea he has acted as a caring friend in an honest and ethical manner. In my opinion, his integrity and sincerity are without question. I respect him both as a physician and a person. I am proud and honored to call him a friend.

Sincerely,

Elfi Schlegel

# BRUCE BRONFMAN
# TAB 3

# Bruce Bronfman

████████████████████

April 28, 2011

To Whom it May Concern.

I understand that Dr. Galea will be pleading guilty to the offence of introducing misbranded drugs into the United States.

This notwithstanding, I am writing this letter to give my perspective on Tony. I have known Tony for approximately 6 years both as a patient and a potential business partner. Tony is a healer. From what I have seen first-hand and from speaking with other patients of his that I know, Tony's level of interest, care, innovation and approach to healing is second to none.

On my most recent visit to him for a back problem, Tony made sure that I had tests done before I saw him so that with that information plus his own clinical evaluation, he could begin treatment as expeditiously as possible.

From a business perspective, I found Tony to be honorable, forthcoming, and accommodative while all the time being focused on what might be best for the patients.

On a personal level, Tony has always been friendly, truthful supportive and willing to go the extra mile to help.

I know that this has taken a large toll on Tony and his family. I hope that this matter is resolved in such a way with minimal consequence to Tony, his family and all of those that he helps.

Sincerely,

Bruce Bronfman

# MICHELLE COOPER
# TAB 4

August 20th, 2011

To Whom this may concern,

I am a patient of Dr. Galea's. He began treating me last year with Platelet Rich Plasma injections for choric pain in my right shoulder. Dr. Galea is the first doctor that I've encountered who genuinely cares about each and every patient regardless of time constraints, and the complexity of their case.

In 2006 I was crossing the street on my bicycle and I was t-boned by a car. Since then I've had terrible chronic pain that I could only describe as debilitating. I was hit by a car during my 2nd year of university at Queens. My family has private insurance, so they have spent approximately six figures on my health care and rehabilitation since the accident. I have seen specialists at the World Health Organization, The Cleveland Clinic, rheumatologists, orthopaedic surgeons, neurologists, and chronic pain clinics. Until seeing Dr. Galea I was told that I had a chronic pain syndrome and that I would have to live with the pain every day until the day I died. I had tried several medications including neurological pain blockers, muscle relaxants, Botox injections, nerve blocker injections, cortisone injection, vitamin therapy, fibromyalgia medication, SNRI and SSRI medication. The medications and experts created a terrible cocktail. I went from a functional 19 year old in pain, to a zombie who wasn't able to carry on conversations because of side effects. My side effects were similar to Alzheimer's, and I was still in terrible pain that refused to calm down.

Unfortunately, none of the treatments were effective in healing my neck, and shoulder injuries. Instead I was left with a feeling of hopelessness at 19 with the long hard future of chronic pain ahead of me. Upon meeting Dr. Galea he gave me hope that I would be able to make a full recovery from my injuries sustained in 2006. Within minutes of my consultation Dr. Galea was able to figure out what was going on with my neck and shoulder, and then recommended Platelet Rich Plasma treatments to heal my tendons.  I have now received 4 PRP treatments from Dr. Galea and I have to say that he has not only changed my life, but my family as well. My parents were heartbroken and majorly affected since my accident, since the life I would have to lead wouldn't be as fulfilling and consumed with pain. They are now filled with hope, and have seen dramatic improvements in my pain levels, and strength in my right shoulder. I am attending college full-time and I am at the top of my Business Marketing Program, all which wouldn't have been conceivable without the help of Dr. Galea. I have Dr. Galea to thank for giving me a second chance at life.

Through Dr. Galea practicing sports medicine he is able to give hopeless people hope again. Dr. Galea approaches his patients with innovative procedures that are more effective and significantly less invasive than traditional surgical procedures.

I hope that my personal experience sheds light on the difference Dr. Galea is making in many people's lives.

Sincerely,


Michelle Cooper

# LOUISE MCGONIGAL
# TAB 5

████████

Dec.08.2010

To Whom It May Concern

I first met Dr. Galea some 20 yrs ago when as a skilled sports medicine doctor he helped many of the highly competitive swimmers at the Etobicoke Swim Club.   Dr. Galea related so well to these young athletes.   When I started to compete in Ironman Triathlons I consulted Dr. Galea for his highly regarded opinion for injury prevention and treatment.  Now, as a 67 yr. old female I enjoy an active healthy lifestyle and have always received  sound advice from Dr. Galea.  A consultation with Dr. Galea always results in empathetic listening, realistic advice for treatment options and a positive attitude.
    Since I value and trust Dr. Galea as my physician I travel over 100 lan to have the opportunity to meet with him and readily refer my friends to Dr. Galea.

    I am available if further information would be useful.

Louise McGonigal



# DIANA CRONIN
# TAB 6

September 13, 2001


To Whom It May Concern,

I first became a patient of Dr. Anthony Galea about 10 years ago. I will never forget the first time I met him…1 had been in considerable pain for some time and couldn't figure out what was wrong and where the pain had come from. In his office, he asked me to stand up and placing a couple of fingers deep into my back below my right shoulder asked me, "is this where it hurts?" I could not answer him because I was trying to contain the expletives I was about to shout! He had immediately gone to the source of my pain and told me he thought I had a rotator cuff tear which was confirmed with the results of an MRI, which was obtained extraordinarily quickly (this is Canada). I had an unusual treatment by a radiologist which, I think involved injecting air into the affected area. I was pain-free and back to playing tennis in no time.

This scenario has repeated itself, in more or less the same way many times in the intervening years on different parts of my body that I insist is still the same body I had twenty years ago whilst in my mid-thirties. Dr. Galea has a huge breadth of experience and thus has "seen it all". He gives his patients his undivided attention and focus. He is never rushed, despite knowing that he has a full waiting room. He takes as long as is required to explain the injury together with "props", and describe what the treatment protocol will be, patiently answering any and all questions. He has gathered a team of support personnel in the ISM that will begin to help the patient virtually immediately. This very fact alone means that patients leave his office relieved and with a positive outlook…knowing that any necessary tests will be done quickly…appointments with a physiotherapist or chiropractor are scheduled immediately, as is a return visit so he can guage a patient's progress. To a patient experiencing pain, this represents seeing the light at the end of the proverbial tunnel.

Tony Galea is the best doctor I have ever met and being the daughter and granddaughter of physicians, I have met a lot. He is the gold standard and I consider myself to be very, very fortunate to be his patient. I have no doubt that all his patients feel this way. It would be a tragedy if he were to spend any time away from his patients, for that would be time away from helping so many of us who insist on pushing our physical limits to the max.

I appreciate your taking the time to consider my opinion.

Sincerely,

Diana C. Cronin

# ROBIN JAMES
# TAB 7

Dear Mrs. Galea and Family:

Sometimes the words, "thank you" just aren't enough. It is for that reason that I have written this note to you and your family today.

For the past 5 years, I have been in chronic pain with an Achilles tendon injury. Unless you have experienced that type of pain, it is difficult to express how it takes over your life. Everything is put on hold…you can't participate in daily activities…you can't sleep…you become unsocial, as no one wants to be with you and your pain….and of course, the worst (for us girls), you put on weight as couch sitting seems to be your new occupation. I have seen 5 doctors, 3 being sports specialists like your husband. Everyone just kept giving up and passing me on to the next person. Thank heavens, the next person was yourhusband,yourdad.

When I watch him running from patient to patient, I can't believe how he can put in the day without complete exhaustion. He seems to always be there, always seeing hundreds of people, but still smiling and attentive. I have to tell you that waiting for him sometimes can be challenging, but as I've heard many people say in the waiting room, "he's worth the wait". Boy were they right!

For the many months I have been seeing him, I have thought of you and your family and can only imagine the sacrifice you all must go through, in order that people like me can become whole again. I'm sure there have been many missed dinners, special occasions, school events, and just general family time that have gone for the benefit of others. It is for that generosity, on you and your families part, that I say thank you from the bottom of my heart.

You see, today I can walk with a spring in my step! Dr. Galea just refused to give up on me. I will never forget what he has done for me and the part you and your family have played in the background by being so giving of your loved one.

You should also know how he has generously helped my family financially. At a time when I found it very difficult to pay for the injections I needed, Dr. Galea waived payment for me, not once…..but twice! His message to me was that my care and treatment was more important to him than his financial gain. This remarkable generosity will never be forgotten.

So today, I am sending him home with something I think I do quite well…..buttertarts for the whole family! Please enjoy them knowing they were made especially for a family with a great big heart that I will never forget.

Robin James

# EDWARD SCHWARTZ
# TAB 8

April 27, *2011*

To the Court and Honorable Judge


Regarding Dr. Anthony Galea


I am writing this reference for Anthony Galea because he has had a profound impact on my life.

I have not known Dr. Galea for a long time, just over a year. In retrospect I wish I had met him many years earlier.

Dr. Galea is my Doctor. He has been **diligent,** professional, completely trustworthy, responsible and accessible and obviously, very important in my life. I work very hard at Benecaid, our healthcare benefits administrative business, and Dr. Galea has helped me with my physical and mental being. He has helped me balance my life and reduce my stress. r am able to work better as a result.

Dr. Galea's impact goes far beyond his role as a trusted practitioner. Recently we attended a movie "Precious Lives". It highlighted the life of a young Gaza boy, receiving treatment in Israel. It focused on the conflicts, prejudice, rule of law, and fact that despite larger and complicated issues; good can prevail. Dr. Galea is directly involved with these Doctors providing this aid, he is committed to larger and globally important issues. We were discussing the impact of his current difficulties, and for him the biggest impact was on his ability to travel abroad and help those in need.

Dr. Galea has an active involvement in issues far beyond the treatment of a tennis elbow and pulled groin. He is a serious family man, provider and trusted advisor. Anything that would diminish his ability to function impacts not only Dr. Galea, but his many patients and those people around the world that he reaches out and touches.

Please feel free to contact me if any further information is required,


Edward Schwartz

# BERNITA GOLDSMITH
# TAB 9

Bernita Goldsmith

█████████████

To Whom It May Concern:

It is with great pleasure to write this letter of reference on the behalf of Dr. Anthony G. I have known him for some years.

Dr. G has always displayed a high degree of integrity, reliability, and honesty. A few years ago he attended a mission trip with me and my son to help us through a procedure my son needed on his knee. Dr. G has never demonstrated anything other than great empathy and compassion for us during this time.

He is also a most dependable asset to the medical field. His good judgment and excellent scholastic accomplishments outlook ensure a logical and practical approach in his practice.

Dr. Anthony G is dedicated to his work and I am happy to give him my wholehearted reference of his character.

Sincerely,


Bernita Goldsmith

# SERGIO SANDRE
# TAB 10

Mr. Sergio Sandre



August 19, 2010

TO WHOM IT MAY CONCERN:

RE:     Dr. Anthony Galea

I am pleased to provide this letter of reference for Dr. Anthony Galea.  I have been a patient of Dr. Galea's since approximately 2006.  In 2006 I tore my right rotator cuff (shoulder) in a workplace accident.  After seeing many specialists including my physician and various WSIB doctors, my prognosis for pain management was very poor.  These physicians could only recommend steroid treatment to manage swelling and traditional pain medications.  I was concerned about the effects of long term steroid treatment so sought alternative professional advice.

At that time I was introduced to Dr. Galea by my son, Bruno Sandre, an existing patient.  Despite Dr. Galea's very busy and full practice, he was kind enough to take me on as a patient.  This meant that he would also have to assist me with my WSIB claim.  I am a construction worker retiring this year.  I am not the typical kind of patient a sports medicine doctor might take on.

To properly assess me Dr. Galea sent me for various tests in order to perform a full and complete diagnosis.  He took care to always ask me about my condition, any improvements or changes, etc.  He was very thorough and never assumed what or how I might be feeling.  I feel that he has always treated me in a very honest, genuine and caring manner.  He is patient with me and gives me the time to communicate clearly and fully to him.  In addition to that, his treatments have actually given me significant relief.  I feel very lucky to be Dr. Galea's patient.

I would be happy to speak to you further about my experiences with Dr. Galea.  Please feel free to contact me at (416) 248-8189 at any time.

Yours very truly,

*Sergio Sandre*

Sergio Sandre

# BRUNO SANDRE
# TAB 11

August 19, 2011

To Whom It May Concern:


RE: Dr. Anthony Galea


I was fortunate enough to meet Dr. Galea approximately fifteen years ago as a patient with chronic back pain. I had initially injured my back playing football when I was fourteen years old and was managing my pain through traditional drug treatments and chiropractic adjustments. While this approach was effective in the short-term, the condition would resurface with a severity that often required me to remain immobile for several hours to obtain relief.

I was introduced to Dr. Galea by a high school teacher who learned about my back issues. Upon learning of my condition, Dr. Galea sent me to participate in a test of a new machine developed by Cybex to diagnose and treat sports injuries like mine. Three weeks of physiotherapy resolved my back issues that I had suffered through for 3 years, and allowed me to return to playing sports on a regular basis.

In the following years, I have turned to Dr. Galea on many occasions to help me heal various sports injuries. No matter how busy his schedule was, whether he was treating professional athletes or traveling with teams, Dr. Galea has always made time to take care of my health issues. He is passionate about improving his patients' well-being, from the thoroughness of his diagnosis, through to scheduling follow-up meetings to ensure the effectiveness of his prescribed treatment. I am forever grateful to Dr. Galea for taking me as a patient, and am glad to call him a friend.

This letter can only proVide a brief glimpse into the kind of person Dr. Galea is, an exceptional individual that I have a tremendous amount of respect for. If you would like to discuss my experiences with Dr. Galea in more detail, you can reach me at █████
████████


Sincerely,

Bruno Sandre

# DAVE WATTS
# TAB 12



December 07,2010

To whom it may concern:

As an older (72 yrs) patient of Dr.Galea since 1998 I have come to know him as a kind thoughtful person as well as an excellent doctor.
He always been available to listen to my problems and able to either address the problem himself or refer me to one who could,in fact my regard for his ability is such that for the last 10 yrs I have travelled from north of Barrie to consult with him even though we have our physicians here.

The recent bad publicity in no way has influenced my opinion & as such I refer my friends to him with no hesitation what so ever.

If further dialogue would be useful please contact me.

Dav    atts

# GLENN KOCIULYM
# TAB 13

To whom It may concern

I would like to express to you my feelings of what Dr. Galea means to me and my life. 15 years ago I feU down stairs herniating 3 discs in my.lower back, I saw 2 surgeons with both of them telling me not much they could do for me and that I should consider doing a different job then being a letter carrier. In the meiIntIme they gave me faucet Injections and epIdural5 Injections to kIlll the pain. Around a year later my Chiropractor recommended me to see Dr. Galea within months of seeing him he figured out my problem and had me fixed through a series of Injections around my 5\ joIn.t called pro Iow therapy done by Dr. Ko who specializes in this treatment. Those InIectIons gave me myoId life back could play hockey again go to the gym pain free and most Importantly I could do my job again and all the sports that I Ioved to do. My life Is built around physical fitness a Iot of times I would get really bad muscle spasms mentioned it to Dr. Galea he then would Inject me right !!! the spasm with vitamin B and within 2 days I was spasm free. I blew my knee out at work Dr. Galea set me up with a great orthopedic surgeon. My wrist has severe osteoarthritis in he treated me with plasma Injections which helped me a great deal healing myself with my own blood no drugs needed. Around 2 years ago had rapid heart palpitations while playing hockey went to Dr. Galea he had me seeing a Cardiologist within days and within 6 months they had everything figured out for me. I honestly could not Imagine what my life would be like without Dr. Galea he has helped me lead an active life style and continues to keep me beJng an active sports person and be a productive worker for Canada Post as a letter carrier. All other doctors pretty much wrote me off by giving me drugs for my pain Dr. Galea found the problem and treated me with more natural means. One thing about Dr. Galea is that he just doesn't treat you he truly cares about you. Next to my family he Is the most important person In my life just knowing that he's there eases my mind knowing that if something goes wrong with my health he will be there to figure out what's wrong and fix me Is a Ioad off my mind.

Thank you

Glenn Koclulym

# IAN MCLEAN
# TAB 14



July 7, 2011


To Whom It May Concern:

I met Dr. Tony Galea earlier this year when he attended to my son William.  Since that time, I have also seen Tony on several occasions as his patient.

There is no need for me to elaborate on Dr. Galea's abilities as a physician.  Professional athletes from all over North America seek his care.

Two things surprised me when I visited Dr. Galea.  The waiting room was not full of athletes; in fact it was quite the opposite.  His patients were a typical cross section of the Canadian population, not at all what I had expected.  The second thing that I noticed was that Dr. Galea was always significantly behind schedule, even though there were few patients in the waiting room.  The reason became obvious once I had been seen as a patient.  Dr. Galea is thorough to a fault -  history taking, physical assessment, answering every question without any indication of time pressure.  His bedside manner is wonderful.  This is not a typical experience in the Canadian health care system.  When my son mentioned that his wrist pain was exacerbated by weight work, Tony escorted him to a weight lifting room and instructed him to work out until his symptoms were more obvious, at which time he was re-assessed.  The forty-five minute delay appeared to be of no concern to Dr. Galea if it was required to more accurately define William's ailment.  Most of my son's appointments and my own appointments were finished at eight or nine o'clock in the evening, hours after my own family doctor's office closed.

Tony's enthusiasm for medicine, his intelligence, and sincere interest in the well being of his patients is obvious.  The medical care that he has provided for my son and me is superior.  I would highly recommend Tony to anyone with an orthopedic or sports related medical problem.

If I can be of further assistance, please feel free to contact me.


Yours sincerely,

Ian McLean DVM

# KIM AND KIRK SCHIZAS
# TAB 15

 **KAS**
Group of Companies





Kim and Kirk Schizas

[REDACTED]
[REDACTED]
[REDACTED]

[REDACTED]

Email: kschizas@kasstaffing.com

To whom it may concern.

We are Kim and Kirk Schizas of 4l 00 Appleby Line, Burlington Ontario.

I am the 57 year old CEO of the KAS Group of Companies, and Kim is a 46 year old senior manager in our company.
Kim and I are also, along with our two children (Andrew 22, and Ashley 20,), very much involved in athletics, as part of our healthy lifestyle.
Actually, exercise is the most important part of our private lives.

Kim and I have been avid cyclists and triathletes for many years.
It is through these activities that we first came to know Tony.
Over the last few years, Tony has treated Kim and for variety of injuries and ailments.
In Kim's case Tony was the only doctor to finally successfully diagnose a condition she struggled with for many years (and doctors).
As for me, I have been somewhat of an extreme athlete since my twenties, when I took up cycling.
Through the last thirty years, partly because of genetics (l am proned to soft tissue injuries), and several unfortunate bike crashes in races, I have spent a lot of time with several sports  injury doctors and therapists, mostly without much success, and no real answers.

My search and Kim's, ended with Tony.
For the first time in our injury and rehab life, we felt we had found the answer our needs.
No longer were we faced with the constant "cortisone steroid" injection as the standard "solution" offered by other specialists.
Tony's ability to first diagnose correctly, and then offer natural, as well as medical alternatives, to the old standards was not only a refreshing change, but to us, also a very successful one.

Corporate Head Office
7895 Tranmere Drive  Unit #  18, Mississauga, Ontario  L5S  IV9
Phone (90S) 677-3368  •  Fax (905) 677-1060

www.kasstaffing.com

To us, as a doctor, Tony is a visionary genius, who is ahead of his time.
As we've come to know, his methods are taught in our schools and his book is mandatory reading.

He is and will remain our doctor, no matter what!

Now for Tony the person.

As we got to know Tony, we began to hear things about him from others that were, well, quite simply, extraordinary.

We learned about his volunteer work in Israel, his love of history and archeology which we share, his lnterest in theology and his screenplay work.
We had many discussions with him, about his passion in these areas and came to like him even more as a friend than a doctor.

Tony is a deeply spiritual man of high moral fiber, who is a champion to some and an example to many.
His work is not only excellent, but is sorely needed.
His deeds are just, honorable and humanitarian.

We can only hope that, regardless of the optics of this case, we and many others like us, as well as those still to come, don't end up losing this man in any way.

He and his life's work, should be allowed to continue to serve, improve, and in cases such as ours, enrich lives touched.

Sincerely,

im and Kirk Schizas

Corporate Head Office
7895 Tranmere Drive Unit # 18. Mississauga, Ontario L5S IV9
Phone (905) 677-3368 • fax (90S) 677-1060

www.kasstaffing.com

# SERGE TRAJKOVICH
# TAB 16

August 2, 2011

To Whom It May Concern:

Regarding: Dr. Anthony Galea

I am writing this letter to show my appreciation and support of Dr Galea. I have known him for over 20 years as my doctor and a friend. He is a dedicated family man with seven children, and also provides the medical and physical training support to many young athletes in the community.

Throughout the years, I have visited Dr. Galea's clinic frequently, and I have only seen positive things. His dedication to his profession is second to none, and he serves his patients with total care, compassion and focus.

Although the media sensationalizes Dr. Galea, I can say that with certainty, I have never come across star athletes such as Tiger Woods, or Alex Rodriguez in his clinic. What I have seen are patients from all walks of life, who visit him, and rely on him for his talent as a great physician, and his positive personality to get them through the toughest of times.

Dr. Galea shows true leadership in the community of sport and health services, and he shows true compassion for the well being of all patients. I know that Dr. Galea will continue to give back to the community as a respected professional, and friend to many people.

I am happy to support Dr. Galea in any way I can. Please do not hesitate to contact me if I can answer any further questions.


Sincerely

Serge Trajkovich



# MICHAEL WHITELEY
# TAB 17

To whom it may concern,

I'm writing this letter of reference to identify the service and the care of my Doctor Anthony Galea who has provided me devoted care. Dr. Galea is the most gifted Doctor I have encountered which holds no bias towards any one of his patients, weather they are athletes or senior citizens; he is truly a man who cares about helping people. I sustained a career ending knee injury which no other doctor I saw could help me repair. When I met with Dr. Galea he told me he could repaired my knee and he did just that; something no other doctor could have done. The amazing thing I've seen about Doctor Galia is that if you are a million dollar athlete or not he treats everyone with the same level of care. Dr. Galea is warm and friendly person who is easy to talk to and always looks out for his patients like a brother or a father. He is a brilliant Doctor who cares and I hope that you will allow him to continue to help people be well.


Sincerely


Michael Whiteley

# RUTH SEESSLE
# TAB 18

Ruth Seessle



To whom it may concern:

This is a letter to thank Dr. Tony Galea for his generosity and caring attitude which has changed my life forever.

In September of 2007, I had an accident at my workplace at the time, and was diagnosed with a Lisfranc fracture on my left foot. I had my first surgery in November 2007 covered by the workmans compensation board of Canada.

Ultimately, after constant therapy, several doctors, and two operations, I was left with the following: pain killers to go to sleep] nerve damage, and walking with a cane. The doctors basically said there was little they could do.

In June of 2010, I had my initial visit with Dr. Tony, and he felt that he could help. After initial tests, an ultrasound, and an MRI, Dr. Tony discovered what was wrong. After several treatments, my foot began to feel better, and by September, I was walking without a cane. Dr. Tony also discovered bone spurs] and a torn ACL which he also repaired in a similar way. When I went to pay, he said it was not necessary, and the only costs incurred where for the ultrasound and MRI. This caught me totally by surprise, as I probably would have paid whatever to return to health. Dr. Tony was well aware of my financial situation being unemployed due to the injury, and told me not to worry about it.

In summary I can now walk, run} and function normally, something not possible for three years of my life. I am eternally grateful} and feel blessed to have met somebody as knowledgeable about medicine, and as kind an individual} as Dr. Tony Galea.

Kind regards,

Ruth Seessle

# LORNA S. BLUMEN
# TAB 19

# Lorna S. Blumen

April 28, 2011

To Whom It May Concern:

I've been a patient of Dr. Anthony Galea's, off & on, for more than 10 years, I'm not an athlete, I'm not young (my own daughter's 20), I'm just an everyday person that Dr. Galea has helped, time and again.

Over the years, I've had occasional shoulder, back & knee problems, even though I'm a healthy, fit person. In the past 6 months, Dr. Galea has treated me for a serious muscle tear in my back and a torn meniscus in my knee. Both times, Dr. Galea treated me with a non-standard treatment, an injection of my own blood plasma, which has made the all the difference in the world and given me a chance to completely heal two injuries that almost certainly would never have healed at all otherwise.

Just Google "torn medial meniscus" and see if you find ANY other treatment mentioned besides surgery. And surgery is a **terrible** treatment for it. They just cut away the bad part, leaving delicate tissue exposed underneath, where the cartilage used to be. Over time, you just grind these delicate knee tissues away, on the way to knee replacement. As Dr. Galea said, "Surgery would be the beginning of the end of your knee."

Dr. Galea has given me, and so many other patients, a chance to heal and continue to live our lives strongly, professional athlete or not. And it's **because** of his curiosity, his ability to think outside the box, to devise new ideas, to adopt ideas from other countries, to use standard treatments in non-standard new ways, that he has been able to help so many people.

So in the midst of everything that's been swirling around Dr. Galea, I thought you might like to know that I'm one of many, many patients of Dr. Galea's who are deeply grateful for what he's done for me. I can never fully thank him or pay him back for being willing to try non-standard ideas, custom-matched to what I needed. Thanks to Dr. Galea, I can still keep going to spin class, Pilates, climb the Great Wall of China, or anything else I want to do. I am grateful to have excellent people around me when I need them, and Dr. Tony Galea is top of the list.

Thanks,

*Lorna Blumen*

**Lorna S. Blumen**

**LESLEY RASMUSSEN MCKEE**
**TAB 20**

Lesley Rasmussen McKee



March 3. 20 II

**Re: Dr. Anthony Galea**

To Whom It May COlleen:

I met Dr. Galea in January 20 I0 wlle11 I first became a patient Of his clinic.

As an injured athlete and busy mother Of four. I v;as ecstatic 0 have been referred t o l is cliojc by a friend . After - eking help 1 . ugh various other doctors in Lhc sports medicine field \ 'ith no succ sful outcome, I was beginning to worry that my injurie: were going to end my athletic pursuits.

Beginning witb my initial s . r ent. Dr.Galea has treated me with professionali :m and sincerity. His knowledge and kii d P rsonalit' throughout the course of my treatment have created a trusting relationship.
Dr. Galea was able to provide me wi b a c uick and accura iagnosis backed up by a treatment plan rigl 1 fr)m, first appoi 'n 1 ,
Over the pas .y ar Dr. G :a ha: rked with me to help r :habilitate my inju ies and supported me while [ maintained a modified training volume.
His personality and generous nature have helped me to feel comfortable in his clinic, and I know he is willing to make time or me if I encounter any obstacles during my training progression,

Since attending Dr. alea s clinic lor treatment i have recommended him: to seve al or m. trainmg p .'s. I hav no doubt that like 1 1 · they will he in the care of one of th 1 ,'[ physicians in the field.

Sincerely,

Lesley Rasmussen McKee

Lesley Rasmu ssen McKee
http://lesleyrasmussen.b ogs ot om/

# MAREK PIEKARZEWSKI
# TAB 21

March 18 2011

I came across Dr. Galea completely by accident. During a break from my work as a cameraman filming an interview with a well-known Canadian athlete I complained about problems with my muscles caused by the heavy camera equipment. The interview subject told me to contact Dr. Galea and so I scheduled an appointment.

The first time that I went to Dr. Galea's office I was quite angry -my appointment was scheduled for a specific time and two hours later I was still in the waiting room. I *could* not understand why the rest of the people in the waiting room with me did not seem to mind waiting. When 1 finally got to see him I unaerstood why I ha'd to wait for my turn. Dr. Galea asked many, many questions. In fact at the time I even thought that some of them were not important (I would later be proven wrong) The doctor also spent a long time examining my body and finally sent me for a full gamut of tests. To make my story short, I have never met a doctor who is more dedicated to his patients. He simply does not subscribe to the phrase "time is money" and will spend as much time as is necessary to ensure his job is done correctly. During the many times that I have had to wait with patience all of the people who waited with me had the same high opinions of Dr. Galea. They all agreed that while waiting was not pleasant it was well worth it to be under the doctor's competent care.

Dr. Galea's office is continually filled with people from all walks of life and of all ages, from sports heroes to regular people like me. I am convinced that the doctor treats each and every one of these patient with the same high degree of care and respect. The damage to my hips was substantial and even after surgery Dr. Galea is still trying to do everything in his power to work his "miracles" to make my life easier. He treats every one of my successes as important to him and makes any of my setbacks into his own personal battles. I truly believe that my health problems would be far worse if I had not happened upon Dr. Galea through this happy coincidence. I have never met a doctor who is so committed to treating each and everyone of his patients with the utmost of patience and respect, regardless of who they are. I think that I speak for everyone of his patients in thanking Dr. Galea for the personal integrity and commitment that he brings to his practice.

Sincerely,

Marek Piekarzewski

# FRANK FAZZARI
# TAB 22



January 6, 2010


Dr. A. Galea
Institute of Sports Medicine
230 Browns Line
Toronto, Ontario
M8 W3T4

Dear Dr. A. Galea:

As a result of reading some of the stories in the Newspapers about you, I wish to offer my support for the excellent work you do.

In my opinion the stories fail to emphasize the fact you are ahead of the curve, as I know from personal experience.

I remember seeing you years ago regarding a left foot problem developed from years of running, including running marathons, My visit to you was after seeing many "sports doctors" who could not figure out what the problem was, but were quick to suggest cortisone injections, anti inflammatories, surgery, stop running, etc.

After much frustration I finally took the time to see you. I resisted only because of your busy schedule and knowing the fact I was not a high level athlete requiring your time.

After one minute of being examined by you, you diagnosed the problem. Your recommendation was simple and still helps me run today. "No cortisone, no operation, just add a small pad to my left orthotic to elevate the last two digits on my left foot". I have since run and walked miles with no pain in my left foot with the modified orthotic in my shoe.

I know you know your stuff and wish others would a ept the same. If there is anything I can do for you, please do not hesitate to ask.

Sincerely,

FRANK FAZZARI

# ROHAN MCLEAN
# TAB 23

August 14, 2011

Rohan Mclean



Re: Dr. Anthony Galea:

To whom this may concern:

I felt the need to prepare this letter as I have seen on occasion articles and television clips referring to Dr. Galea and his seemingly unfortunate events surrounding his travels in the United States. I have been a patient of his since approximately 2000. It is my belief that without his caring t would not be the person that I am today. He was able to diagnose an issue that was misdiagnosed for years and caused me great pain and took years off the quality of my life. I have never experienced a professional that treats all of his patients with the same time, concern and care for their best interest. I know when I have an appointment that I may have to wait to see him as I would any professional; but once he enters the room t know I will be there as long as necessary to deal professionally with my issue at hand.

Dr. Galea has a reputation around the GTA like no other professional in his arena. He has helped so many people and it is unfortunate that the events outlined in the media are depictilg him as otherwise. I suggest that one would be hard-pressed to find patients of his that didn't feel as I do.

I hope that these events leave his reputation unscarred and that the U.S. government takes into account what he has added to his profession and the quality of his patients' lives.


Thank You,

Rohan McLean

# BILL D'ANGELIS
# TAB 24

July 8, 2011

To Whom It May Concern:

Dr. Galea has been my physician for the last 20 years.
He has helped me wIth my knee surgery, back and shoulder problems. Due to his vast knowledge of sports medicine, I have received the best care.
this has made a huge difference in my everyday life.   His dedication to his patience is undeniable, which is rare these days.

I feel fortunate to have Dr. Galea as my physician and have recommended him to many of my friends.



Thanks
8111 O'Angelis

Certified Media Account Consultant
*Member of President's Gold Circle*
**Sales** Certified on Google **AdWords™**

**⋏**j **Yellow** Pages Group˙

**Bus: 905-796-5813**
Toll Free: **1-888-353-7164**
**Fax: 1-877-594-6190**
blll.dangells@ypg.com

# ART PIETRAS
# TAB 25

Good day. I have just had an appointment with Dr. Galea yesterday and felt the need to just say a few words about him.

I have been a patient of Dr. Galea for 3 years where he dealt with several athletic injuries that I incurred. In the course of the relationship I have found him to been ultra professional and extremely helpful. He always took the time to hear what I had to say and gave me excecllent advice and treatment. The numerous people that are in his office are a testament to his exemplary professional practice where he demonstrates a truly genuine concern for his patients. I have recommended Dr. Galea to many friends and they have been highly impressed with his effective method of dealing with their injuries. He has a penchant for attending to the individual as well as their injury. I find him to be empathetic and truly Chrisitian in his caring for the body, mind and soul. He should be praised for the great work he does in getting his patients back to their baseline as soon as possible.


Respectfully,

Art Pietras

# FRANK MIZERSKI
# TAB 26

July 27, 2011

*To the Sentencing Magistrate:*

Please except this letter of character reference on My behalf, expressing the gratefulness I have towards Dr. Tony Galea, not only as My Sports Medicine Doctor, but also as a very close and dear friend.

I am aware that Tony is pleading guilty to the charge that he carried misbranded drugs across the U.S. -Canada border. In the 10 plus years that I *have* known Tony, I find this surprising and out of character.

I was first introduced to Tony through My Father Dennis Mizerski, whom is a friend of Tony's through their shared passion for Cycling. We have a family run Bicycle retail business in both Toronto, and Oakville. Tony is a member of our cycling club and we ride together consistently on weekly basis.

The past two years, is where Tony and I *have* really become close friends. I confided in him as a person that I could trust in a period of my life where I fell ill to secondary hypogonadism, which is a condition associated to damage of the pituitary gland. This led to a severe bought with depression, as my hormonal system was in disarray. If it was not for Tony, I am not sure where I would be today. Tony acted as a role model, and provided me with hope and an outlook on life in which I could not see before.

During this time, Tony was at my side, and for someone with such a level of commitment to family, work, and personal matters, He was there for me regardless of the hour of day. He always took time to take my call, or meet in person, and provide a pillar of support. The level of positivity and enthusiasm he displays towards life rubbed off on me, and rejuvenated my desire to become a better person.

It saddens me to hear and read all the portrayed negativity associated with Tony through the media, when I know how genuine this person really is. He has helped to enhance and better the lives of many individuals, and I feel like a clear reflection of this ongoing will to put others before Himself.

There are countless people that require the help that Tony provides. The negative affects of suspending that connection for any period of time would be un just to those who have a better quality of life due to the miracles of Tony's work.

Yours Truly,

Frank Mizerski

# FRANK KOSEC AND FAMILY
# TAB 27

*Frank Kosec*



Hon. Richard 1. Arcara
U.S. District Court
609 U.S. Courthouse
68 Court Street, Buffalo NY
14202

July 20, 2011

Hon. Richard 1. Arcara;

I am writing to you regarding Dr. Anthony Galea. I am 52 years old and have known Dr. Galea for over 35 years.

Dr. Galea has been our family's sport medicine doctor for the many years we have been active in sport and otherwise. My daughter, 22, was a provincial level gymnast, skier and field lacrosse player. My son, 24, played AAA hockey and football to the level of the Canadian Football League. Myself, I played in the Canadian Football League in the early 1980's and continue to participate in various sports.

Our family has experienced numerous injuries and physical ailments form herniated discs, shoulder separations and ACL replacements to my own heart attack just to name a few. Dr. Galea has always been exceptionally supportive, patient and concerned in providing both expert care and advice.

Dr. Galea is very knowledgeable, an innovator in diagnosing injuries and treating them, allowing us to resume our daily activity and to participate in our chosen sports as quickly as possible. Quite frankly there is no other doctor we hold in such high regards and we have known many. We continue to seek his advice and will so in the future god willing.

Respectfully yours;

Frank Kosec and family

# DANA KOSEC
# TAB 28



Hon. Richard J. Arcara
U.S District Court
609 U.S. Courthouse
(.8 Court Street, Buffalo NY
14202

August 1, 2011

Dear Hon. Richard J. Arcara,

My name is Dana Kosco and over the last fifteen years I have known Dr. Anthony Galea in a variety of roles including doctor, employer and most importantly, family friend. Throughout the years I have been a witness to his extraordinary abilities when it comes to the diagnosis and treatment of many different injuries. It is more than obvious to his peers in the medical community as well as his patients and friends that Dr. Galea is a genius in his medical field. His high profile list of clientele speaks volumes about his ability to heal; as well as testimonials from non-athletes and his everyday patient's.

I have had the privilege of working for Dr. Galea for the past three summers and it was during my employment that I become much more familiar with him as compassionate human being. This is because I began to see him nor as just a friend and doctor but as the kindhearted man that he is. One example of this among the many I have witnessed occurred in the summer of 2010. I was a receptionist at Dr. Galea's practice and on this one particular day he was running behind schedule. At five o'clock when his day was scheduled to end he still had a few patients left to see and I can attest to the fact that this was because Dr. Galea treats each and every one of his patients with the same amount of importance and respect regardless of their profession. I had noticed earlier that the last patient to be seen was a gentleman with some form of intellectual disability. With previous visits this man needed most information to be explained very slowly and a number of times, which was very time consuming for myself and other co-workers. I know this meant that he would require a much longer visit than the average patient and given the time of night I would have thought that Dr. Galea would be very frustrated and in a hurry to get out of the office. Dr. Galea's appointment with this particular patient lasted for an entire hour; and by the time they came out of his office it was just after eight o'clock pm. Dr. Galea walked the patient to the door himself and he continued to answer the man's questions. He then made sure his patient completely understood everything he had told him and ensured everything was clear to the patient. As the man left he had the most relieved and grateful look on his face.

This is only one of the many situations where I have been a witness to Dr. Galea going above and beyond the call of duty as a medical practitioner. I implore you to consider the content of this lQuer, and every other letter you have received thus far regarding Dr. Anthony Galea, it would be a great loss to the medical community and society to see him punished for doing what he enjoys most, and is so gifted at; healing the sick and injured.

Most Sincerely,

Dana Kosco

# DEBBIE MORROW
# TAB 29

July 19, 2011

To whom It may concern,

I have been fortunate enough to be a **patient** of Dr. Galea for approximately two years.

And I have to say I **have** never ever been privileged enough to meet such **a 'Brilliant'** doctQr.

He Is not only such a 'Gifted' Doctor but always and foremost **a** warm caring Individual who genuinely cares about his patients.

He Is not your average doctor who free,ly hands out prescriptions according to one's **symptoms**, but **goes** to the root of the problem.

Prior to **seeing** Dr. Galea I had **had** my rIght knee operated on three times 'and have gone·thru many **years** of excruciatIng pain, pain that affected my entire well-being.

**Thanks** to Dr. Galea he has been able to offer me some relief fDr my pain and has helped in healing my knee permanently]

I honestly do not know where I would be WIthout him, he is **an** absolute 'Genius' in the field of Sports Medicine.

He has always always been there for **me,** and have often seen me **at** very short notice for any kInd of **paln** 1may be experiencing.

I cannot say enough positive things about Dr..Galea, he is just **a** 'BeautIful' human being who truly cares about his patients.

He **definitely Is a** 'Healer' In every sense of the word!

I wish **him** all the Very Best In **all** his endeavours.

Sincerely,

*Debbie W Morrow*

# HEATHER DONNELLY
# TAB 30

August 14, 2011

Heather Donnelly

Re: Dr. Anthony Galea:

*TD* whom this may concern:

, have been viewing clips on the television and reading sporadic articles pertaining to Dr. Galea for the past year or so. It is unfortunate but I have been a patient of his for the past ten years and have only had the most positive experiences. I trust him totally and would never consider looking elsewhere for someone to care for me. Dr. Galea in my opinion is one of a kind and it's only too bad I didn't find him until I was 30 years old. Better now than never.

I have taken my daughter to see him when necessary and he treats her with the same care that he treats all his patients. It is my hope that the events in the United States will soon be behind him and that he can continue to add to his profession. This period in his life is so unfortunate foratt involved and I hope his practise only continues to thrive due to his caring and expertise.


Thank You,

Heather Donnelly

# SHAWN STONE
# TAB 31



Sep e b r .20, 2011

Good Day Jus ice Arcara,

Please allow me 0 in rod ce yself. My name is Sh wn Stone. I am a Canadian citi en. a happily married man, a father of wo sons, a mall business owner and a part ime ki racing coach.

I am pro d to say I am a atien and fend o Doc or Anthonv Galea.

I understand tha Dr. Gal a I as pled g il y 0 introducing misbranded ru s into Uni ec States (O merce an will s nt nced n your court in ecember.

Dr. Galea recently diagnos d me wi h a bloo disorder named Hemochromatosis and saved my life, espi he c I am in reasonable heal a d was r ceiving annual c eckup from our family doctor his, po entially, fatal disease went u diagnosed for years. One o he e fects of this disease is sore Joi ts and was referr d o r Galea in 1e hopes U at he could help me overcome this problem, as hay suffered with i for Quite $.Ome time

A- r reviewi g my bl od work, Dr. Galea djscovered my ferr tin I vel had become toxic level was posing a rio s issu to my heal h He immediately presclib d herapy of phlebotomy nd nu{rft on. ince t e ini ial diagnosis, my fe' iti level has dro ped fro a tox c range of over 700 o a nor al level o 40. My join 5 are no longe sore and, most t portan ly, my ferri in level .s in a nor al r og , no longe hreatening y llf . I am 'er ally grateful to Or Galea.

The fr ternity 0 coach sad athletes is a small one in Toronto. Canada and North Americ for at matte ! My tory is ust one of many wh re D , Galea has gone au of his way 0 lp athle es, coaches, Ild peopl from A walks of life! If ou were 0 spend a day j r. Galea's clinic you wo Id e senior citizens, eachers, s udents, athletes, oaches, trainers, and business people: a virtu I ampling of every walk o life In h ci Yoflo ron o and beyond.

There are m ny s or 0 Dr. Galea applying his expertis 0 countless in our community and of h s many genero s acts of co pas ion

lease av mercy on D. Galea, We eed him 0 continue is e eetive practice in medicine, thletl s and he overall communi y, in ge eral,

Sincerely,

Shawn Stone

## International Electronic Components Inc.

# HARRY ZOLNIERCZYK
# TAB 32

2011-07-13


To Whom **This May Concern:**


I have had **the pleasur** . **of knowing** Dr. **Galea** forth . **past** 11 **years.** I **was introduced to** him **through a family friend** when I **sustained** my **first injury and** It hal **been ever since that** day that I **have continually brought myself back to** Dr. Gal . ., **for all of my sports related injuries.**

Dr. **Galea has established himself as one** of the **greatest sports doctors across the** world. It **is his knowledge** in **his field of work that separates** him **from other doctors and** It **is his personal relationship with each patient that allows everyone** to feel **safe** and **comfortable** under **his direction back** from InJury. **His passion** for **helping others back to** a **quick and full recovery is remarkable** and I **believe this is exactly what** Or. Galea **takes pride** in doinS- **His over whelming** number **of patients is only** a **sign of** how **often** he1l **referred** to **another athlete** or patient. I **personally** have **always recommended** Dr. **Galea to** all **of my fellow athletes because** I know **there is** not a better **doctor that could** be looking out **for you.**

I have be.n **very lucky throughout** mv **career** for **having** the **opportunity to have** Dr.Galea **assess** all **of** my **injuries. I have always trusted** his **word** and **advice, and** In **return** I **have always** made **a great recovery back** from **any injury.** It **is fair for** me to **say that** when I **visit** Dr. Galea, I **know I am** in the **'best hands'** in **the** world.


**Sincerely,**


Harry Zolnlerczvk

# PRADEEP PREMACHANDRAN TAB 33

**Pradeep Premachandran**



August 15, 2011

TO WHOM IT MAY CONCERN:

This character letter is on behalf of Dr. Anthony Galea. I have been a patient of Tony's for over a year.

Tony has been an amazing doctor, mentor and friend to me. This comes straight from my heart when I say that I owe Tony a lot for turning my life around and saving me from serious health problems and motivating me through the most difficult period of my life.

When you walk into Tony's office it is sometimes a couple of hours wait because of the time and care he puts into each and every patient, like each his only one. Tony's passion to heal his patients in body, mind and spirit is unparalleled. Unlike most doctors, Tony takes the time to actually listen and feel what I'm feeling. Tony is meticulous in his approach. It is not unusual for him to take over an hour of his time to treat me as he makes sure all my concerns, ailments and questions are answered.

Having faced many injuries as a former athlete and spending a lot of time in many hospitals, I have dealt with many doctors. Quite frankly, common traits among most doctors is their lack of time spent genuinely focused on their patients, a sense of superiority, lack of flexibility in hearing other people's opinions (even when they're wrong). They only care about billing patients, have an attitude of elitism and narcissism.

Tony Galea is nothing like most doctors. He is a family man who is humble, passionate, cerebral, and a visionary. When you speak with Tony you realize what a giving and genuine quality person he is who truly cares for his patients and people.

Tony was the only doctor who took the time to figure out what was ailing my mother when our old family doctor lost hope and neglected her care. Tony made it a priority to give her the proper care and crucial tests needed to make sure that she did not have cancer as we all feared and that it was detected early. He also took care of my father's ailments and properly diagnosed a heart arrhythmia for a friend of mine when all other regular doctors failed. We are all truly grateful to have Tony in our lives as a doctor and as a friend in our community.

In my humble opinion, I believe the law and justice system is truly flawed if a good man like Tony does not get his deserved justice.  This society needs more doctors and people of moral character like Tony Galea. I will put my name and honor on the line for Tony Galea any day.  I will be more than happy to stand before the judge and jury in October, 2011 to defend a good man.


Yours truly,



Pradeep Premachandran

# PETER KOUTSOVITIS
# TAB 34

Peter Koutsovitis

████████████████

December 15,2010

To Whom It May Concern:

Dr. Anthony Galea has been my family doctor for more than fifteen years.  In that time Dr. Galea has helped me with a kidney problem that turned out to be work related.

Specialists such as an urologist, nephrologists, and an endocrinologist told me that I was in good health and that I should go back if anything changed.  But Dr. Galea did not give up.  He set up a schedule where I kept a record of my work activities, and regular testing through bloodwork and urine analysis.  This ultimately led to the conclusion that my work was affecting my health.

Dr. Galea helped me to relocate to another department with a cleaner environment which would not be detrimental to my health.

He is a good and kind person.  He has helped keep my family in good health and always lifts our spirits when we see him.  What I mean to say is that he tries his best to help his patients achieve good health, and is always courteous and friendly.

We appreciate him and we appreciate having him as our family doctor.

Sincerely,

Peter Koutsovitis

# TINA NAGLE
# TAB 35

Tina Nagle, RECE



July 28, 2011

To Whom This May Concern,

   I am writing this letter in appreciation for the amazing medical attention I have received from Dr. Galea. My name is Tina Nagle and I am an Early Childhood Educator. I first hurt my right knee in October, 2009. I have seen a specialist and had surgery on my knee in April 2010. But my knee was not healing or getting any better. I asked my family doctor to refer me to see Dr. Galea because my surgeon told me that basically there was no hope for my knee. I had heard nothing but outstanding things about Dr. Galea and wanted to see him. I was determined to find answers as to why my knee was not getting better and Dr. Galea has done that and so much more.

   I first met Dr. Galea in October 2010. After a series of tests, it has been determined that I still have a meniscus tear (which I thought was fixed). If it wasn't for Dr. Galea, I don't know what I would have done.  Dr. Galea is very professional and is unlike no other doctor I have ever met. He is kind, compassionate, supportive and very knowledgeable. I have been seeing him on a 1-2 month basis and Dr. Galea takes the time to address all of my concerns and answers all of my questions (no matter how long it may take).

   There are no words that can truly express how much I appreciate all that Dr. Galea has done for me. I am so grateful to have Dr. Galea as my doctor. My only regret is that I didn't see Dr. Galea when I first injured my knee.

Sincerely,

Tina Nagle

# AARON NEUFELD
# TAB 36

Mr. Brian Greenspan ;

On behalf of my wife Pat Neufeld and myself Aaron Neufeld we like to go on record with the following message;

My wife went through a knee replacement surgery in June of 2009 in Toronto Western Hospital, the normal
recuperating period of around six to nine month has not done much for the pain she was suffering, numerous visits to Dr. Mohamed (the Dr. that operated on the knee) have not brought a satisfactory resolution to her suffering, in actual fact she was told that she will have to suffer like that from pain and discomfort doing almost anything natural for the rest of her life quoting some statistics that 2% of patients never recover completely.
it was at that point that a friend has recommended Dr. Galea to us, when we came to see him he had all the necessary test done including various MRI and Ultra sound, he gave my wife the first time hope of being able to recover and leading normal life, and about eight month ago Dr. Galea started treating my wife on a weekly and bi weekly basis, over that time period we learned to know Dr. Galea and were able to recognize the type of person he is, a great human being that really cares about his patients and other people a Doctor that is in it simply to do good to society a person that will work late every night only to be able to offer the help needed to his patients, and indeed we recommended other friends to him and he was never to busy or not able to examine and treat anyone needed help, and the reason I know all this is because I was so intrigued by him that I'm attending with my wife every session, Dr. Galea is never to busy to talk to anyone or treat anyone and indeed either listen to or tell a joke, I'm seventy one years of age and must say that in my life I have met few people that can be compared to Dr. Galea a person and a Doctor above and beyond
a real humanitarian, and my wife knee at this point is just about cured.

Aaron Neufeld


# HAROLD LAMBERT
# TAB 37

*May 4, 201}*

*To Whom It May Concern:*

**RE: Dr. A. Galea**

*I'm writing this leIter in supporl of Dr. Anthony Galea. In 1987, Dr. Galea was my Hockey Club (Mimico 1v!onarchs Jr. A.) Sports Physician. Since this time he has continued to be my sports doctor und/amily physician.*

*Over this period, Dr. Galea has displayed nothing but professionalism and integrily. He is a compassionale friendly doctor who lakes pride in his medical practice and patient care. His sports clinic is always vibrant and his stafffriendly. I 'would like to than,k him for that.*

*I hope Dr. Galea will continue to be a progressive leader in the sports medicine field and take care ofme for years to come.*

*Sincerely yours,*

*Harold Lambert*

# PENNY PERDIS
# TAB 38

Penny Perdis

█████████████

December 15,2010

To Whom It May Concern:

Dr. Anthony Galea has been Taking care of my family for many years.  He has always been very kind, considerate, and helpful.

He has a wonderful personality and always goes above and beyond the call of duty to help his patients.

Whatever problem I have had, Dr. Galea has been very thorough in his investigations as well as taking time to explain the issue to me, making sure that I know exactly what is happening.

He is a very giving human being, always helping others.  That is his main concern. We consider ourselves fortunate to have him as our family physician.

Sincerely,

Penny Perdis

# PETER TALLIS
# TAB 39

March 6, 2011

To Whom It May Concern

Re:  Dr. Anthony M. Galea

Please let this letter serve as a character reference for Dr. Anthony Galea.

I have been a patient of Dr. Galea for several years and in all my dealings with him, have found him totally professional, compassionate, and sincere in his dealings with me as a patient.

In my opinion., Dr. Galea exhibits a caring dedication to helping his patients get better.  He has been consistent in exhibiting these qualities to me in all my dealings with him.

Sincerely,

Peter Tallis
High School Teacher



# DAMIAN GODDARD
# TAB 40

May 20, 2011

To whom it may concern,

While I consider him a close and dear friend, most of my experiences with Dr. Anthony Galea have been limited to the confines of his various examination rooms over the years. Mind you, those examination room experiences have run the gamut. After all, Tony Galea was the first doctor to 'truly' take interest in what had long been diagnosed as just simple 'lower back, muscle strain'. It was he who first diagnosed with me Ankylosing Spondylitis back in the summer of 1998. That was the year I first met the man through my then-girlfriend who is now my wife. Back then, I could tell Tony was special. And I was hooked.

Tony was of tremendous help throughout a time when my wife and I had difficulties conceiving a child. We now have two. He's also helped my career as a tv sports broadcaster. He's helped me truly understand what an incredible gift our bodies are. But all of that comes after THE most significant thing I've received through this relationship: enhanced spirituality.

For years, Tony had always left the door open. "Any time you want to go, you let me know… I'll have a place for you… I'll take care of you… You'll love it, Damo!" In recent years, Tony and I had chatted about our religious beliefs and how I had always wanted to visit the Holy Land. There is a tie that binds Tony to Jerusalem that I had rarely seen between one man and one place on this earth. I hadn't truly appreciated all of his biblical waxing on the Old City until I had seen it first hand. Which I did in April 2010. I spent a week with Tony in Jerusalem, and I must say it changed my life. While sitting on the Mount of Olives, as he poured his heart into a deliberation on God's great creation while gently stroking the leaf of a plant (I had to take a picture!), it completely made sense to me that one of the world's most famous sports doctors admitted that he was not defined by his profession, but by how he treated his fellow man. I was always struck at how wonderful it was to see Tony welcome a regular Joe into his clinic with such honesty and charity. But all of that came together so beautifully in Jerusalem while listening to Tony talk about our heavenly Father, the wonder of creation and the human body, and holy scripture. But his love for the Jewish people came across so poignantly shortly after enjoying a beautiful mid-morning meal of Shakshuka on Sunday, April 11, 2010. The siren rang. Tony got up from his seat. I followed suit. We bowed our heads. It was Holocaust Memorial Day. Tony recalled a story he had hear from a survivor. And it was the first time I had ever seen Tony cry. I will never… never, forget that moment… In so many ways.

Thank you,

Damian Goddard

# BARBARA NICOLE KUKLA
# TAB 41

August 10, 2011

Attention: Brian Greenspan

Dear Mr. Greenspan

I write this letter to you with great contentment regarding Dr. Anthony Galea. My name is Barbara Nicole, and I have been Dr. Galea's patient for a little over 2 years due to a sports injury that I received.

Due to the extraneous figure skating training that I have been doing, in the winter of 2009 I received an injury to both of my knees; my right knee receiving more of the stress. At the time I was simply 15 years old, with a lot to look forward towards my figure skating future. I visited my family doctor, many physiotherapists, specialists etc., who were not able to properly diagnose and treat my injury, but simply gave me frightening options of having surgery (which was not a reasonable option being only 15 years old). Many of them also suggested that quitting my figure skating career was the best option, but I didn't want to give up my dream of competing internationally that easily. After receiving many more treatments and visiting more specialists, I was referred to Dr. Galea by one of his own patients.

During my first consultation with Dr. Galea, he was able to properly diagnose my knee injury and was able to eliminate my fears of having surgery. He positively told me about all my treatment options, and gave me hope on continuing my figure skating career at a national level. He was simply able to diagnose my injury as a "lateral-meniscus tear" and "tendonitis". Ever since our first consultation, I had a lot of trust in Dr. Galea, and knew that he would be able to help. I felt extremely welcomed and cared for in his office.

It's been 2 years that Dr. Galea has still been treating me and giving me the utmost care. He is always very positive through situations and very caring. Throughout my recovery period, Dr. Galea and his team were always by my side, helping me to get back to my training as soon as possible. Even when his office was almost full, he never refused to check up on me and ask me how I'm feeling and doing. Even today, Dr. Galea is always willing to see me when a possible situation may arise (because injuries in figure skating are quite common).

I'm quite happy to say that I have made a wonderful recovery without any surgery, and am training every day at a highly competitive level of figure skating. Without the care, support, and most of all help Dr. Galea provided for me, I'm not so sure that I would be where I am today; training to hopefully compete at an international and world level.

Dr. Galea was a miracle when I needed one the most.

Sincerely,

Barbara Nicole Kukla



# WENDY MELVIN
# TAB 42

March 19, 2011

Dear Tony,

\ wanted to take a moment to thank you for all of the special attention you have provided to my family and record what others might take for granted in the tremendous care and consideration you have shown us.

If you can imagine, I was directed to you twelve years ago to repair my shoulder pains. Truth be known, I wanted to go to a local physio because it was plainly more convenient. But Gary Roberts would have none of that and insisted I see you. I remember that day clearly. I watched as you wandered around your clinic in a baseball hat, t-shirt and jeans (for what seemed like hours) and wondered why is everyone waiting so fang and why he was so special. Tempted to leave a few times, I sat patiently and waited to see this 'wonder doctor' that my expert trainers raved about. Not only did you wave magic on my shoulder over the next few weeks, you became my friend; and how lucky for me. You brought me into your world by asking me to assist with your philanthropic endeavours in Israel. Because of you, not only was I blessed to become a part of work that was so important on a global level but learned more about you and your ground breaking rehabilitation practices which have been adopted across the state of Israel and beyond. With a recent injury, in a matter of weeks, you have reversed months and months of torn tendon which others treated with ice and rest.

Tony, you've become my single trusted advisor in the medical profession and helped me through heartbreaking family illness on more than one occasion. When my mother was first diagnosed with stage 4 cancer in Florida and we had to bring her home, we drove directly to your office for your sage advice before learning how to work through very complicated and unchartered territory. You knew that her overall health was far too challenging for most and you took the time to work through her volumes of medical conditions and advised us on how to enter her within the medical system flawlessly. We gained an extra five years with her because of the time we saved and fine people we met in those early days. Then came the attention you provided to my grandmother. At the age of 92, with a broken shoulder, others merely transferred her to a long term care facility where she was virtually left with bed rest. You supported my desire for her to receive rehabilitation. Although I contravened the medical practitioners care plan by bring in a professional trainer, the follOWing two years prOVided her a more active lifestyle which she displayed with both dignity and grace. And finally, there is my niece. You diagnosed MS immediately when her family physician hadn't and perhaps would not have found it until symptoms became much more visible. Tony, my entire family hold you with the highest level of integrity, respect and esteem for your brilliant abilities, your professional manner and your gentle way at times of great family distress.

I realize that you are just passionate about your work and what you have done for myself and my family just comes naturally to you. Knowing you as well as I do, I also know that you can see the world in dimensions and perspectives which others will never have the capacity to break through. Unfortunately, over the last five years, I have spent most of my time in hospitals as a primary caregiver and worked with hundreds of health care professionals. You uniquely empower people and provide them with a quality of life unmatched by most of the profession. I am forever grateful and am thankful every day for not abandoning the guy in the baseball cap!

Wendy Melvin



# KEN GRENIER AND MELISSA COLLIS
## TAB 43

To whom it may concern,

It is my sincere pleasure to be writing a letter on behalf of Dr. Anthony Galea.  I have had the privilege of meeting Dr. Galea over  12 years ago which led to me becoming one of his patients.  Not only did he diagnose my injury, he was also able to connect me with the appropriate people to treat the injury and also help me prevent my injury to reoccur.  I was extremely impressed with his knowledge as several other health care professionals could not come up with an accurate diagnosis and treatment.  From that day I knew that Dr. Galea was the right health care professional for me.

As a health care professional, Dr. Galea is an incredibly knowledgeable individual.  He is compassionate, patient, attentive and brilliant. He takes the time to properly greet his patients and always asks how they are doing.  He always takes the time to properly explain things to his patients no matter how busy he is.  He is caring, accommodating and relentless in his pursuit of a diagnosis.  He is concerned about all of his patients from the professional athlete to the stay at home mom.  All of his patients are treated equally.

Dr. Galea is an extremely busy health care professional.  All of his patients new or old are willing to wait for hours to be seen by him and not get frustrated as his care is worth waiting for.  I can say this as I had several conversations with people who say the same thing.  As his patient, I feel that I am in great hands as I know he will go that extra mile to make sure that I am well taken care of.

When talking to Dr. Galea, it is obvious that he is extremely proud of his family. You can see joy in his face when given the opportunity to share.  That same joy is true with his staff, he treats them with respect and he is in turn well respected by them.  Dr. Galea has a great team of physiotherapists, massage therapists, chiropractors etc. However, he doesn't push his patients into seeing his own staff if it isn't the right fit for them.  His main concern is that you find the right person to help treat your injuries.

My partner suffers from incredible pain and stiffness in her right ankle, this condition has plagued her for almost 20 years.  While she visited other health care professional and sought different forms of treatments nothing ever worked and her condition continued to worsen.  About 2 years ago, I introduced her to Dr. Galea and he was able to diagnose her injury and provide treatment that greatly improved her quality of life.  She continues to see him regularly for follow up treatment so she doesn't wind up in the same predicament again.

It is obvious to me that Dr. Galea is in the medical field because he gets a lot of satisfaction knowing that he is able not only to help his patients but enhance their quality of life as well.  This is why I continue to recommend Dr. Galea to my friends, family and anyone that I meet who would benefit from his expertise.

Sincerely,



Ken Grenier

Melissa Collis